# EXHIBIT A-1

Interested in domain names? Click here (http://www.us3.list-manage.com/subscribe?
u=3ed33822580891424c5756387&id=6c90d905a5) to stay up to date with domain name news and promotions at
Name.com

**goplay.pw** is already registered. Interested in buying it? **Make an Offer**

(https://domainagents.com/goplay.pw-whodot)

| **.pw** | **.com** | **.net**<br>$11494.25 | **.org**<br>$11498.85 |
|---|---|---|---|
| Taken | Taken | Available | Available |

| **.co**<br>$8625.00 | **.io** | **.app** | **.live** |
|---|---|---|---|
| Available | Taken | Taken | Taken |

Purchase Selected Domains

cached

# goplay.pw

whois information

Whois (/whois/goplay.pw)   DNS Records (/dns/goplay.pw)   Diagnostics (/tools/goplay.pw)

cache expires in and 0 seconds

↻ refresh (/whois/goplay.pw?forceRefresh=146067b3b7220ad75631d02390fb64ad1daa3e3edeb64fe4fb7063b02390020a)

## Registrar Info

Name
NAMECHEAP INC

Whois Server
whois.namecheap.com

Referral URL
http://www.namecheap.com

Status
clientTransferProhibited https://icann.org/epp#clientTransferProhibited
serverTransferProhibited https://icann.org/epp#serverTransferProhibited

## Important Dates

Expires On
2025-07-21

Registered On
2023-07-21

Updated On
0001-01-01

## Name Servers

jermaine.ns.cloudflare.com (/nameserver/jermaine.ns.cloudflare.com)
162.159.44.157 (/whois-ip/ip-address/162.159.44.157)

kenia.ns.cloudflare.com (/nameserver/kenia.ns.cloudflare.com)
108.162.194.93 (/whois-ip/ip-address/108.162.194.93)

## Similar Domains

gopla-gaza88.store (/whois/gopla-gaza88.store) | gopla.co (/whois/gopla.co) | gopla.com (/whois/gopla.com) | gopla.dk (/whois/gopla.dk) | gopla.eu (/whois/gopla.eu) | gopla.is (/whois/gopla.is) | gopla.net (/whois/gopla.net) | gopla.nl (/whois/gopla.nl) | gopla.org (/whois/gopla.org) | gopla.pl (/whois/gopla.pl) | gopla.ru (/whois/gopla.ru) | gopla.science (/whois/gopla.science) | gopla.si (/whois/gopla.si) | gopla.top (/whois/gopla.top) | gopla.us (/whois/gopla.us) | gopla4u.com (/whois/gopla4u.com) | goplaa.com (/whois/goplaa.com) | goplaat.com (/whois/goplaat.com) | goplaati.com (/whois/goplaati.com) | goplaati.net (/whois/goplaati.net) |

## Registrar Data

We will display stored WHOIS data for up to 30 days.

↻ refresh (/whois/goplay.pw?forceRefresh=146067b3b7220ad75631d02390fb64ad1daa3e3edeb64fe4fb7063b02390020a)

🔒 Make Private Now (/whois/privacy/goplay.pw)

**Registrant Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434

**Email**
122863fe2a2047358290bc7e4a2ffbaf.protect@withheldforprivacy.com

**Administrative Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
122863fe2a2047358290bc7e4a2ffbaf.protect@withheldforprivacy.com

**Technical Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
122863fe2a2047358290bc7e4a2ffbaf.protect@withheldforprivacy.com

Information Updated: 2024-06-24 10:46:04

Use promo code WHOIS to save 15% on your first Name.com order.
(https://www.name.com/redirect/whodotis/sidebar-top)

Find the perfect domain at



(https://www.name.com/redirect/whodotis/sidebar-top)

# EXHIBIT A-2

# sonagitv.live



## Domain Information

| | |
|---|---|
| Domain: | sonagitv.live |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2022-12-05 |
| Expires On: | 2024-12-05 |
| Updated On: | 2023-11-10 |
| Status: | clientTransferProhibited |
| Name Servers: | tia.ns.cloudflare.com |
| | archer.ns.cloudflare.com |



## Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | b29a1e5a3e304d4586bee2e5bf1bf97c.protect@withheldforprivacy.com |



## Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |

| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | **b29a1e5a3e304d4586bee2e5bf1bf97c.protect**@withheldforprivacy.com |

## 👤 Technical Contact

| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | **b29a1e5a3e304d4586bee2e5bf1bf97c.protect**@withheldforprivacy.com |

## Raw Whois Data

```
Domain name: sonagitv.live
Registry Domain ID: 76a39cab272546178010262768ade0a1-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-11-05T03:54:53.86Z
Creation Date: 2022-12-05T15:29:24.99Z
Registrar Registration Expiration Date: 2024-12-05T15:29:24.99Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
```

```
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: b29a1e5a3e304d4586bee2e5bf1bf97c.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
```

   

```
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: b29a1e5a3e304d4586bee2e5bf1bf97c.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: b29a1e5a3e304d4586bee2e5bf1bf97c.protect@withheldforprivacy.com
Name Server: archer.ns.cloudflare.com
Name Server: tia.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

```
>>> Last update of WHOIS database: 2024-07-26T10:29:45.28Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

Interested in similar domains?

| so-nagi-tv.com | Buy Now |
| sonagitvs.com | Buy Now |
| sonagiiptv.com | Buy Now |
| sonagitv24.com | Buy Now |
| sonagitvs.net | Buy Now |
| sonagiiptv.net | Buy Now |







## related domain names

namecheap.com     icann.org     cloudflare.com     identity.digital     withheldforprivacy.com
internic.net

Copyright © Whois.com. All rights reserved

Privacy | Terms

# EXHIBIT A-3

Interested in domain names? Click here (http://www.us3.list-manage.com/subscribe?u=3ed33822580891424c5756387&id=6c90d905a5) to stay up to date with domain name news and promotions at Name.com

## kotbc.com is already registered. Interested in buying it? Make an Offer

(https://domainagents.com/kotbc.com-whodot)

| **.com** | **.net**<br>$791.20 | **.org**<br>$8.99 | **.co** |
|---|---|---|---|
| Taken | Available | Available | Taken |

| **.io**<br>$37.99 | **.app**<br>$15.99 | **.live**<br>$3.99 |
|---|---|---|
| Available | Available | Available |

Purchase Selected Domains

cached

# kotbc.com

whois information

Whois (/whois/kotbc.com)    DNS Records (/dns/kotbc.com)    Diagnostics (/tools/kotbc.com)

cache expires in 23 hours, 59 minutes and 59 seconds

## Registrar Info

Name
NAMECHEAP INC

Whois Server
whois.namecheap.com

Referral URL
http://www.namecheap.com

Status
clientTransferProhibited https://icann.org/epp#clientTransferProhibited

## Important Dates

Expires On
2026-11-14

Registered On
2020-11-14

Updated On
2023-10-07

## Name Servers

bart.ns.cloudflare.com (/nameserver/bart.ns.cloudflare.com)
173.245.59.71 (/whois-ip/ip-address/173.245.59.71)

desi.ns.cloudflare.com (/nameserver/desi.ns.cloudflare.com)
108.162.192.96 (/whois-ip/ip-address/108.162.192.96)

## Similar Domains

kotbc-1.com (/whois/kotbc-1.com) | kotbc-12.store (/whois/kotbc-12.store) | kotbc-2.store (/whois/kotbc-2.store) | kotbc-27.store (/whois/kotbc-27.store) | kotbc-28.store (/whois/kotbc-28.store) | kotbc-29.store (/whois/kotbc-29.store) | kotbc-31.store (/whois/kotbc-31.store) | kotbc-34.store (/whois/kotbc-34.store) | kotbc-35.store (/whois/kotbc-35.store) | kotbc-36.store (/whois/kotbc-36.store) | kotbc-37.store (/whois/kotbc-37.store) | kotbc-38.store (/whois/kotbc-38.store) | kotbc-4.store (/whois/kotbc-4.store) | kotbc-40.store (/whois/kotbc-40.store) | kotbc-5.store (/whois/kotbc-5.store) | kotbc-58.store (/whois/kotbc-58.store) | kotbc-7.store (/whois/kotbc-7.store) | kotbc-9.store (/whois/kotbc-9.store) | kotbc-com.store (/whois/kotbc-com.store) | kotbc-d4.store (/whois/kotbc-d4.store) |

## Registrar Data

We will display stored WHOIS data for up to 30 days.

🔒 Make Private Now (/whois/privacy/kotbc.com)

**Registrant Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
2bca45fa15b447e09073f614a6abca0f.protect@withheldforprivacy.com

**Administrative Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
**2bca45fa15b447e09073f614a6abca0f.protect@withheldforprivacy.com**

**Technical Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
**2bca45fa15b447e09073f614a6abca0f.protect@withheldforprivacy.com**

Information Updated: 2024-06-25 22:38:23

Use promo code WHOIS to save 15% on your first Name.com order.
(https://www.name.com/redirect/whodotis/sidebar-top)

Find the perfect domain at



(https://www.name.com/redirect/whodotis/sidebar-top)

# EXHIBIT A-4

Interested in domain names? Click here (http://www.us3.list-manage.com/subscribe?
u=3ed33822580891424c5756387&id=6c90d905a5) to stay up to date with domain name news and promotions at
Name.com

**yewootv.com** is already registered. Interested in buying it? **Make an Offer**

(https://domainagents.com/yewootv.com-whodot)

| **.com** | **.net**<br>$16.49 | **.org**<br>$8.99 | **.co**<br>$15.99 |
|---|---|---|---|
| Taken | Available | Available | Available |

| **.io**<br>$37.99 | **.app**<br>$15.99 | **.live**<br>$3.99 |
|---|---|---|
| Available | Available | Available |

Purchase Selected Domains

# yewootv.com

whois information

| Whois (/whois/yewootv.com) | DNS Records (/dns/yewootv.com) | Diagnostics (/tools/yewootv.com) |

cache expires in 23 hours, 59 minutes and 59 seconds

## Registrar Info

Name
NAMECHEAP INC

Whois Server
whois.namecheap.com

Referral URL
http://www.namecheap.com

Status
clientTransferProhibited https://icann.org/epp#clientTransferProhibited

## Important Dates

Expires On
2024-10-31

Registered On
2022-10-31

Updated On
2023-09-29

## Name Servers

fatima.ns.cloudflare.com (/nameserver/fatima.ns.cloudflare.com)
162.159.38.188 (/whois-ip/ip-address/162.159.38.188)

mitchell.ns.cloudflare.com (/nameserver/mitchell.ns.cloudflare.com)
108.162.195.231 (/whois-ip/ip-address/108.162.195.231)

## Similar Domains

yewoo.com (/whois/yewoo.com) | yewoo.net (/whois/yewoo.net) | yewoo.or.kr (/whois/yewoo.or.kr) |
yewoo.org (/whois/yewoo.org) | yewoo.xyz (/whois/yewoo.xyz) | yewoo112.com (/whois/yewoo112.com) |
yewoo119.com (/whois/yewoo119.com) | yewoo911.com (/whois/yewoo911.com) | yewoo9654.com
(/whois/yewoo9654.com) | yewoobdar.com (/whois/yewoobdar.com) | yewood.com (/whois/yewood.com) |
yewood.eu (/whois/yewood.eu) | yewoodenquills.com (/whois/yewoodenquills.com) | yewoodquills.com
(/whois/yewoodquills.com) | yewoodquills.site (/whois/yewoodquills.site) | yewooent.com
(/whois/yewooent.com) | yewook-ism.com (/whois/yewook-ism.com) | yewook.com (/whois/yewook.com) |
yewook.net (/whois/yewook.net) | yewookie114.com (/whois/yewookie114.com) |

## Registrar Data

We will display stored WHOIS data for up to 30 days.

🔒 Make Private Now (/whois/privacy/yewootv.com)

**Registrant Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
a864cff46a3642cda7c36b86256d9644.protect@withheldforprivacy.com

**Administrative Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
a864cff46a3642cda7c36b86256d9644.protect@withheldforprivacy.com

**Technical Contact Information:**
**Name**
Redacted for Privacy
**Organization**
Privacy service provided by Withheld for Privacy ehf
**Address**
Kalkofnsvegur 2
**City**
Reykjavik
**State / Province**
Capital Region
**Postal Code**
101
**Country**
IS
**Phone**
+354.4212434
**Email**
a864cff46a3642cda7c36b86256d9644.protect@withheldforprivacy.com

Information Updated: 2024-06-25 22:39:03

Use promo code WHOIS to save 15% on your first Name.com order.
(https://www.name.com/redirect/whodotis/sidebar-top)

Find the perfect domain at


(https://www.name.com/redirect/whodotis/sidebar-top)

# EXHIBIT A-5



CONTACT US ▾    SIGN IN ▾    SIGN UP        🛒 ▾    USD ▾

# Whois Lookup
## Discover who owns a domain

tv25.co 🔍

Domains → Whois Lookup → **Results**



Whois results: **tv25.co is already registered.** Want it? Make an offer now.

✕    tv25.co
**REGISTERED IN 2023**

Domain name: tv25.co
Registry Domain ID: D35EF8BBF4BEF4F2A84CC9527AEF0BFB3-GDREG
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-11-15T05:26:00.30Z
Registrar Registration Expiration Date: 2024-11-15T05:26:00.30Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy

Registrant Organization: Privacy service provided by Withheld for Privacy ehf

Registrant Street: Kalkofnsvegur 2

Registrant City: Reykjavik

Registrant State/Province: Capital Region

Registrant Postal Code: 101

Registrant Country: IS

Registrant Phone: +354.4212434

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: 08dd1019383042de92e1007a6b1349a0.protect@withheldforprivacy.com

Registry Admin ID:

Admin Name: Redacted for Privacy

Admin Organization: Privacy service provided by Withheld for Privacy ehf

Admin Street: Kalkofnsvegur 2

Admin City: Reykjavik

Admin State/Province: Capital Region

Admin Postal Code: 101

Admin Country: IS

Admin Phone: +354.4212434

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: 08dd1019383042de92e1007a6b1349a0.protect@withheldforprivacy.com

Registry Tech ID:

Tech Name: Redacted for Privacy

Tech Organization: Privacy service provided by Withheld for Privacy ehf

Tech Street: Kalkofnsvegur 2

Tech City: Reykjavik

Tech State/Province: Capital Region

Tech Postal Code: 101

Tech Country: IS

Tech Phone: +354.4212434

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: 08dd1019383042de92e1007a6b1349a0.protect@withheldforprivacy.com

Name Server: bruce.ns.cloudflare.com

Name Server: lilyana.ns.cloudflare.com

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-07-31T10:04:35.65Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

## Need help?
### We're always here for you.

Go to Live Chat page

🇺🇦 **We ❤️ Ukraine.** Namecheap is a US based registrar. Many of our colleagues originate from or are located within Ukraine. To support Ukraine in their time of need visit this page.



namecheap

We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.

**About Namecheap** →

**Read our blog** →

**Join Our Newsletter & Marketing Communication**
We'll send you news and offers.

you@yours.com                                   Join



The entirety of this site is protected by copyright © 2000–2024 Namecheap, Inc.

4600 East Washington Street, Suite 300, Phoenix, AZ 85034, USA

Terms and Conditions    Privacy Policy    UDRP    Cookie Preferences

**WE SUPPORT**

 

 We are an ICANN accredited registrar.
Serving customers since 2001.

Payment Options

     

  

# EXHIBIT A-6

Interested in domain names? Click here (http://www.us3.list-manage.com/subscribe?
u=3ed33822580891424c5756387&id=6c90d905a5) to stay up to date with domain name news and promotions at
Name.com

**safetv-online.com** is already registered. Interested in buying it? **Make an Offer**

(https://domainagents.com/safetv-online.com-whodot)

| **.com** | **.net** | **.org**<br>$8.99 | **.co**<br>$15.99 |
|---|---|---|---|
| Taken | Taken | Available | Available |

| **.io**<br>$37.99 | **.app**<br>$15.99 | **.live**<br>$3.99 |
|---|---|---|
| Available | Available | Available |

Purchase Selected Domains

# safetv-online.com

whois information

Whois (/whois/safetv-online.com)    DNS Records (/dns/safetv-online.com)

Diagnostics (/tools/safetv-online.com)

cache expires in 1 days, 0 hours, 0 minutes and 0 seconds

## Registrar Info

Name
NAMECHEAP INC

Whois Server
whois.namecheap.com

Referral URL
http://www.namecheap.com

Status
clientTransferProhibited https://icann.org/epp#clientTransferProhibited

## Important Dates

Expires On
2025-05-18

Registered On
2023-05-18

Updated On
2024-05-21

## Name Servers

archer.ns.cloudflare.com (/nameserver/archer.ns.cloudflare.com)
172.64.35.136 (/whois-ip/ip-address/172.64.35.136)

tia.ns.cloudflare.com (/nameserver/tia.ns.cloudflare.com)
108.162.192.229 (/whois-ip/ip-address/108.162.192.229)

## Similar Domains

safet-academy.de (/whois/safet-academy.de) | safet-alija.online (/whois/safet-alija.online) | safet-ameti.de (/whois/safet-ameti.de) | safet-candle.com (/whois/safet-candle.com) | safet-ceku.de (/whois/safet-ceku.de) | safet-citaku.de (/whois/safet-citaku.de) | safet-consulting.ch (/whois/safet-consulting.ch) | safet-course.com (/whois/safet-course.com) | safet-e-box.biz (/whois/safet-e-box.biz) | safet-e-box.com (/whois/safet-e-box.com) | safet-e-box.info (/whois/safet-e-box.info) | safet-e-box.net (/whois/safet-e-box.net) | safet-e.com (/whois/safet-e.com) | safet-email.com (/whois/safet-email.com) | safet-feratovic.com (/whois/safet-feratovic.com) | safet-first.com (/whois/safet-first.com) | safet-france.com (/whois/safet-france.com) | safet-h-eisenflechterei.de (/whois/safet-h-eisenflechterei.de) | safet-h.top (/whois/safet-h.top) | safet-i.top (/whois/safet-i.top) |

## Registrar Data

We will display stored WHOIS data for up to 30 days.

🔒 Make Private Now (/whois/privacy/safetv-online.com)

Registrant Contact Information:
**Name**
James Marque
**Organization**
**Address**
Ayala Paseo de Roxas
**City**
makati
**State / Province**
manila
**Postal Code**
1226
**Country**
PH
**Phone**
+63.9682839155
**Email**

jamesmarque95@gmail.com

**Administrative Contact Information:**
**Name**
James Marque
**Organization**
**Address**
Ayala Paseo de Roxas
**City**
makati
**State / Province**
manila
**Postal Code**
1226
**Country**
PH
**Phone**
+63.9682839155
**Email**
jamesmarque95@gmail.com

**Technical Contact Information:**
**Name**
James Marque
**Organization**
**Address**
Ayala Paseo de Roxas
**City**
makati
**State / Province**
manila
**Postal Code**
1226
**Country**
PH
**Phone**
+63.9682839155
**Email**
jamesmarque95@gmail.com

Information Updated: 2024-06-25 22:40:08

Use promo code WHOIS to save 15% on your first Name.com order.
(https://www.name.com/redirect/whodotis/sidebar-top)

Find the perfect domain at



(https://www.name.com/redirect/whodotis/sidebar-top)

# EXHIBIT B

# Namecheap.com - Registration Agreement

## Namecheap, Inc. Registration Agreement

This Registration Agreement ("Agreement") sets forth the terms and conditions of your use of domain name registration and related services ("Services"). In this Agreement "you" and "your" refer to you or any agent, employee, servant or person authorized to act on your behalf, and the registrant listed in the WHOIS contact information for the domain name. "We", "us" and "our" refer to Namecheap, Inc., as well as its subsidiaries and sister companies ("Namecheap"). This Agreement explains our obligations to you, and explains your obligations to us for various services offered by Namecheap. When you use your account or permit someone else to use it to purchase or otherwise acquire access to additional Namecheap service(s) or products or to cancel your Namecheap service(s) (even if we were not notified of such authorization), this Agreement covers such service or actions.

The agreement applies to each individual service, and canceling a domain name will result in the termination of the Registration Agreement solely related to the domain name in question.

## 1. You agree to this agreement and the referenced agreements.

By using the service(s) provided by Namecheap under this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement, the accompanying dispute policy and any pertinent rules or policies that are or may be published by Namecheap, the Uniform Dispute Resolution Policy ("UDRP") described below, and the rules, policies, or agreements published in association with specific of the Service(s) and/or which may be enforced by Internet Corporation of Assigned Names and Numbers ("ICANN"), the registries, and governments.

If you are registering a domain name in the following registries: .AC, .AI, .AU, .BZ, .CA, .CC, .CH, .CM, .CN, .CO, .CX, .DE, .ES, .EU, .FM, .FR, .GG, .ID, .IN, .IO, .LA, .LI, .ME, .MX, .NU, .PE, .PW, .SE, .SG, .SH, .TV, .UK, .US, .VC. .WS, you are also agreeing to the additional terms and requirements promulgated by and pertaining to each such registry, as set out in the Supplemental Agreement and the specific agreements and/or covenants referenced therein and incorporated into this Agreement.

If you are registering a domain name with the .LAW registry, you are also agreeing that you are reviewed and meet the registries criteria which may be found here and the registries additional terms, which may be found here. You further acknowledge that you understand and agree that registration for these TLDs may include verification that you meet the TLDs criteria and that the verification may be conducted by a third party chosen solely by the registry. Should the registry incur additional costs in order to verify that you meet the stated criteria, you acknowledge and agree that these costs may be

passed onto you.Lastly, **when you register a .LAW domain name, you agree to the following statement for each registration "I certify, on behalf of myself and/or the registrant, that the registrant is qualified to register the domain and that all information is true and accurate."** Additional information regarding the TLD may be found here.

If you are protected by the Whois privacy protection services, you also agree to the Whois Privacy Service agreement.

If you are ordering an SSL certificate, you also agree to the SSL Service Agreement.

If you are enrolling in the Namecheap Affiliate Program, you also agree to the Affiliate Program Service Agreement.

## 2. Changes to agreement.

This Agreement will change over time in response to changes in the requirements of governments and administrative bodies, legislation and changes in the nature of industry. If, as a result of such a change to this Agreement, you no longer agree with its term, you agree that your exclusive remedy is to transfer your domain name registration services to another registrar or request Namecheap to cancel your domain name registration and/or related Services. Should you elect to cancel the Agreement with Namecheap, you will not receive a refund for any fees you may have paid to Namecheap. If you continue to use the Services following a change in this Agreement and/or the Services, your continued use of the Services indicates your consent to the changes. You agree to review this Agreement periodically to make yourself aware of any such revisions.

## 3. Term.

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through Namecheap or as long as you are employing any Service(s). You agree that you will not transfer any domain name registered through Namecheap to another domain name registrar during the first sixty (60) calendar days from its initial registration date.

## 4. Service(s) provided at will, termination of service(s) and reinstatement fees.

**Namecheap Rights.** We may reject your domain name registration application or elect to discontinue providing Service(s) to you for any reason within 30 days of a Service initiation or a Service renewal. Outside of this period, we may terminate or suspend the Service(s) at any time for cause, which, without limitation, includes registration of prohibited domain name(s), abuse of the Services, payment irregularities, material allegations of illegal conduct, or if your use of the Services involves us in a violation of any Internet Service Provider's ("ISP's") acceptable use policies, including

the transmission of unsolicited bulk email in violation of the law.

The agreement applies to each individual service, and canceling a domain name will result in the termination of the Registration Agreement solely related to the domain name in question.

You agree that if we terminate or suspend the Services provided to you under this Agreement, that we may then, at our option, make either ourselves or a third party the beneficiary of Services which are substantially similar to those which were previously providing to you and that any reference in this Agreement to termination or suspension of the Services to you includes this option.

You agree that, If we have grounds to terminate or suspend Service(s) with respect to one domain name or in relation to other Service(s) provided through your account, we may terminate or suspend all Service(s) provided through your account, including Service(s) to other domain names maintained by you with us. No fee refund will be made when there is a suspension or termination of Service(s) for cause.

**Registry / ICANN Rights.** You further acknowledge and agree that your registration of a domain name is subject to suspension, cancellation, redirect or transfer by any ICANN procedure, registrar, and/or registry decision or policy, in each party's sole and unlimited discretion. This includes the right to: 1) deny, cancel, redirect or transfer any registration or transaction; 2) place any domain name(s) on registry lock, hold or similar status, as it deems necessary; 3) to correct mistakes by Us, another registrar or the registry administrator in administering the domain name; 4) to comply with specifications adopted by any industry group generally recognized as authoritative with respect to the Internet (e.g., RFCs); 5) to protect against imminent and substantial threats to the security and stability of the registry TLD, System, registry nameserver operations or the internet; 6) to ensure compliance with applicable law, government rules or regulations, or pursuant to any legal order or subpoena of any government, administrative or governmental authority, or court of competent jurisdiction; 7) for the resolution of disputes concerning the domain name; and/or 8) to stop or prevent any violations of any terms and conditions of this Agreement, the operational requirements of Us or a registry, or pursuant to a Registry Agreement with ICANN.

You agree that your failure to comply completely with the terms and conditions of this agreement and any Namecheap rule or policy may be considered by Namecheap to be a material breach of this agreement.

You agree that Namecheap and/or an applicable registry may, in its sole discretion and without liability to you, refuse to accept the registration of any domain name and/or may delete the registration of any domain name during the first five (5) days after registration has taken place.

**Domain Reinstatement Fees.** You understand and agree that Namecheap and/or registries may charge fees related to reinstating a domain, including reinstatement after failure to renew or

suspension. In order to effect a reinstatement request by you, you agree to pay fees charged by a registry related to such reinstatement and reasonable fees that may be charged by Namecheap. NOTE: Not all registries list their applicable fees for domain reinstatement within their domain registration agreements and/or terms of service. Nonetheless, you acknowledge and agree to pay registry fees, as determined in their sole discretion, in order to reinstate a domain. You further acknowledge that Namecheap has no control over a registry's determination of fees.

## 5. Our Services.

### Domain name registration.

We are an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for Top Level Domain Names ("TLDs") (such as .com, .net, .org, etc.). ICANN oversees registrations and other aspects of the TLDs. Domain name registrations are not effective until the registry administrator puts them into effect. Domain name registrations are only for limited terms, terms which end on the expiration date. For domain names which are created as a new registration out of the available namespace, the term begins on the date the domain name registration is acknowledged by the applicable registry; for domain names registrations which were not returned to the available namespace, the term begins on the date the previous registrant's domain name registration was acknowledged by the applicable registry. You agree that we are not liable or responsible in any way for any errors, omissions or any other actions by the registry administrator arising out of or related to a request to register, renew, modify the settings for, or transfer of a domain name registration (our limitation of liability is explained further, below). You further agree that domain name registration is a service, that domain name registrations do not exist independently from services provided pursuant to this or a similar registration agreement with a registrar, and that domain name registration services do not create a property interest.

### After market domain names.

We offer for sale domain names that are registered to third parties (also known as aftermarket domain names) in a variety of top level domain names ("TLDs") ("After Market Domain Name(s)"). All After Market Domain Name registrations are offered on a first come, first served basis. If you are the first to complete an After Market Domain Name registration application for a particular domain name, including payment of the purchase price we designate, we will initiate a transfer of the relevant After Market Domain Name to your Account. If the After Market Domain Name is at another domain registrar at the time of your purchase, we will transfer your purchased After Market Domain Name to us at no cost to you and will add one year to the existing registration period, excluding domains with .ai TLD. The .ai registry charges a mandatory fee for all .ai transfers. This fee is not imposed by Namecheap. It will be listed as the price, at the time of placing a transfer order. Any subsequent

renewals of the After Market Domain Name will be charged at the then-current renewal fee. Once you submit your order for an After Market Domain Name, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the After Market Domain Name. Because we are selling After Market Domain Names initially registered to third parties, we have no control and make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the After Market Domain Name or complete the transaction. We do not control whether or not third party sellers will complete a transaction. We reserve the right to reject or cancel your After Market Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your After Market Domain Name registration is rejected or cancelled by us, for any reason, we will refund in full the amount of the purchase price for the After Market Domain Name as your sole remedy.Once the After Market Domain Name is transferred into your Account, such After Market Domain Name may not be transferred away from us to another registrar during the first 60 days following the transfer, during which time the After Market Domain Name may be placed on transfer lock. All of your obligations under this Agreement which apply to the registration or renewal of domain name(s) created by you apply to any After Market Domain Name(s) acquired by you, including but not limited to prohibition against any Illegal Uses.

## 6. Agreement not to use "services" for improper purpose and prohibited activities.

You agree not to use the Services provided by Namecheap, or to allow or enable others, to use the services provided by Namecheap for illegal or improper purposes. As such, you agree not to:

violate the laws, regulations, ordinances or other such requirements of any applicable Federal, State or local government, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct) and applicable consumer laws in respect of fair lending, debt collection, organic farming (if applicable), disclosure of data and financial regulation;

transmit any unsolicited commercial or bulk email, not to be engaged in any activity known or considered to be spamming or Mail Bombing;

cause repetitive, high volume inquiries into any of the services provided by Namecheap (i.e. domain name availability, etc.);

infringe any copyright, trademark, patent, trade secret, or other proprietary rights of any third-party information;

use the Services for content that will profess hatred for particular social, ethnical, religious or other

groups;

use the Services to distribute viruses, malware, abusively operating botnets, phishing, Trojan horses, worms, time bombs, corrupted files, or any other similar software or programs that may damage the operation of a computer or a person's property;

contain warez; contain any kind of proxy server or other traffic relaying programs; promote money making schemes, multi-level marketing or similar activities; contain lottery, gambling, casino; contain torrent trackers, torrent Portals or similar software;

redirect to another website without their permission and/or to impersonate another person or company;

use for the purposes of impersonating another person or entity such as redirecting a domain to another website without permission and/or using a domain to send fraudulent or abusive emails;

use the Services in a manner that is violent or encourages violence;

violate the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promote, encourage or engage in the sale or distribution of prescription medication without a valid prescription;

use the Services for fraudulent or deceptive practices, counterfeiting or otherwise engaging in activity contrary to applicable law.

You agree that Namecheap reserves the right to suspend and/or delete your registered name as a consequence of engaging in activity contrary to applicable law and any related procedures.

Further, if you are hosting your domain's domain name servers ("DNS") on Namecheap's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with Namecheap, you are responsible for ensuring that there is no excessive overloading of Namecheap's DNS systems. You may not use Namecheap's servers and your domain as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that Namecheap reserves the right to deactivate your domain name from its DNS system if Namecheap deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that if you collect and/or maintain sensitive health and/or financial data, you will comply with all applicable laws on the provision of such services, including security measures applicable to that sector.

## 8. Your obligations to ensure entitlement to use domain name.

Without limitation, the following are not included in the Services: We cannot and do not check to see whether the domain name(s) you select, or the use you make of the domain name(s), or other of the Service(s), infringes legal rights of others. It is your responsibility to know whether or not the domain name(s) you select or use infringes legal rights of others. We might be ordered by a court to cancel, modify, or transfer your domain name; it is your responsibility to list accurate contact information in association with your account and to communicate with litigants, potential litigants, and governmental authorities. It is not our responsibility to forward court orders or other communications to you. We will comply with court orders unless you contact us to contest the order.

## 9. Threatened legal action(s).

If we are sued or threatened with a lawsuit, an administrative proceeding or any other legal or administrative proceeding in connection with Service(s) provided to you, we may turn to you to indemnify us and to hold us harmless from the claims and expenses (including attorney's fees and court costs). Under such circumstances, you agree that you will, upon demand, obtain a performance bond with a reputable bonding company or, if you are unable to obtain a performance bond, that you will deposit money with us to pay for our reasonably anticipated expenses in relation to the matter for the coming year. Such deposit will be drawn down as expenses are incurred, with all account notices sent to the WHOIS contact information provided in association with your domain names and/or account. We shall not be obliged to extend you any credit in relation to such expenses and we may terminate the Services for a failure to make or renew such a deposit. We will return any unused deposit upon the later of three (3) months from deposit or the conclusion of the matter.

## 10. Dispute resolution policy.

You agree to the Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Rules for Uniform Domain Name Dispute Resolution Policy ("UDRP Rules"), copies of which are available at http://www.icann.org/dndr/udrp/policy.htm and https://www.icann.org/resources/pages/udrp-rules-2015-03-11-en. You agree that the UDRP may be changed by ICANN (or ICANN's successor) at any time and that such a change will be binding upon you. You agree that, if the registration or reservation of your domain name is challenged by a third party, you will be subject to the provisions specified in the UDRP in effect at the time your domain name registration is disputed by the third party. You also agree that, in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions of the UDRP. You also understand that it is important for you to regularly monitor email sent to the email address associated with your account and domain names because, among other reasons, if a dispute arises regarding Services provided to you, you may lose your rights to receive the Services if you do not respond expeditiously to an email sent in conjunction therewith.

## 11. Fees and payments.

As consideration for the Service(s), renewal of the Service(s), and, if you select it, automatic renewal of the Service(s), you agree to pay, prior to the effectiveness of the desired Service(s), the applicable Service(s) fees. Non-standard domains have non-uniform renewal registration pricing, such that the registration fee for a domain name registration renewal may differ from other domain names in the same TLD (e.g. renewal registration for one domain may be $100.00 and $25.00 for a different domain name). All fees are non-refundable, in whole or in part, even if your domain name registration is suspended, cancelled or transferred prior to the end of your then current registration term, unless this Agreement or the Namecheap Refund Policy specifically provides for a refund. You may pay for Services by providing a valid credit or debit card, an electronic check (from your personal or business checking account, as appropriate), PayPal, Bitcoin, or any other payment method then accepted by Namecheap (each, a "Payment Method"); provided, however, that we may at our option require that you pay fees through a particular payment means (such as by credit card or by wire transfer) or that you change from one payment provider to another. Namecheap expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online on the Namecheap website and effective immediately without need for further notice to you. If you have purchased the Service(s) for a period of months or years, changes or modifications in prices and fees shall be effective when the Service(s) in question come up for renewal as further described below. For our current fee structure, you may access the schedule of fees available on the Namecheap website: Domain pricing. In the event of a refund, Namecheap will issue you a refund receipt to confirm its submission of your refund to the Payment Method charged at the time of the original purchase. You acknowledge and agree that the associated payment provider and/or individual issuing bank establish and regulate the time frames for posting your refund. Refund posting time frames may range from five (5) business days to a full billing cycle. If Namecheap is for any reason unable to charge your chosen Payment Method for the full amount owed for the Services provided, or if Namecheap is charged a penalty for any fee previously charged to your Payment Method, you agree that Namecheap may pursue all available lawful remedies in order to obtain payment. You agree that the remedies Namecheap may pursue in order to effect payment shall include, but not be limited to, suspension of Services, cancellation of domain names registered through our Services, and/or suspension of access to any and all accounts you have with us and/or your Primary Service Provider; and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) will be billed to your chosen Payment Method as charges for "NAME-CHEAP.COM." Namecheap also

reserves the right to charge you reasonable "administrative fees" or "processing fees" for (i) tasks Namecheap may perform outside the normal scope of its Services, (ii) additional time and/or costs Namecheap may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by Namecheap in its sole and absolute discretion). Typical scenarios include, but are not limited to, customer service issues that require additional personal time or attention, fees incurred by third-party payment providers such as PayPal, fees incurred as the result of chargebacks or other payment disputes brought by you, your bank, or a Payment Method processor, and disputes that require accounting or legal services. These administrative fees or processing fees will be billed to the Payment Method you have on file with Namecheap.

## 12. Payment.

In the event of a charge back by a credit card company (or similar action by another payment provider allowed by us) in connection with your payment of fees for any Service(s), you agree that we may suspend access to any and all accounts you have with us and/or your Primary Service Provider and that all rights to and interest in and use of any domain name registration(s) services, website hosting, and/or email services, including all data hosted on our systems shall be assumed by us in satisfaction of any indebtedness by you to us. We will reinstate your rights to and control over these Services solely at our discretion, and subject to our receipt of the unpaid fee(s) and our reinstatement fee, currently set at $200 (US Dollars). Charges for the Service(s) which use our credit card payment processor will be identified on your credit card statement as "NAME-CHEAP.COM".

## 13. Expiration and renewal of service(s) and notifications of expiration.

You acknowledge that it is your responsibility to keep your own records and to maintain your own reminders regarding when your domain name registration or other Services are set to expire. However, ICANN requires, pursuant to its Expired Registration Recovery Policy ("ERRP") that Namecheap follow certain procedures to notify you in advance that renewal fees are due. Pursuant to the ERRP, Namecheap will notify the registered name holder of the expiring domain name twice before the expiration date, once approximately one month before the subject domain's expiration date and again approximately one week before the subject domain's expiration date. Namecheap's renewal reminder will consist of an email message sent to the registered domain holder's email address as it is listed in the expiring domain's whois record. Further, Namecheap reserves the option, but not the obligation, to send additional renewal reminder notices to any other email addresses associated with the expiring domain, including, but not limited to, the email address of the expiring domain's account holder or the billing contact of the expiring domain's whois record. Namecheap also reserves the option, but not the obligation, to send additional renewal reminders at times other than the times required by the ERRP.

Should these fees go unpaid, your Services will expire or be cancelled. Payment must be made by credit card or such other method as we may allow or require from time to time. If you select automatic renewal of the Service(s), we may attempt to renew the Service(s) a reasonable time before expiration, provided you have sufficient balance in your Namecheap account and/ your credit card is up to date. You acknowledge and agree that, while we are not required to, we may contact you with a request to update your account information in the event that an attempted transaction is not processed successfully.

You acknowledge that it is your responsibility to keep your billing information up to date. You acknowledge and understand that, as part of its management of user registrations, Namecheap sends out periodic notices to registrants apprising them of payment deadlines, pending expiration deadlines and other important information affecting your account and, specifically, registration of domain names.

Specifically, any notifications regarding domain registrations, including but not limited to notifications consisting of pre-expiration and post-expiration notifications concerning your registered domains will be sent to you pursuant to ICANN's policies, including, but not limited to, the ERRP. Where appropriate, Namecheap will send such notices to the e-mail address of the subject domain's registered domain holder, the e-mail address you provided as your contact information in connection with your account associated with the subject domain, and/or any other email address that Namecheap determines, in its sole discretion, to be sufficiently related to the subject domain to warrant notice.

You therefore acknowledge and agree that it is your responsibility to provide and maintain accurate account information and domain name whois information, as more fully addressed in Paragraph 13 below, so that Namecheap may provide you with important notices regarding your account.

## 14. Accurate account contact information and domain name whois information.

As further consideration for the Service(s), you agree to provide certain current, complete and accurate information about you, both with respect to your account information and with respect to the WHOIS information for your domain name(s) for all domains purchased through Namecheap. You agree to maintain and update this information as needed to keep it current, complete and accurate. With respect to you, the administrative, technical, and billing contacts for your domain name registration(s) and other Service(s), Namecheap requires that you must submit the following for both gTLDs and ccTLDs: name, postal address, e-mail address, voice telephone number, and, if available, fax number. For residents in countries subject to GDPR, this means that by registering domains with Namecheap, you have provided contractual consent to collect and process this

information. You agree that the type of information you are required to provide may change and you understand that, if you do not provide the newly required information, your registration or and/or other Service(s) may be suspended or terminated or may not be renewed. In the event the lack of accurate/current contact information results in the loss, cancellation or transfer of the domain name(s) associated with your account, you agree that you shall not hold Namecheap liable for any such loss or any damages associated with the loss. Not providing requested information may prevent you from obtaining all Service(s). You may provide information regarding the name-servers assigned to your domain name(s) and, if we are providing name-server services to you, the DNS settings for the domain name.

You agree to notify Namecheap within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide Namecheap with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by Namecheap to determine the validity of information provided by you, shall also be considered to be a material breach of this agreement. You agree to retain a copy for your record of the receipt for purchase of your domain name or Services.

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information may also be required to be made publicly available by means of Whois and/or the registry operator may also be required to make this information publicly available by Whois. In addition, you acknowledge and agree that certain registries require this information be made publicly available even to those residents in the EEA who are subject to GDPR. This includes but is not limited to the following ccTLDs: .asia, .ca, .cn, .uk, .co.uk, .de, .eu, .in, .id, .me.uk, .nu, .li, .ch, .fr, .sg, .com.sg, .org.uk, .us, .es, .com.es, .nom.es, .org.es, .com.au, .net.au, .paris, .vote, .voto, .xn--3ds443g, .nyc, .org.au. EEA residents who are eligible for and register domains that do not allow for privacy services explicitly agree to the publication of their personal information.

Both Namecheap and the registry operator may be required to archive this information with a third party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure.

## 15. Account Review, Data Modification or Deletion.

To access, view, update, delete or download data associated with your domain name registration, you

must be signed into your account. If you make a request to delete your personal data and that data is necessary for the products or services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased or required for our legitimate business purposes or legal or contractual record keeping requirements. In some cases, when data is necessary for the provisioning of service, deletion of data may cancel or suspend the services you have purchased. If you have difficulty accessing your data, modifying it, or deleting it, you may request assistance by contacting our support team.

**Registering a domain for a third party.** In the event that, in registering a domain name or obtaining other Service(s), you provide information about or on behalf of a third party, you represent that you (a) are authorized by the individual(s) to act as an agent on their behalf for this purpose; (b) have provided notice to that third party of the disclosure and use of that party's information as set forth in this Agreement, and (c) that you have obtained the third party's express consent to the disclosure and use of that party's information as set forth in this Agreement. For clarity, this includes all third parties who are listed in Whois as Registrant, Administrative and/or Technical contacts. And, it includes where a Registrant lists third parties as Administrative and/or Technical contacts.

Further, when registering a domain name on behalf of a third party, you agree to inform any customer of yours, who may be acquiring a domain name through you using Namecheap's registration services, that they are in fact registering their domain name through Namecheap and that Namecheap or its provider is an accredited registrar with ICANN. You agree not to represent that you are an ICANN accredited registrar or that you are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of your promotional materials including your web site. By registering a domain name or applying for other Service(s) you also represent that the statements in your application are true and you also represent that the domain name is not being registered or the Services being procured for any unlawful purpose. You acknowledge that providing inaccurate information or failing to update information promptly will constitute a material breach of this Agreement and will be sufficient basis for suspension or termination of Services to you. As indicated elsewhere in this Agreement, you understand that it is important for you to regularly monitor email sent to the email address associated with your account and WHOIS contact information because, among other reasons, if a dispute arises regarding a domain name(s) or other Service(s), you may lose your rights to the domain name(s) or your right to receive the Service(s) if you do not respond appropriately to an email sent in conjunction therewith.

**CONSENT TO PUBLICLY DISPLAY WHOIS INFORMATION. NAMECHEAP, BY DEFAULT, PROVIDES PRIVACY PROTECTION FOR THE FULL SET OF WHOIS INFORMATION, WHICH INCLUDES REGISTRANT, ADMINISTRATIVE AND TECHNICAL CONTACTS. IF YOU MANAGE A DOMAIN WHERE THERE IS THIRD PARTY INFORMATION IN WHOIS AND/OR YOU ARE A REGISTRANT WHO HAS**

**THIRD PARTIES AS ADMINISTRATIVE/TECHNICAL CONTACTS, YOU UNDERSTAND AND ATTEST THAT YOU ARE AUTHORIZED BY THESE THIRD PARTIES TO PROVIDE EXPLICIT CONSENT ON THEIR BEHALF. IN ADDITION, YOU ACKNOWLEDGE THAT WHEN YOU DISABLE WHOIS PRIVACY SERVICE YOU ARE PROVIDING EXPLICIT CONSENT ON BEHALF OF ALL CONTACTS LISTED IN THE RELEVANT WHOIS TO PUBLICLY SHARE THEIR PII. IN ADDITION, AS IT RELATES TO THE GDPR, YOU ACKNOWLEDGE THAT YOU ARE THE CONTROLLER REGARDING FOR THIS ACTION AND RESPONSIBLE FOR ALL / ANY RELATED AND REQUIRED CONSENTS.**

## 17. Account Security.

Please safeguard your account access credentials (including but not limited to your customer username/login, support pin code, password) from any unauthorized use. You agree that any person in possession of your account login identifier and password will have the ability and your authorization to modify your account and domain name information. We will take reasonable precautions to protect the information we obtain from you from loss, misuse, unauthorized access or disclosure, alteration or destruction of that information and that such reasonable precautions include procedures for releasing account access information to parties who claim to have lost account access information. You agree that, if we take reasonable precautions in relation thereto, that IN NO EVENT SHALL WE BE LIABLE IF SUCH REASONABLE PRECAUTIONS DO NOT PREVENT THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD AND THAT, EVEN IF WE FAIL TO TAKE REASONABLE PRECAUTIONS, THAT OUR LIABILITY UNDER ANY CIRCUMSTANCES SHALL BE LIMITED BY THE LIMITATION OF LIABILITY PROVISION FOUND BELOW IN THIS AGREEMENT. If you contact us alleging that a third party has unauthorized access to your account or domain names, you agree that we may charge you administrative fees of $50 (US dollars) per hour for our time spent in relation to the matter, regardless of whether or not we return control over the account and/or domain names to you.

## 18. Transfers of domain names.

You agree that transfer of your domain name(s) services shall be governed by ICANN's transfer policy, available at http://www.icann.org/transfers/, as this policy may be modified from time to time. You agree that we may place a "Registrar Lock" on your domain name services and that this will prevent your domain name services from being transferred without your authorization, though we are not required to do so. By allowing your domain name services to remain locked, you provide express objection to any and all transfer requests until the lock is removed. To transfer your domain name(s) you should first login to your account to lock or unlock your domain name(s) and/or to obtain the EPP "AuthCode" which is required to transfer domain services in an EPP registry (such as .org). Only

the registrant and the administrative contacts listed in the WHOIS information may approve or deny a transfer request. Without limitation, domain name services may not be transferred within 60 calendar days of initial registration, within 60 calendar days of a transfer, if there is a dispute regarding the identity of the domain name registrant, if you are bankrupt, or if you fail to pay fees when due. Transfer requests typically take five business days to be processed. A transfer will not be processed if, during this time, the domain name registration services expire in which event you may need to reinstate the transfer request. You may be required to resubmit a transfer request if there is a communication failure. AS A CONSEQUENCE, YOU ACKNOWLEDGE THAT YOU ASSUME ALL RISK FOR FAILURE OF A TRANSFER IF THE TRANSFER PROCESS IS INITIATED CLOSE TO THE END OF A REGISTRATION TERM.

## 19. Privacy Policy.

You agree and consent that we will make available the domain name registration information you provide or that we otherwise maintain to the following parties: ICANN, the registry administrator(s), and to other third parties as ICANN and applicable laws may require or permit (including through web-based and other on-line WHOIS lookup systems), whether during or after the term of your domain name registration services of the domain name. You hereby irrevocably waive any and all claims and causes of action you may have arising from such disclosure or use of such information. Additionally, you acknowledge that ICANN may establish or modify the guidelines, limits and/or requirements that relate to the amount and type of information that we may or must make available to the public or to private entities, and the manner in which such information is made available. Information regarding ICANN's guidelines and requirements regarding WHOIS can be found at https://www.icann.org/resources/pages/registrars/consensus-policies/wmrp-en, https://www.icann.org/resources/pages/registrars/consensus-policies/wdrp-en, and elsewhere on the ICANN website at https://www.icann.org. You agree that we may make publicly available, or directly available to third parties, some, or all, of the information you provide, for purposes of inspection (such as through our WHOIS service) or for targeted marketing and other purposes as required or permitted by applicable laws. One of the ways that we may make some or all of the information you provide available to the public or third parties is by way of bulk WHOIS data access provided to third parties who enter into a bulk WHOIS data access agreement with us. We reserve the right to discontinue providing bulk WHOIS data access to third parties. You agree that, to the extent permitted by ICANN policies and regulations, Namecheap may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

## 20. Ownership of information and data.

You agree and acknowledge that we own all database, compilation, collective and similar rights, title and interests worldwide in our domain name database, and all information and derivative works generated from the domain name database. You further agree and acknowledge that we own the following information for those registrations for which we are the registrar: (a) the original creation date of the registration, (b) the expiration date of the registration, (c) the name, postal address, e-mail address, voice telephone number, and where available fax number of all contacts for the domain name registration, (d) any remarks concerning the registered domain name that appear or should appear in the WHOIS or similar database, and (e) any other information we generate or obtain in connection with the provision of domain name registration services, other than the domain name being registered, the IP addresses of the primary nameserver and any secondary nameservers for the domain name, and the corresponding names of those nameservers. We do not have any ownership interest in your specific personal registration information outside of our rights in our domain name database.

## 21. Agents.

You may modify the domain registration information from time to time in such a way which may constitute a "Change of Registrant" under ICANN's transfer policy (the "Transfer Policy"). In such a case, you explicitly opt out of any 60-day inter-registrar transfer lock that would otherwise be imposed under the Transfer Policy due to any such Change of Registrant. In addition, you explicitly authorize us and/or the registrar of record to act as its "Designated Agent" (as defined in the Transfer Policy) to approve each "Change of Registrant" (as defined in the Transfer Policy) on its behalf. Such approval will happen automatically and, thereafter, the appropriate notices sent.

You agree that, if you are registering a domain name for or on behalf of someone else, you represent that you have the authority to nonetheless bind that person as a principal to all terms and conditions provided herein. You agree that if you license the use of the domain name registered to you to a third party, you nonetheless remain the domain name holder of record, and remain responsible for all obligations under this Agreement, including but not limited to payment obligations, and providing (and updating, as necessary) both your own full and accurate contact information, and accurate technical, administrative, billing and zone contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name and domain name registration and for ensuring non-infringement of any third party intellectual property rights or other rights, unless you disclose the current contact information provided by the licensee and the identity of the licensee within five (5) days to a party providing you with reasonable evidence of actionable harm.

## 22. Use of free services.

In consideration for providing additional optional Services for which we do not charge an additional fee, including, but not limited to, URL forwarding, email forwarding, free parking page, free website hosting, free email services, or other services which we may introduce from time to time but for which there is not a separate fee ("Free Services"), you agree that, if you use such Free Services, we may display advertising in conjunction therewith through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, appendices to emails, or other similar advertising means, and that we may aggregate related usage data by means of cookies and other similar means. You agree that from time to time we may provide you with free or low-cost domain name(s) services ("Promotional Name(s)"). If we do so, the services for the Promotional Name(s) will be placed in the same account as your other domain name(s) and you will be listed as the registrant, though we may point the Promotional Name to IP address(es)of our choosing. If you want to assume control over the services provided to the Promotional Name, including the right to transfer or push the Promotional Name service to other registrars or other accounts or the ability to control the DNS settings for the Promotional Name, you must pay the promotional registration fee or renewal fee, if any, and agree to the terms of this Agreement with respect to such Promotional Name(s). If you do not want the Promotional Name services, you may request that you be removed as the registrant of such Promotional Names and we will be listed as the domain name registrant. Alternatively, you may contact us or your Primary Service Provider to request that we delete the Promotional Name from the namespace. For any domain name services, including these Promotional Names, for which you are listed as registrant but for which you do not pay the registration or renewal fee, you agree that we may assign name-servers to the domain name and point the domain name to IP address(es) designated by us until the registration or renewal fee is paid.

## 23. After expiration of the term of a domain name registration.

Immediately after the expiration of the term of domain name registration services and before deletion of the domain name in the applicable registry's database, you acknowledge that we may direct the domain name to name-servers and IP address(es) designated by us, including, without limitation, to no IP address or to IP address(es) which host a parking page or a commercial search engine that may display advertisements, we may either leave your WHOIS information intact or that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name.

Reactivation Period Process. You acknowledge and agree that timely renewal of your domain name(s) is your sole responsibility and you assume all risks and consequences related thereto if you do not renew your domain(s) prior to expiration of its original term. We may, but are not obligated, to offer a period of time, the "Reactivation Period", where you can renew an expired domain. You acknowledge and agree that offering a Reactivation Period is in our sole discretion and that we shall not be liable

for any reason should we choose not to offer such period. If offered, the Reactivation Period exists for approximately 30 days after expiration of the term of domain name registration services and may involve additional fees which we and your Primary Service Provider may determine. You acknowledge and agree that, during this time and any time thereafter, we may make expired domain name services(s) available to third parties, that we may auction off the rights to expired domain name services, and/or that expired domain name registration services may be re-registered to any party at any time.

After the Reactivation Period, you agree that we may either (i) discontinue and delete the domain name registration services, (ii) pay the registry's registration fee or otherwise provide for the registration services to be continued, with no rights to you or, (iii) or auction, sell or otherwise transfer the domain name services to a third party and transfer the domain name registration services to such third party.

In the case of (i), above, you acknowledge that certain registry administrators may provide procedures by which discontinued domain name registration services may nonetheless be renewed. You acknowledge and agree that we may, but are not obligated to, participate in this process, typically called the "Redemption Grace Period" ("RGP") and that we bear no liability should we decide not to participate. If available, RGP typically ends between 30 and 42 days after the end of the Reactivation Period of the domain name services. RGP fees can vary by TLDs. The total cost is calculated by adding the redemption fee to the renewal price. You agree that we are not obliged to contact you to alert you that the domain name registration services are being discontinued.

In the case of (ii), above, you acknowledge that we may then set the name-servers and the DNS settings for the domain name services, that we set the DNS to point to no IP address or to IP address(es) which host parking page(s) or a commercial search engine that may display paid advertisements, and you acknowledge that we may change the contact information in the WHOIS output for the expired domain name so that you are no longer the listed registrant of the expired domain name. You acknowledge that you have no right in any of the proceeds for such advertisements, if any, we may earn as a result. During this time, we may or may not offer said domain for auction and/or sale to a third party. Your rights, if any, to redeem an expired domain exist within the defined Reactivation Period as outlined above and the limited additional rights as outlined for domains auctioned within 30 days of expiration. You further agree that we are not obliged to contact you to alert you that the domain name registration services are being continued.

In the case of (iii), above, where there is a successful auction bid for the domain within the first 30 days post expiration, you have up to these same 30 days post expiration to recover the domain. Otherwise, the third party who won the auction for the domain name services will control the domain name services, including control over the WHOIS information and the DNS settings. You agree that

we are not obliged to contact you to alert you that the domain name registration services are or were auctioned. You acknowledge that we do not have to pay you any of the proceeds, if any, we may earn as a result of such an auction.

You acknowledge that you have read, understood and agreed to these post-expiration rights as your sole remedies for renewal of expired domains. If you do not exercise your rights under this provision, you agree that you have abandoned the domain name services, and relinquish all rights and use of the domain name services with no liability to us.

## 24. LIMITATION OF LIABILITY.

YOU AGREE THAT WE WILL NOT BE LIABLE FOR ANY (1) SUSPENSION OR LOSS OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION, DOMAIN NAME REGISTRATION SERVICES, (2) USE OF THE SERVICE(S), INCLUDING, WITHOUT LIMITATION DOMAIN NAME REGISTRATION SERVICES, (3) INTERRUPTION OF OUR SERVICES OR INTERRUPTION OF YOUR BUSINESS, (4) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO OUR WEB SITE(S) OR SERVICE(S) OR DELAYS OR ACCESS INTERRUPTIONS YOU EXPERIENCE IN RELATION TO A DOMAIN NAME REGISTERED WITH US; (5) LOSS OR LIABILITY RESULTING FROM ACTS OF OR EVENTS BEYOND OUR CONTROL (6) DATA NON-DELIVERY, MIS-DELIVERY, CORRUPTION, DESTRUCTION OR OTHER MODIFICATION; (7) THE PROCESSING OF AN APPLICATION FOR A DOMAIN NAME REGISTRATION; (8) LOSS OR LIABILITY RESULTING FROM THE UNAUTHORIZED USE OR MISUSE OF YOUR ACCOUNT IDENTIFIER OR PASSWORD; OR (9) APPLICATION OF THE DISPUTE POLICY. YOU ALSO AGREE THAT WE WILL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND (INCLUDING LOST PROFITS) REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL OUR MAXIMUM AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR REGISTRATION OF THE DOMAIN NAME. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES, OUR AND/OR YOUR PRIMARY SERVICE PROVIDER'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 25. Indemnity and defense.

With respect to ICANN, the registry operators, and Namecheap, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under this Agreement, the

Service(s) provided hereunder, or your use of the Service(s), including, without limitation, infringement by you, or by anyone else using the Service(s) we provide to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of our operating rules or policies relating to the Service(s) provided. When we may be involved in a suit involving a third party and which is related to our Service(s) to you under this Agreement, we may seek written assurances from you in which you promise to defend, indemnify and hold us harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in our sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by us to be a breach of this Agreement by you and may, in our sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which we are the registrar of record. Moreover, should we be forced to defend ourselves in any action or legal proceeding in connection with any Service(s) provided to you, you shall have sole responsibility to defend us against any such claim by the legal counsel of our choosing. This indemnification is in addition to any indemnification required under the UDRP. The terms of this paragraph will survive any termination or cancellation of this Agreement.

## 26. Indemnification of registry operators.

You further agree to indemnify, defend and hold harmless all applicable registry administrator(s) (including Verisign Inc., Neulevel, Inc., Public Interest Registry, Afilias Limited, and other registry operators listed at http://www.icann.org/registries/listing.html) and all such parties' directors, officers, employees, and agents from and against any and all claims, damages, liabilities, costs, and expenses (including any direct, indirect, incidental, special or consequential damages and reasonable legal fees and expenses) arising out of, or related to, the domain name registration services you are obtaining from us. You acknowledge and agree that this clause survives the termination or expiration of this Registration Agreement.

## 27. REPRESENTATIONS AND WARRANTIES.

YOU REPRESENT THAT, TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, NEITHER THE REGISTRATION OF A DOMAIN NAME NOR THE MANNER IN WHICH IT IS DIRECTLY OR INDIRECTLY USED NOR THE USE OF OTHER OF THE SERVICE(S) INFRINGES THE LEGAL RIGHTS OF A THIRD PARTY. YOU FURTHER REPRESENT AND WARRANT THAT ALL INFORMATION PROVIDED BY YOU IN CONNECTION WITH YOUR PROCUREMENT OF THE SERVICE(S) IS ACCURATE. ALL SERVICE(S) ARE PROVIDED TO YOU "AS IS" AND WITH ALL FAULTS. EXCEPT FOR OUR STATEMENT REGARDING OUR ACCREDITATION AS ICANN-APPROVED DOMAIN NAME REGISTRAR, WE MAKE NO REPRESENTATIONS OR WARRANTIES

OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT OR THE SERVICE(S), INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, UNLESS SUCH REPRESENTATIONS AND WARRANTIES ARE NOT LEGALLY EXCLUDABLE. WITHOUT ANY LIMITATION TO THE FOREGOING, WE MAKE NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER THAT REGISTRATION OR USE OF A DOMAIN NAME UNDER THIS AGREEMENT WILL IMMUNIZE YOU EITHER FROM CHALLENGES TO YOUR DOMAIN NAME REGISTRATION, OR FROM SUSPENSION, CANCELLATION OR TRANSFER OF THE DOMAIN NAME REGISTERED TO YOU. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR E-MAIL FORWARDING OR OTHER EMAIL SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH OUR E-MAIL SERVICE(S) OR ANY TRANSACTIONS ENTERED INTO THROUGH OUR E-MAIL SERVICE(S). NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

## 28. Right To Transfer Your Domain(s) As Part of Bulk / Partial Bulk Transfer.

Namecheap reserves the right to sell all or part of its domain portfolio as a registrar. Upon such sale, You agree that Namecheap may transfer your domain(s) as part of a bulk or partial bulk transfer to the acquiring registrar.

You also agree that, where Namecheap is a reseller and makes an acquisition in whole or in part of another registrars TLD portfolio that is the registrar of record for Your domain(s), Namecheap has the right to transfer Your domain(s) from said registrar to Namecheap's registrar credentials as part of a bulk or partial bulk transfer.

## 29. Governing law and jurisdiction for disputes.

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Arizona. You agree that any action brought by you to enforce this Agreement or any matter

brought by you and which is against or involves us and which relates to your use of the Services shall be brought exclusively in the United States District Court of Arizona, or if there is no jurisdiction in such court, then in a state court in Maricopa County, State of Arizona. You consent to the personal and subject matter jurisdiction of any state or Federal court in Maricopa County, State of Arizona in relation to any dispute between you and us under this Agreement. You agree that service of process on you by us in relation to any dispute arising under this Agreement may be served upon you by first class mail to the address listed by you in your account and/or domain name WHOIS information or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or domain name WHOIS information.

Notwithstanding the foregoing, for the adjudication of third party disputes (i.e., disputes between you and another party, not us) concerning or arising from use of domain names registered hereunder, you shall submit without objection, without prejudice to other potentially applicable jurisdictions, to the subject matter and personal jurisdiction of the courts (i) of the domicile of the registrant as it appears in the public WHOIS record for the domain name(s) in controversy, and (ii) where we are located, currently those State or federal courts whose geographic districts include Maricopa County, State of Arizona.

YOU AGREE TO WAIVE THE RIGHT TO TRIAL BY JURY IN ANY PROCEEDING THAT TAKES PLACE RELATING TO OR ARISING OUT OF THIS AGREEMENT.

## 30. Notices.

You agree that any notices required to be given under this Agreement by us to you will be deemed to have been given if delivered in accordance with the account and/or domain name WHOIS information you have provided.

## 31. Final Agreement.

This Agreement, the referenced agreements, the ICANN Policy and the UDRP, together with all modifications, constitute the complete and exclusive agreement between you and us, and supersede and govern all prior proposals, agreements, or other communications, subject to the terms set out in Section 2 above. This Agreement may not be amended or modified by you except by means of a written document signed by both you and an authorized representative of us.

## 32. No Agency Relationship.

Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties hereto. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise.

## 33. Waiver.

The failure of us to require your performance of any provision hereof shall not affect the full right to require such performance at any time thereafter; nor shall the waiver by us of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

# EXHIBIT C

# Namecheap.com - Court Order & Subpoena Policy

Namecheap is a strong advocate for privacy. As such, and per our Privacy Policy, we cannot and will not share customer or account information without our customer's express consent except under limited circumstances when required by law or legal process properly served on Namecheap or one of our affiliates.

If you are seeking such information, here is what you need to know:

# 1. Submission of Subpoenas and Court Orders

You may mail or serve Namecheap with a valid criminal or civil subpoena or U.S. Court Order as follows:

**Service or Mail**
Namecheap Legal Department
4600 East Washington Street
Suite 300
Phoenix, AZ 85034

Namecheap may, at its sole discretion, accept service by email.

**Email**
Legal@namecheap.com

# 2. Criminal Subpoenas

If you seek the identity or account information of a Namecheap customer in connection with a criminal matter, and you are a member of the law enforcement community, you must mail to or serve Namecheap, Inc. with a valid U.S. subpoena.

**Background Documentation**

Namecheap reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how our customer information is related to the pending litigation and the underlying subpoena.

**Notice to Customer and Response Time**

Upon the receipt of a valid criminal subpoena, unless the circumstances or subpoena warrant otherwise, Namecheap may promptly notify the customer whose information is sought via email or U.S. mail. If the circumstances do not amount to an emergency, Namecheap may not immediately produce the customer information sought by the subpoena and may provide the customer an opportunity to move to challenge the subpoena in court. Namecheap reserves the right to charge an administration fee to the customer by charging the customer's Namecheap account.

**Policy Regarding Email**

Namecheap complies with the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq.,

which prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, other than in limited circumstances. Therefore, except as required by an order in accordance with this Act, Namecheap will not produce the content of email or other electronic communications. Whether or not Namecheap gives its customer advance notice of any such disclosure will be governed by the terms of the order.

**Fees for Subpoena Compliance**

Namecheap reserves the right to charge the person or entity submitting the criminal subpoena for costs associated with subpoena compliance whenever the government agency and/or the nature of the request permits. Payment must be made within thirty (30) days from the date of receipt of the invoice. Checks should be made out to Namecheap, Inc. Namecheap reserves the right to require payment prior to the release of the documentation requested.

Namecheap's criminal subpoena compliance costs are as follows:

- Research – hourly rate varies per the complexity of the information request and/or management involvement in providing the subpoenaed information
- Federal Express - Cost as Billed
- Copies - $.50/page

# 3. Civil Subpoenas

If you seek the identity or account information of a Namecheap customer in connection with a civil legal matter, you must mail to or serve Namecheap, Inc. with a valid subpoena. Valid subpoenas are those issued by (a) any U.S. federal court or (b) the courts of the State of Arizona, or any other State in which Namecheap has qualified to do business. Namecheap may waive the requirement and respond to a subpoena issued by a state or local court located outside of Arizona State, or any other State in which we are qualified to do business, in limited circumstances and at its discretion. Namecheap will not respond to subpoenas, or analogous discovery mechanisms, issued by courts outside of the U.S. due to the inherent difficulties in validation.

**Background Documentation**

Namecheap reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the customer information is related to the pending litigation and the underlying subpoena.

**Fees for Subpoena Compliance**

Namecheap will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the invoice. Checks should be made out to Namecheap, Inc. Namecheap reserves the right to require payment prior to the release of the documentation requested.

Namecheap's civil subpoena compliance costs are as follows:

- Research - $150.00/hour
- Federal Express - Cost as Billed
- Copies - $.50/page

# 4. Additional FAQs

## A. UDRP COMPLAINTS & PROCEEDINGS

Namecheap is compliant with the UDRP guidelines set forth by ICANN. Should you file a UDRP related claim, you may submit a copy of the filed claim using the methods described herein to provide Namecheap with notice of a domain name dispute with one of our customers.

## B. NON-U.S. COURT ORDERS & SUBPOENAS

Namecheap requires that, unless governed by ICANN regulations or other treaties/Acts to which we may be subject, all court orders and/or subpoenas must be issued by a U.S. court or law enforcement entity.

## C. REQUEST FOR REGISTRANT INFORMATION OF DOMAINS

Namecheap complies with ICANN guidelines, Registry rules for non-ICANN governed domains and privacy regulations. All requests for domain registrant information will be evaluated accordingly. In particular, where governed by the General Data Protection Regulation (GDPR) and/or ICANN, Namecheap applies the "balancing test" set forth in Article 6(1)(f) GDPR.

## D. CUSTOMERS PROTECTED BY WITHHELD FOR PRIVACY

Namecheap will not disclose the identity of a customer who is protected by privacy services offered by Namecheap unless specifically required by U.S. court order/subpoena or as set forth in 4.C.

## E. DO I NEED TO NAME NAMECHEAP AND/OR WITHHELD FOR PRIVACY IN THE LEGAL ACTION

No, you do not need to name Namecheap or Withheld for Privacy in a legal action.

Please note that Withheld for Privacy is a third party provider and separate entity from Namecheap. Withheld for Privacy is a private registration service that is wholly-based in Iceland. It provides privacy services only. This means that it has no control over the domain name, website content and/or other services provided to the customer through Namecheap. Moreover, based on its design, it does receive nor does it have access to a domain registrant's information.

## F. ACCURACY OF CUSTOMER INFORMATION REQUIRED

While Namecheap does not require that you list the name of a customer who is protected by Withheld for Privacy in a court order or subpoena, we do require that any details which are set forth in a subpoena or court order must be accurate and specifically identify a customer. This means that, when you have a customer name, it must be the correct customer name associated with a domain or account for us to be able to take action pursuant to the court order/subpoena. It also means that the identifiers must be sufficient to identify a single Namecheap customer. For this reason, please *do not* use an IP address as a sole identifier.

## G. BANKRUPTCY & RECEIVERSHIPS

If a domain and/or website is subject to a bankruptcy proceeding or receivership, it is important to give Namecheap notice as soon as possible. Bankruptcy and Receivership Orders must be issued in English and be able to be validated as authentic by Namecheap. Namecheap reserves the right to refuse action if the orders are outside of the U.S. and unable to be validated to our satisfaction. Orders must list individually any domain(s) and/or website(s) that are to be separated from other

assets and it must state that the Trustee or Receiver has the authority to manage and sell them.

**H. SETTLEMENTS & DOMAIN TRANSFERS**

In general, customers may privately settle a dispute over a domain/website without Namecheap's involvement. A transfer of ownership of such domain/website may be affected by the controlling party through their account panel.

In limited circumstances, parties may request Namecheap's assistance in effecting a transfer to a new owner under a settlement agreement. If you are seeking our help, at a minimum we will require a copy of the legal settlement agreement which must:

- Involve litigation;
- Have notarized signatures from both parties;
- Specify the affected domain name(s); and
- Include a statement that the litigation will be dismissed with prejudice.

Further, Namecheap reserves the right to require an indemnification agreement from one or more parties.

# 5. General

**Reservation of Rights**

Notwithstanding any of the above, Namecheap reserves the right to challenge the validity of any subpoena or court order or otherwise move to quash or take such other action to secure an order from the relevant court that Namecheap is not required to respond to the subpoena or court order.

**Modification**

Namecheap reserves the right to modify this policy at any time in its sole and absolute discretion. Such modifications are effective immediately upon posting to this site.

**Further Questions & Contact Information**

If you have any questions about how Namecheap deals with subpoenas, court orders or other legal process, please contact us by email or regular mail at the following address:

Namecheap Legal Department
4600 East Washington Street
Suite 300
Phoenix, AZ 85034
legal@namecheap.com

*Last revised: January 13, 2017*

# EXHIBIT D

# Withheld for Privacy

We are Withheld for Privacy ("WfP"). WfP is an Icelandic company that focuses solely on privacy. We partner with Registrars to enable them to provide anonymous privacy protected domain registration for their customers/domain registrants through the provision of our services.

In addition to any terms included in our private Registrar Partner contract, if you are a Registrar, you agree to these Registrar Partner Terms of Service ("ToS"). We include these specific terms on our website to provide transparency to your customers/domain registrants ("Customers.") In this ToS, "you" and "your" refer to you, or any agent, employee, servant or person authorized to act on your behalf.

We provided headings to our ToS for convenience purposes only. They do not nor are they meant to limit, define, construe or describe the scope or extent of each section or in any way affect such section.

# 1. OUR SERVICES

WfP provides privacy protection services for domain registrations to prevent the publication of personal information contained in the domain's Whois records ("Services").

Our Services cover all the necessary elements to keep your Customer's information non-published while ensuring that there are means for third parties to reach your Customer anonymously. Specifically, we agree to the use of our physical address and phone/fax numbers to receive, as necessary and reasonable, third party outreach and transmit it to your Customers. In addition, we provide anonymized email solutions that allow third parties to contact your Customer directly without disclosing your Customers personal email information.

You agree that WfP Services will be used solely for protecting domain Whois information from publication and ensuring the Customer(s)'s privacy. You further agree that you will only use our Services for this purpose and in compliance with ICANN, the GDPR, in compliance with registry rules allowing or prohibiting privacy services and other authorities and/or laws to which you are subject and the laws of Iceland.

# 2. CUSTOMER PERSONAL INFORMATION

WfP was built using privacy by design principles. We do not collect, nor do we need or require, your Customer's personal information in the use of our Services. Our Services were built to keep your Customers information within your control and our intention is to keep it that way. We believe that is why you chose us.

Therefore, consistent with this mutual goal, you agree and warrant that you will not and do not provide the Customer personal information as part of this Agreement. You also agree to disclose this fact in your online Privacy Statement/Policy and any online legal notifications that may be relevant.

For more information about our Privacy Statement, which covers your company and your Customers, see https://withheldforprivacy.com/privacy-statement.html

As to privacy regulations, each Party warrants that they do not share personal information with the other for any reason, including that there is no sale of such information between the parties.

# 3. ADDITIONAL REGISTRAR RESPONSIBILITIES

Responsible Use. In using our Services, you agree that you are responsible for legal and responsible use. WfP expects that you will and you agree to set Terms of Service and Acceptable Use Policies (collectively "Registrar Policies") that govern how you provide our Services. You also agree to ensure that your Registrar Policies include compliance regulations to which you are subject. You also agree to ensure that your Customers follow your own Terms of Service.

Legal + Law Enforcement Requests. You agree and acknowledge that your use of our Services is at an enterprise level. This means that WfP provides and you contract for enterprise-wide application of our Services, in compliance with these ToS.

To that end, you agree that you are the sole contact for any legal and/or law enforcement requests and that WfP will redirect any such requests they receive. You agree that WfP contracts with you alone and not with your Customers. You also agree to provide information on your website that is easy to find and clearly explains that: 1) WfP does not have your Customer's Whois information or any other personal information; 2) you, not WfP, control the application and/or removal of privacy services; and 3) WfP will redirect all information requests back to you, as registrar.

Customer Disclosures. You agree to the following terms and also agree to disclose them to your Customers:

1. WfP is an Iceland company focused on privacy and provides privacy Services for domain Whois only.
2. WfP is subject to the standards of the GDPR when it processes personal information.
3. WfP does not collect, nor are they provided with, Customer personal information.
4. WfP removal of Services may happen in limited situations. While WfP cannot disclose Customer personal information because it does not have it, there may be circumstances where WfP is legally required to stop its provision of Services to specific Customers. When/if this is applicable and as possible, WfP will notify and work with you in advance, where possible and reasonable, so you can determine whether to provide an alternative legal measures of privacy to your Customer. In addition, you agree that WfP reserves the right, per Reservation of Rights in this ToS, to remove any/all Services (i) at the end of our contract with you; (ii) when a breach of contract occurs; or (iii) when the circumstances meet the agreed upon standards for Service removal.
5. Customers have no third-party rights as to WfP. To be clear, the Customers are in contractual privity with the registrar and the registrar shall be responsible for redressing any disputes, which the Customers must address to the registrar.
6. WfP communications: You and your Customers agree:
   - WfP will, as reasonable, review communications sent to addresses we provide as part of our Services and transmit as follows.
     - For communications received via certified or traceable courier mail (such as UPS, FedEx, or DHL), or first-class mail which does not appear to be unsolicited commercial mail, you agree that WfP may either: ( i) forward such communication to you; or (ii) may attempt to communicate to you a scanned copy of a page of the communication to ascertain how you wish WfP to proceed with respect to that communication. At all times, you agree that you have the direct relationship with your Customers and will determine how to provide such communications to them. For avoidance of doubt, we will NOT deliver any inquiries directly to the

Customers.
- WfP may, in its own judgment and discretion, elect to not forward to you such first class postal mail or email, fax, postal mail or telephone communications which appear to be unsolicited communications, which offer or advertise the sale of goods or services or which solicit charitable contributions, or communications which appear to arise from your use of our Services administered as a general mail forwarding service
- You authorize WfP, on behalf of you and your Customers, to either discard all such communications or return all such communications to sender unopened.
  - You agree and will contractually require your Customers to agree to waive any and all claims arising from failure to receive communications directed to a protected domain name but not forwarded to you by WfP, including where failures arise from WfP's mistake of judgment made in good faith in determining whether a communication is or is not an unsolicited communication.

# 6. RESERVATION OF RIGHTS

You acknowledge and agree that WfP reserves the right to limit or refuse Service to you and/or instruct you regarding individual users that are your Customers. Though we will do our best to work with you, especially on behalf of the privacy of your Customers, WfP reserves the right to alter, suspend, or discontinue our Services as outlined in this ToS and also accompanying agreements, which include specific situations where WfP may do so without prior notice to you.

You also acknowledge that WfP services may become unavailable due to maintenance or malfunction of computer equipment or other reasons.

WfP may also discontinue Services in these limited situations, with notice where appropriate:

- You have breached any provision of the TOS (or have acted in a manner that clearly shows you do not intend to, or are unable to, comply with the TOS);
- WfP is required to do so by Law (for example, where the provision of our Services is, or becomes, unlawful);
- The provision of our Services to you is, in WfP's sole opinion, no longer commercially viable; or
- WfP has elected to discontinue Services (or any part thereof).

You agree that WfP shall not be liable to you or any third party for any termination or cancellation of your use of our Services.

# 7. RENEWAL AND FEES

You acknowledge and agree that you are responsible for prompt payment of our Services. All Services must be paid for in advance of use.

Automatic Renewal. Given the nature of our privacy Services, unless otherwise agreed to in writing, you agree to set up automatic renewal for payment to ensure there is no interruption of our Services for your Customers. With automatic renewal, you acknowledge and agree that Services will be automatically renewed 30 days prior to the end of term of your agreement for Services using the payment method you've chosen. You will be charged either then current rates for our Services or rates otherwise agreed to in writing ("Fees".)

Fees. You acknowledge and agree that fees are billed at annual rates and are non-refundable.

Payment Failure. It is your responsibility to ensure that your chosen payment method is current and able to pay the Fee billed. Should your payment method fail, WtP will make an additional attempt at payment. If payment is still unsuccessful, in addition to the WtP rights for non-payment, WtP further reserves the right in its sole discretion to require payment 60 days in advance and/or escrowed Fees for future Services.

# 8. TERM AND TERMINATION

Term. These ToS apply for the entire term of your use of our Services and, where applicable, thereafter. Our Services are offered for the minimum term of one year and will automatically renew unless you provide us with effective notice. More detailed terms shall be set out in our private agreement with you, the registrar.

You acknowledge and agree that the term of our Services with you may not coincide with registration and expiration dates of your Customer's domains. Understanding this, you further agree that you are solely responsible to your Customers for any obligations you may have to provide privacy services. These obligations include any and all responsibilities that you may have when you terminate the use of our Services.

Termination. Services may be terminated by proper notice of non-renewal. For notice to be proper, it must be provided in writing, ninety days (90) prior to the end of the current term and you must have no outstanding obligations to us, including payment of Fees ("Proper Notice".) You agree that you are liable for our Services for the next occurring annual term if you fail to provide Proper Notice.

In addition, Services may be terminated for any of the reasons outlined in paragraph 6. Reservation of Rights. Should we terminate and/or discontinue Services due to your breach of any of the terms or conditions in this ToS or accompanying agreements, you agree that Fees paid are non-refundable as may be more fully detailed in our private agreement with you.

Survival Terms. You agree that the terms remain and conditions of this ToS applies until a Term is terminated. As applicable, certain terms and conditions of this ToS will survive termination and you agree that you continue to be bound by them as they relate to prior Services purchased by you.

# 9. LIABILITY DISCLAIMER

YOUR USE OF THE SITE AND/OR SERVICES, INCLUDING ANY DATA PROVIDED, IS AT YOUR SOLE RISK. THE ACCURACY, CONDITION AND AVAILABILITY OF THE SITE AND SERVICES ARE PROVIDED ON AN "AS IS" BASIS. WTF EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. WFP MAKES NO WARRANTY THAT: (i) THE INFORMATION ON THIS SITE IS CORRECT, ACCURATE OR RELIABLE; (ii) THE FUNCTIONS CONTAINED ON THIS SITE OR BY OUR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE; OR (iii) DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS.

IN NO EVENT SHALL WTF, ITS AFFILIATES, PARENTS, SUBSIDIARIES, OFFICERS, DIRECTORS, EMPLOYEES, OR SUPPLIERS BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE SITE, THE SERVICES, OR THESE TOS (HOWEVER ARISING, INCLUDING GROSS NEGLIGENCE).

WITHOUT AFFECTING THE LIMITATIONS OF LIABILITY IN THIS SECTION, THE LIABILITY OF WFP, AND/OR ITS AFFILIATES, PARENTS, SUBSIDIARIES, OFFICERS, DIRECTORS, EMPLOYEES, AND SUPPLIERS, TO YOU OR ANY THIRD PARTIES IS LIMITED IN ALL CIRCUMSTANCES TO $100.00 OR THE MINIMUM AMOUNT SET BY LAW IN THE CORRESPONDING JURISDICTION WHERE THE DISPUTE IS ADJUDICATED, WHICHEVER IS LOWER.

You further understand and agree that WFP disclaims, to the extent allowed by law, any loss or liability resulting from:

- The inadvertent disclosure or theft of personal information, where applicable;
- Access delays or interruptions to the Services;
- Data non-delivery or inaccurate delivery between you and the providers of any third-party services;
- The failure for whatever reason to renew the Services;
- Errors, omissions or misstatements by WFP or any third-party providers of services;
- Deletion of, failure to store, failure to process or act upon email messages sent to or forwarded to either you or the email address listed for your Protected Domain;
- Any act or omission caused by you or your agents (whether authorized by you or not).

# 10. INDEMNIFICATION

YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD WFP AND ANY PARENT, SUBSIDIARY, AFFILIATE, OFFICER, DIRECTOR, AGENT, AND EMPLOYEE (EACH AN "INDEMNITEE") HARMLESS FROM ANY LOSS, LIABILITY, EXPENSE, CLAIM OR DEMAND (INCLUDING REASONABLE ATTORNEYS' FEES) (COLLECTIVELY "CLAIM"), ARISING DIRECTLY OR INDIRECTLY OUT OF OR IN CONNECTION WITH (i) ANY ACT OR OMISSION BY YOU OR YOUR CUSTOMERS, INCLUDING YOUR USE OF THE SITE OR ANY SERVICES, OR YOUR OR YOUR CUSTOMERS BREACH OF THIS TOS OR ANY OTHER AGREEMENT WITH ANY THIRD PARTY OR WITH WFP, INCLUDING ONE INCORPORATED BY REFERENCE, (ii) YOUR OR YOUR CUSTOMERS VIOLATION OF ANY LAW OR THE RIGHTS OF WFP OR ANY THIRD PARTY, INCLUDING ANY ALLEGED OR ACTUAL VIOLATION OF ANY INTELLECTUAL PROPERTY OR PRIVACY RIGHTS, AND/OR (iii) ANY ACT OR OMISSION ON THE PART OF ANY INDEMNITEE (PROVIDED THAT YOU SHALL NOT BE OBLIGATED TO INDEMNIFY AS TO ACTS OR OMISSIONS BY INDEMNITEES TO THE EXTENT SUCH CLAIM AROSE AS A DIRECT CONSEQUENCE OF AN INTENTIONAL ACT BY SUCH INDEMNITEE).

With respect to ICANN, the registry operators, as well as the contractors, agents, employees, officers, directors, shareholders, and affiliates of such parties, you agree to defend, release, indemnify, and hold such parties harmless from all liabilities, claims and expenses, including attorney's fees and court costs, for third party claims relating to or arising under the TOS, the Services provided hereunder, or your use of the Services, including, without limitation, infringement by you, or by anyone else using the Services provided to you, of any intellectual property or other proprietary right of any person or entity, or from the violation of any of WFP's TOS, operating rules or policies relating to the Services provided.

When WFP may be involved in a suit involving a third party and which is related to the Services administered by WFP to you under this TOS, WFP may seek written assurances from you in which you promise to defend, indemnify and hold WFP harmless from the costs and liabilities described in this paragraph. Such written assurances may include, in WFP's sole discretion, the posting of a performance bond(s) or other guarantees reasonably calculated to guarantee payment. Your failure to provide such assurances may be considered by WFP to be a breach of this TOS by you and may,

in WFP's sole discretion, result in loss of your right to control the disposition of domain name services for which you are the registrant and in relation to which WFP is the service provider.

Should WFP be forced to defend itself in any action or legal proceeding in connection with any of the Services provided to you, you shall have sole responsibility to defend WFP against any such claim by legal counsel of its choosing. This indemnification is in addition to any indemnification required under the Uniform Domain Name Dispute Resolution Policy ("UDRP").

You agree to release, defend, indemnify and hold harmless the Primary and Backend Service Providers, and their parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and your registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to this TOS, the websites of other third party service providers, your WFP account, and/or your use of the Protected Domain.

The terms of this Section will survive any termination or cancellation of this TOS.

# 11. GOVERNING LAW AND JURISDICTION

Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration, this TOS, your rights and obligations and all actions contemplated by this TOS shall be governed exclusively by the laws of the Iceland, as if the TOS was a contract wholly entered into and wholly performed within Iceland.

You agree that any action brought by you to enforce this TOS or any matter brought by you and which is against or involves WFP and which relates to your use of the Services shall be brought exclusively in the courts of Iceland.

You consent to the personal and subject matter jurisdiction of the appropriate court in the Iceland in relation to any dispute between you and WFP under this TOS.

You agree that service of process on you by WFP in relation to any dispute arising under this TOS may be served upon you by first class mail to the address listed by you in your account and/or by electronically transmitting a true copy of the papers to the email address listed by you in your account and/or accompanying agreements to this ToS.

You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this TOS. This TOS is made and entered into solely for the benefit of the parties designated herein. Nothing in this TOS, express or implied, is intended to or shall confer upon any other person any right, benefit or remedy of any nature whatsoever under or by reason of this TOS. Third parties claiming rights under this TOS are specifically excluded.

# 12. NOTICES

You agree that any notices required to be given under this TOS by WFP to you will be deemed to have been given if delivered in accordance with the account information you have provided.

# 13. NO AGENCY RELATIONSHIP

Nothing contained in this TOS shall be construed as creating any agency, partnership, or other form of joint enterprise between you and WFP. Each party agrees to ensure that they will not represent to

the contrary, either expressly, implicitly, by appearance or otherwise.

# 14. NO THIRD-PARTY RIGHTS

These TOS are created and intended for the benefit of the registrar and WFP and their respective successors and permitted assigns and is not for the benefit of, nor may any provision hereof be enforced by, any other person or entity.

# 15. NO WAIVER

You expressly agree that any failure on the part of WFP to require your performance of any provision of this ToS will not and does not affect the full right to require such performance at any time thereafter; nor shall the waiver by WFP of a breach of any provision hereof be taken or held to be a waiver of the provision itself.

# 16. ENFORCEABILITY

In the event that any provision of this TOS shall be unenforceable or invalid under any applicable law or be so held by applicable court decision, such unenforceability or invalidity shall not render this TOS unenforceable or invalid as a whole. WFP will amend or replace such provision with one that is valid and enforceable, and which achieves, to the extent possible, the original objectives and intent as reflected in the original provision.

# 17. ASSIGNMENT AND RESALE

Your rights under this TOS are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this TOS, whether by attachment, levy, garnishment or otherwise, renders this TOS voidable at the option of WFP.

WFP may freely assign or delegate all or any part of its rights or obligations under these TOS without prior notice or consent.

# 18. FORCE MAJEURE

Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over WFP or its affiliates, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this Section (i) shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and (ii) shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, WFP may immediately terminate this TOS.

# EXHIBIT E



### How does Domain Privacy work?

When you enable the Domain Privacy service for a domain, it puts the Withheldforprivacy.com protected information to the public instead of your contact details to protect you from potential spam and even identity theft.

Your personal email address will be replaced with a unique Withheldforprivacy.com one (e.g., *35180ba032214a9387fe517f46b6037d.protect@withheldforprivacy.com*), and every email sent to this email address will be forwarded to your Registrant email address.

To enhance online presence privacy, you also have an option to schedule the change of your Withheldforprivacy.com email address every few days. This should provide you with additional protection from spam as mail harvested from Whois becomes invalid in a few days.

To get the most comprehensive protection for your domain, you should look into Domain Vault, our most comprehensive domain protection yet.

That's it!

If you have any questions, feel free to contact our Support Team.

## Associated articles

 What is Domain Privacy?

Updated
**7/27/2022**

Viewed
**67665** times

  

## Need help?
### We're always here for you.

**Go to Live Chat page**

🇺🇦 **We** ❤️ **Ukraine.** Namecheap is a US based registrar. Many of our colleagues originate from or are located within Ukraine. To support Ukraine in their time of need visit this page.



We make registering, hosting, and managing domains for yourself or others easy and affordable, because the internet needs people.





We are an ICANN accredited registrar.
Serving customers since 2001.

Payment Options





# EXHIBIT F

| Owner | Category | Title (English) | Title (Korean) |
|-------|----------|-----------------|----------------|
| MBC | Drama | Knight Flower | 밤에 피는 꽃 |
| MBC | Drama | The Third Marriage | 세 번째 결혼 |
| KBS | Drama | Live Your Own Life | 효심이네 각자도생 |
| MBC | Variety | Home Alone | 나 혼자 산다 |
| SBS | Variety | My Little Old Boy | 미운 우리 새끼 |
| KBS | Drama | Korea-Khitan War | 고려거란전쟁 |
| KBS | Drama | Unpredictable Family | 우당탕탕 패밀리 |
| KBS | Variety | 2 Days and 1 Night 4 | 1박 2일 시즌4 |
| SBS | Variety | Running Man Classics | 런닝맨 클래식 |
| MBC | Drama | My Dearest | 연인 |
| KBS | Drama | Young Lady and Gentleman | 신사와 아가씨 |
| SBS | Drama | The Great Doctor | 신의 |
| MBC | Drama | The Second Husband | 두 번째 남편 |
| KBS | Drama | Healer | 힐러 |
| SBS | Drama | Suspicious Partner | 수상한 파트너 |
| MBC | Variety | How Do You Play? | 놀면 뭐하니? |
| MBC | Drama | Ju Mong, Prince of Legend | 주몽 |
| KBS | Drama | The Elegant Empire | 우아한 제국 |
| MBC | Variety | The Manager | 전지적 참견시점 |
| SBS | Drama | My Love From the Star | 별에서 온 그대 |
| MBC | Drama | Jewel in the Crown | 동이 |
| MBC | Drama | Empress Ki | 기황후 |
| MBC | Drama | Extra-ordinary You | 어쩌다 발견한 하루 |
| KBS | Drama | The Two Sisters | 피도 눈물도 없이 |
| MBC | Drama | She Was Pretty | 그녀는 예뻤다 |
| MBC | Drama | Weightlifting Fairy, Kim Bok-joo | 역도요정 김복주 |
| MBC | Drama | Coffee Prince | 커피프린스 1호점 |
| MBC | Drama | Fated to Love You | 운명처럼 널 사랑해 |
| MBC | Drama | Golden Rainbow | 황금무지개 |
| KBS | Drama | Love in the Moonlight | 구르미 그린 달빛 |
| KBS | Drama | Hwarang: The Poet Warrior Youth | 화랑 |
| KBS | Drama | Two Mothers | 뻐꾸기 둥지 |
| KBS | Drama | Oh My Venus | 오 마이 비너스 |
| MBC | Drama | The Moon Embracing the Sun | 해를 품은 달 |
| MBC | Drama | Story of a Mermaid | 인어 아가씨 |
| KBS | Variety | The Return of Superman | 슈퍼맨이 돌아왔다 |
| SBS | Drama | Do You Like Brahms? | 브람스를 좋아하세요? |
| SBS | Drama | High Society | 상류사회 |
| MBC | Drama | I Am Not a Robot | 로봇이 아니야 |
| KBS | Drama | Fight For My Way | 쌈 마이웨이 |
| MBC | Drama | Lee San, Wind in the Palace | 이산 |
| MBC | Variety | Adventure by Accident 3 | 태어난 김에 세계일주 3 |

| SBS | Drama | The Penthouse | 펜트하우스 |
|-----|-------|---------------|-----------|
| KBS | Drama | The Real Has Come! | 진짜가 나타났다! |
| SBS | Drama | Taxi Driver | 모범택시 |
| KBS | Drama | You Are The Best | 최고다 이순신 |
| SBS | Drama | Doctors | 닥터스 |
| MBC | Drama | Jewel in the Palace | 대장금 |
| KBS | Drama | My Father is Strange | 아버지가 이상해 |
| SBS | Drama | Dr. Romantic 2 | 낭만닥터 김사부 2 |
| MBC | Drama | The Great Queen Seondeok | 선덕여왕 |
| SBS | Drama | Dr. Romantic | 낭만닥터 김사부 |
| SBS | Drama | I Have a Lover | 애인있어요 |
| SBS | Drama | Pinocchio | 피노키오 |
| SLL | Drama | Queen of Divorce | 끝내주는 해결사 |
| SBS | Drama | It's Okay, That's Love | 괜찮아, 사랑이야 |
| KBS | Drama | My Golden Life | 황금빛 내 인생 |
| SBS | Drama | Doctor Stranger | 닥터 이방인 |
| MBC | Drama | Tempted | 위대한 유혹자 |
| MBC | Drama | Kill Me Heal Me | 킬미힐미 |
| KBS | Drama | What Happens to My Family? | 가족끼리 왜 이래 |
| KBS | Drama | Secret Love | 비밀 |
| SBS | Drama | Taxi Driver 2 | 모범택시 2 |
| SBS | Drama | Secret Garden | 시크릿 가든 |
| KBS | Drama | It's Beautiful Now | 현재는 아름다워 |
| SBS | Drama | Doctor John | 의사요한 |
| MBC | Drama | Marriage Contract | 결혼계약 |
| SBS | Drama | Jang Ok Jung, Living in Love | 장옥정, 사랑에 살다 |
| KBS | Drama | Dali and Cocky Prince | 달리와 감자탕 |
| MBC | Drama | The Flower in Prison | 옥중화 |
| SBS | Drama | Stove League | 스토브리그 |
| SBS | Variety | Kick a Goal | 골 때리는 그녀들 |
| MBC | Variety | Radio Star | 라디오스타 |
| SBS | Drama | Incarnation of Money | 돈의 화신 |
| KBS | Drama | Five Enough | 아이가 다섯 |
| MBC | Drama | Princess Hours | 궁 |
| MBC | Drama | Shopaholic Louis | 쇼핑왕 루이 |
| MBC | Drama | Hotel King | 호텔킹 |
| KBS | Drama | Once Again | 한 번 다녀왔습니다 |
| SBS | Drama | Master's Sun | 주군의 태양 |
| SBS | Drama | Wonderful Mama | 원더풀 마마 |
| MBC | Drama | The Forbidden Marriage | 금혼령, 조선 혼인 금지령 |
| SBS | Drama | Wok of Love | 기름진 멜로 |
| SBS | Drama | My Strange Hero | 복수가 돌아왔다 |
| SBS | Drama | Angel Eyes | 엔젤아이즈 |
| KBS | Variety | Immortal Songs | 불후의 명곡 - 전설을 노래하다 |

| MBC | Drama | Cunning Single Lady | 앙큼한 돌싱녀 |
|---|---|---|---|
| MBC | Drama | Find Me in Your Memory | 그 남자의 기억법 |
| KBS | Drama | Angel's Last Mission: Love | 단, 하나의 사랑 |
| MBC | Drama | Never Twice | 두 번은 없다 |
| KBS | Drama | Queen for Seven Days | 7일의 왕비 |
| SBS | Drama | The Penthouse 2 | 펜트하우스 2 |
| SBS | Drama | The Penthouse 3 | 펜트하우스 3 |
| SBS | Drama | Warrior Baek Dong Soo | 무사 백동수 |
| KBS | Drama | Smile Again | 웃어라 동해야 |
| SBS | Drama | Shining Inheritance | 찬란한 유산 |
| KBS | Variety | The Seasons: Red Carpet with Lee Hyo Ri | 더 시즌즈 - 이효리의 레드카펫 |
| MBC | Drama | Hwa Jung, the Princess of Light | 화정 |
| MBC | Drama | Joseon Attorney: A Morality | 조선변호사 |
| WAVVE | Drama | Weak Hero Class 1 | 약한영웅 Class 1 |
| SBS | Drama | The Fiery Priest | 열혈사제 |
| MBC | Drama | The Rebel | 역적 |
| MBC | Drama | My Secret, Terrius | 내 뒤에 테리우스 |
| SBS | Drama | The Secret Life of My Secretary | 초면에 사랑합니다 |
| MBC | Drama | The Scholar Who Walks the Night | 밤을 걷는 선비 |
| MBC | Drama | Father, I'll Take Care of You | 아버님 제가 모실게요 |
| SBS | Drama | Lie to Me | 내게 거짓말을 해봐 |
| KBS | Drama | Black Knight | 흑기사 |
| MBC | Drama | Love With Flaws | 하자있는 인간들 |
| KBS | Drama | Vengeance of the Bride | 태풍의 신부 |
| KBS | Drama | Bravo, My Life | 으라차차 내 인생 |
| SBS | Drama | You're Beautiful | 미남이시네요 |
| SBS | Variety | Shooting Stars | 골 때리는 그녀들 |
| MBC | Variety | The King of Mask Singer | 복면가왕 |
| KBS | Drama | Marry Me Now | 같이 살래요 |
| KBS | Drama | Sweet Stranger and Me | 우리집에 사는 남자 |
| KBS | Variety | Beat Coin | 홍김동전 |
| SBS | Drama | Birth of the Beauty | 미녀의 탄생 |
| MBC | Drama | The Veil | 검은태양 |
| SBS | Drama | Dear Fair Lady Kong Shim | 미녀 공심이 |
| KBS | Drama | Good Manager | 김과장 |
| KBS | Drama | The Princess's Man | 공주의 남자 |
| SBS | Drama | Haechi | 해치 |
| KBS | Drama | Beautiful Love, Wonderful Life | 사랑은 뷰티풀 인생은 원더풀 |
| SBS | Drama | The Royal Gambler | 대박 |
| KBS | Drama | Seo Yeong, My Daughter | 내 딸 서영이 |

| SBS | Drama | The Undateables | 훈남정음 |
|-----|-------|-----------------|--------|
| MBC | Drama | My Lovely Sam Soon | 내 이름은 김삼순 |
| KBSA | Drama | Descendants of The Sun | 태양의 후예 |
| KBS | Drama | Full House | 풀하우스 |
| SBS | Drama | Stairway to Heaven | 천국의 계단 |
| SBS | Drama | One the Woman | 원 더 우먼 |
| SBS | Drama | The Last Empress | 황후의 품격 |
| SBS | Drama | The Scent of a Woman | 여인의 향기 |
| SBS | Drama | Il Ji Mae | 일지매 |
| SBS | Drama | Rooftop Prince | 옥탑방 왕세자 |
| SBS | Drama | Cruel Temptation | 아내의 유혹 |
| MBC | Drama | Warm and Cozy | 맨도롱 또똣 |
| MBC | Drama | Shine or Be Mad | 빛나거나 미치거나 |
| MBC | Drama | Kangchi, the Beginning | 구가의 서 |
| KBS | Drama | Winter Sonata | 겨울연가 |
| SBS | Drama | The Escape of the Seven | 7인의 탈출 |
| SBS | Drama | Endless Love | 끝없는 사랑 |
| MBC | Drama | When a Man Falls in Love | 남자가 사랑할 때 |
| KBS | Drama | The Innocent Man | 세상 어디에도 없는 착한 남자 |
| KBS | Drama | The Slave Hunters | 추노 |
| SBS | Drama | Hyde, Jekyll, Me | 하이드, 지킬, 나 |
| MBC | Drama | Come and Hug Me | 이리와 안아줘 |
| MBC | Drama | Sweet Proposal | 맛있는 청혼 |
| MBC | Variety | Alumni Lovers | 솔로동창회 학연 |
| SBS | Drama | The Girl Who Sees Smells | 냄새를 보는 소녀 |
| MBC | Drama | Personal Taste | 개인의 취향 |
| SBS | Drama | Goddess of Marriage | 결혼의 여신 |
| KBS | Drama | The Law Cafe | 법대로 사랑하라 |
| KBS | Drama | The King's Face | 왕의 얼굴 |
| SBS | Drama | Lovers | 연인 |
| KBS | Drama | Gold Mask | 황금가면 |
| MBC | Drama | The King 2 Hearts | 더킹 투하츠 |
| SBS | Drama | Tree With Deep Roots | 뿌리깊은 나무 |
| MBC | Drama | Goddess of Fire | 불의 여신 정이 |
| KBS | Drama | A Beautiful Mind | 뷰티풀 마인드 |
| SBS | Drama | I Hear Your Voice | 너의 목소리가 들려 |
| KBS | Drama | Moonshine | 꽃 피면 달 생각하고 |
| SBS | Drama | The Time We Were Not in Love | 너를 사랑한 시간 |
| KBS | Drama | The Love in Your Eyes | 내 눈에 콩깍지 |
| KBS | Drama | Autumn in My Heart | 가을동화 |
| SBS | Drama | VIP | 브이아이피 |
| MBC | Drama | Money Flower | 돈꽃 |
| MBC | Variety | Adventure by Accident 2 | 태어난 김에 세계일주 2 |
| SBS | Drama | A Gentleman's Dignity | 신사의 품격 |

| SBS | Drama | The Family Is Coming | 떴다! 패밀리 |
|---|---|---|---|
| MBC | Drama | Seeking Love | 인연 만들기 |
| MBC | Drama | Meant to be | 하늘의 인연 |
| KBS | Drama | Prime Minister and I | 총리와 나 |
| KBS | Drama | House of Bluebird | 파랑새의 집 |
| KBS | Drama | School 2017 | 학교 2017 |
| SBS | Drama | Remember | 리멤버 - 아들의 전쟁 |
| KBS | Drama | Summer Scent | 여름향기 |
| MBC | Drama | Windy Mi Poong | 불어라 미풍아 |
| KBS | Drama | Blade Man | 아이언맨 |
| KBS | Drama | Homemade Love Story | 오! 삼광빌라! |
| SBS | Drama | Protect the Boss | 보스를 지켜라 |
| KBS | Drama | Three Bold Siblings | 삼남매가 용감하게 |
| KBS | Drama | My Lovely Boxer | 순정복서 |
| KBS | Drama | Good Doctor | 굿 닥터 |
| MBC | Drama | Tale of Arang | 아랑사또전 |
| KBS | Drama | Doctor Prisoner | 닥터 프리즈너 |
| KBS | Variety | 2023 KBS Drama Awards | 2023 KBS 연기대상 |
| KBS | Drama | Sell Your Haunted House | 대박부동산 |
| KBS | Drama | Jugglers | 저글러스 |
| SBS | Drama | Defendant | 피고인 |
| SBS | Drama | My Lovely Girl | 내겐 너무 사랑스러운 그녀 |
| SBS | Drama | Five Fingers | 다섯 손가락 |
| MBC | Drama | Numbers | 넘버스 : 빌딩숲의 감시자들 |
| KBS | Drama | My Perfect Stranger | 어쩌다 마주친, 그대 |
| SBS | Drama | Suspicious Housekeeper | 수상한 가정부 |
| SBS | Drama | The Gang Doctor | 용팔이 |
| KBS | Drama | The Fugitive of Joseon | 천명: 조선판 도망자 이야기 |
| KBS | Drama | Revolutionary Sisters | 오케이 광자매 |
| SBS | Variety | Master in the House | 집사부일체 |
| MBC | Drama | The Duo | 짝패 |
| KBS | Drama | Mother of Mine | 세상에서 제일 예쁜 내 딸 |
| SBS | Drama | Cheer Up | 치얼업 |
| SBS | Drama | To the Beautiful You | 아름다운 그대에게 |
| MBC | Drama | Listen to My Heart | 내 마음이 들리니 |
| SBS | Drama | You're All Surrounded | 너희들은 포위됐다 |
| KBS | Drama | Born Again | 본 어게인 |
| KBS | Drama | A Man in a Veil | 비밀의 남자 |
| KBS | Drama | All about My Mom | 부탁해요 엄마 |
| MBC | Drama | Jang Bori is Here | 왔다! 장보리 |
| KBS | Drama | The King of Tears, Lee Bang Won | 태종 이방원 |

| SBS | Drama | Will It Snow for Christmas? | 크리스마스에 눈이 올까요? |
|---|---|---|---|
| SBS | Drama | Obstetrics and Gynecology Doctors | 산부인과 |
| MBC | Drama | The Good Thieves | 도둑놈, 도둑님 |
| SBS | Drama | Bright Girl's Success | 명랑소녀 성공기 |
| KBS | Drama | Dream High | 드림하이 |
| KBS | Drama | Woman in a Veil | 비밀의 여자 |
| SBS | Drama | Temptation | 유혹 |
| SBS | Drama | Ghost | 유령 |
| KBSM | Drama | Go Back Couple | 고백부부 |
| SBS | Drama | A Word From Warm Heart | 따뜻한 말 한마디 |
| MBC | Drama | The Game: Towards Zero | 더 게임:0시를 향하여 |
| MBC | Drama | Gye Baek, Warrior's Fate | 계백 |
| SBS | Drama | Whisper | 귓속말 |
| KBS | Drama | Youth of May | 오월의 청춘 |
| SBS | Drama | My Girl | 마이걸 |
| KBS | Drama | Radio Romance | 라디오 로맨스 |
| KBS | Drama | MAD DOG | 매드독 |
| MBC | Drama | High Kick | 거침없이 하이킥 |
| MBC | Drama | East of Eden | 에덴의 동쪽 |
| SBS | Variety | 2023 SBS Drama Awards | 2023 SBS 연기대상 |
| MBC | Drama | Kairos | 카이로스 |
| KBS | Drama | I Wanna Hear Your Song | 너의 노래를 들려줘 |
| KBS | Drama | Red Shoes | 빨강 구두 |
| KBS | Drama | Gunman In Joseon | 조선 총잡이 |
| SBS | Drama | Giant | 자이언트 |
| SBS | Drama | The Woman who Married Three Times | 세 번 결혼하는 여자 |
| SBS | Variety | Law of the Jungle | 정글의 법칙 |
| SBS | Drama | Second to Last Love | 끝에서 두 번째 사랑 |
| SBS | Drama | Judge vs. Judge | 이판사판 |
| SBS | Drama | Princess Prosecutor | 검사 프린세스 |
| MBC | Drama | Please Don't Date Him | 제발 그 남자 만나지 마요 |
| MBC | Drama | Game of Witches | 마녀의 게임 |
| KBS | Drama | My Only One | 하나뿐인 내편 |
| KBS | Drama | Big | 빅 |
| SBS | Drama | Secret Door | 비밀의 문: 의궤 살인 사건 |
| KBS | Drama | Apple of My Eye | 금이야 옥이야 |
| KBS | Drama | The Merchant: Gaekju 2015 | 장사의 신 - 객주 2015 |
| SBS | Drama | Take Care of Us, Captain | 부탁해요 캡틴 |
| MBC | Drama | Two Weeks | 투윅스 |
| MBC | Drama | High Kick 2 | 지붕 뚫고 하이킥 |
| KBS | Drama | Who Are You | 후아유 - 학교 2015 |
| MBC | Variety | Oh Eun Yeong's Report 2 | 오은영 리포트 - 결혼지옥 |

| KBS | Drama | SPY | 스파이 |
|-----|-------|-----|-------|
| MBC | Drama | The Greatest Love | 최고의 사랑 |
| SBS | Drama | Piano | 피아노 |
| MBC | Drama | Welcome2Life | 웰컴2라이프 |
| SBS | Drama | Our Gap Soon | 우리 갑순이 |
| SBS | Drama | Mask | 가면 |
| MBC | Drama | Diary of a Night Watchman | 야경꾼 일지 |
| KBS | Drama | The Ghost Detective | 오늘의 탐정 |
| SBS | Drama | Phoenix 2020 | 불새 2020 |
| KBS | Drama | Big Man | 빅맨 |
| SBS | Drama | Entertainer | 딴따라 |
| KBS | Drama | Glory Jane | 영광의 재인 |
| MBC | Drama | Happy Once Again | 한번 더 해피엔딩 |
| SBS | Drama | Let Me Introduce Her | 그녀로 말할 것 같으면 |
| MBC | Drama | Pasta | 파스타 |
| KBS | Drama | Blood | 블러드 |
| SBS | Drama | Painter of the Wind | 바람의 화원 |
| SBS | Variety | 2023 SBS Entertainment Awards | 2023 SBS 연예대상 |
| SBS | Drama | My Girlfriend Is a Gumiho | 내 여자친구는 구미호 |
| KBS | Drama | Romance Town | 로맨스 타운 |
| SBS | Drama | Love Temperature | 사랑의 온도 |
| SBS | Drama | Come Back Alive | 돌아와요 아저씨 |
| KBS | Drama | To All The Guys Who Loved Me | 그놈이 그놈이다 |
| KBS | Drama | Beauty and Mr. Romantic | 미녀와 순정남 |
| SBS | Drama | Nobody Knows | 아무도 모른다 |
| KBS | Drama | Miss Monte-Cristo | 미스 몬테크리스토 |
| KBS | Drama | Perfume | 퍼퓸 |
| KBS | Drama | Detectives in Trouble | 강력반 |
| MBC | Drama | Hotelier | 호텔리어 |
| KBS | Drama | Wild Romance | 난폭한 로맨스 |
| SBS | Drama | Punch | 펀치 |
| KBS | Drama | Nothing Uncovered | 멱살 한번 잡힙시다 |
| SBS | Drama | Fashion King | 패션왕 |
| KBS | Drama | My Husband Got a Family | 넝쿨째 굴러온 당신 |
| MBC | Variety | Adventure by Accident | 태어난 김에 세계일주 |
| KBS | Drama | Marry Me, Mary! | 매리는 외박중 |
| SLL | Variety | My Sibling's Romance | 연애남매 |
| MBC | Drama | The Emperor: Owner of the Mask | 군주, 가면의 주인 |
| KBS | Drama | Becoming a Billionaire | 부자의 탄생 |
| MBC | Variety | Oh Eun Yeong's Report: Marriage Hell | 오은영 리포트 - 결혼 지옥 |
| MBC | Variety | Midnight Horror Story | 심야괴담회 |

| MBC | Drama | Damo | 다모 |
|---|---|---|---|
| MBC | Drama | The Secret House | 비밀의 집 |
| SBS | Drama | Lovers in Paris | 파리의 연인 |
| MBC | Drama | Partners for Justice | 검법남녀 |
| SBS | Drama | Through the Darkness | 악의 마음을 읽는 자들 |
| MBC | Variety | 2023 MBC Drama Awards | 2023 MBC 연기대상 |
| KBS | Drama | School 2013 | 학교 2013 |
| MBC | Drama | Time | 시간 |
| SBS | Drama | The Divorce Lawyer in Love | 이혼변호사는 연애중 |
| KBS | Drama | My Fair Lady | 아가씨를 부탁해 |
| MBC | K-Pop | 2023 MBC Music Festival | 2023 MBC 가요대제전 |
| SBS | Drama | Band of Sisters | 언니는 살아있다 |
| KBS | Drama | Moorim School | 무림학교 |
| MBC | Drama | Angry Mom | 앵그리맘 |
| SBS | Drama | Alice | 앨리스 |
| KBS | Drama | Bad Prosecutor | 진검승부 |
| MBC | Drama | Thank You | 고맙습니다 |
| KBS | Drama | Discovery of Love | 연애의 발견 |
| SBS | Drama | Into the World Again | 다시 만난 세계 |
| MBC | Variety | 2023 MBC Entertainment Awards | 2023 MBC 방송연예대상 |
| FT_TVC | Drama | Red Balloon | 빨간 풍선 |
| SBS | Variety | 2024 Shooting Stars - Goalympics | 2024 골 때리는 그녀들 - 골림픽 |
| KBS | Drama | Love Twist | 사랑의 꽈배기 |
| SBS | Drama | Doctor Detective | 닥터탐정 |
| KBS | Drama | No Matter What | 누가 뭐래도 |
| KBS | Drama | Old Miss Diary | 올드미스 다이어리 |
| MBC | Drama | Partners for Justice 2 | 검법남녀 시즌2 |
| SBS | Drama | Good Casting | 굿캐스팅 |
| MBC | Drama | Kkondae Intern | 꼰대인턴 |
| KBS | Drama | Police University | 경찰수업 |
| KBS | Drama | Don't Look Back : The Legend of Orpheus | 상어 |
| SBS | Drama | Mrs. Cop | 미세스캅 |
| MBC | Drama | High Kick 3 | 하이킥! 짧은 다리의 역습 |
| MBC | Drama | 365: Repeat the Year | 365 : 운명을 거스르는 1년 |
| MBC | Drama | My Wonderful Life | 찬란한 내 인생 |
| KBS | K-Pop | Music Bank K-Chart | 뮤직뱅크 |
| SBS | Drama | Heart Surgeons | 흉부외과 |
| SBS | Drama | Your Honor | 친애하는 판사님께 |
| MBC | Drama | King's Doctor | 마의 |
| KBS | Drama | I am Your Teacher | 아이 엠 샘 |
| KBS | Drama | Cheer Up! | 발칙하게 고고 |
| KBS | Drama | Hi! School - Love On | 하이스쿨 러브온 |

| SBS | Variety | Shooting Stars - Goalympics | 골 때리는 그녀들 - 골림픽 |
| FT_TVC | Drama | Durian's Affair | 아씨 두리안 |
| KBS | Drama | Bread, Love and Dreams | 제빵왕 김탁구 |
| KBS | Drama | I'm Sorry, I Love You | 미안하다, 사랑한다 |
| KBS | Drama | Fix You | 영혼수선공 |
| KBS | Drama | Fatal Promise | 위험한 약속 |
| KBS | Drama | THE Producers | 프로듀사 |
| MBC | Drama | 100 Year Legacy | 백년의 유산 |
| SBS | Variety | Village Survival, the Eight | 미추리 8-1000 |
| SBS | Drama | While You Were Sleeping | 당신이 잠든 사이에 |
| MBC | Drama | Night After Night | 밤이면 밤마다 |
| KBS | Drama | Bel Ami | 예쁜 남자 |
| SBS | Drama | Spring Day | 봄날 |
| MBC | Drama | A Good Supper | 밥이 되어라 |
| KBS | Drama | The Man of the Vineyard | 포도밭 그 사나이 |
| KBS | Drama | Su Ji and U Ri | 수지맞은 우리 |
| KBS | Drama | Taming of the Heir | 천하무적 이평강 |
| MBC | Drama | Splash Splash Love | 풍당풍당 LOVE |
| KBS | Drama | My Fellow Citizens! | 국민 여러분! |
| MBC | Drama | One Fine Day | 어느 멋진 날 |
| SBS | Drama | King of Ambition | 야왕 |
| KBS | Drama | My Lawyer, Mr.Joe | 동네변호사 조들호 |
| KBS | Drama | Into The Ring | 출사표 |
| SBS | Drama | Amor Fati | 아모르 파티 - 사랑하라, 지금 |
| KBS | Drama | Cheat On Me, If You Can | 바람피면 죽는다 |
| SBS | Drama | Screen | 스크린 |
| MBC | Drama | Golden Garden | 황금정원 |
| SBS | Drama | Modern Farmer | 모던파머 |
| KBS | Variety | The Seasons: Long Day, Long Night with AKMU | 더 시즌즈 - 악뮤의 오날오밤 |
| KBS | Drama | Forbidden Love | 구미호 외전 |
| KBS | Drama | 2023 KBS Drama Special | KBS 드라마 스페셜 2023 |
| KBS | Drama | Brain Works | 두뇌공조 |
| SBS | Variety | Little Forest | 리틀 포레스트 |
| KBS | Drama | Lovers of Music | 트로트의 연인 |
| KBS | Drama | Brilliant Heritage | 기막힌 유산 |
| KBS | Drama | Lovely Horribly | 러블리 호러블리 |
| SBS | Drama | My Heart Twinkle Twinkle | 내 마음 반짝반짝 |
| KBS | Drama | Little Bride | 낭랑 18세 |
| MBC | Drama | Prince Hours | 궁S |
| SBS | K-Pop | SBS Inkigayo | SBS 인기가요 |
| KBS | Drama | Justice | 저스티스 |
| MBC | Drama | The Item | 아이템 |
| KBS | Variety | KCSI: Smoking Gun | 과학수사대 스모킹 건 |

| KBS | Drama | Woman of 9.9 Billion | 99억의 여자 |
|-----|-------|----------------------|------------|
| KBS | Variety | 2 Days and 1 Night | 1박 2일 |
| MBC | Drama | May Queen | 메이퀸 |
| MBC | Drama | When I was the Most Beautiful | 내가 가장 예뻤을 때 |
| SBS | Drama | Heard It Through the Grapevine | 풍문으로 들었소 |
| SBS | Drama | Alone in Love | 연애시대 |
| MBC | Drama | Time Between Dog and Wolf | 개와 늑대의 시간 |
| KBS | Drama | The Tale of Nokdu | 조선로코 - 녹두전 |
| KBS | Drama | Your House Helper | 당신의 하우스헬퍼 |
| MBC | Drama | The Rich Son | 부잣집 아들 |
| MBC | Variety | Fantasy Boys | 소년판타지-방과후 설렘 시즌2 |
| SBS | Drama | Where Stars Land | 여우각시별 |
| KBS | Drama | The Gentlemen of Wolgyesu Tailor Shop | 월계수 양복점 신사들 |
| KBS | Variety | 2023 KBS Entertainment Awards | 2023 KBS 연예대상 |
| CHA | Variety | Iron Squad3 | 강철부대3 |
| KBS | Drama | Zombie Detective | 좀비탐정 |
| WAVVE | Drama | Tracer Season 1 | 트레이서 시즌 1 |
| SBS | Drama | Switch | 스위치 - 세상을 바꿔라 |
| KBS | Drama | The Man in the Mask | 복면검사 |
| MBC | Variety | Bloody Game | 피의 게임 |
| SBS | Drama | The Nokdu Flower | 녹두꽃 |
| SBS | Variety | Village Survival, the Eight 2 | 미추리 2 |
| SMC | Variety | EXO's Travel The World on a Ladder in Geoje&Tongyeong | EXO의 사다리 타고 세계여행 - 거제&통영편 |
| SBS | Drama | City Hall | 시티홀 |
| MBC | Drama | My Husband, Mr. Oh! | 데릴남편 오작두 |
| KBS | Drama | Be My Dream Family | 속아도 꿈결 |
| SBS | Variety | No Math School Trip | 수학 없는 수학여행 |
| MBC | Drama | My Healing Love | 내사랑 치유기 |
| KBS | Drama | Orange Marmalade | 오렌지 마말레이드 |
| SBS | Drama | Secret Boutique | 시크릿 부티크 |
| KBS | Drama | Golden Cross | 골든크로스 |
| MBC | Drama | Hospital Ship | 병원선 |
| MBC | Drama | XX | 엑스엑스 |
| KBS | Drama | Bridal Mask | 각시탈 |
| SBS | Variety | Handsome Tigers | 진짜 농구, 핸섬 타이거즈 |
| MBC | Drama | A Pledge to God | 신과의 약속 |
| SBS | Drama | The Village Achiara's Secret | 마을 - 아치아라의 비밀 |
| KBS | Drama | Dream High 2 | 드림하이 2 |
| MBC | Variety | Infinite Challenge | 무한도전 |

| SBS | Variety | Because I Want to Talk | 이동욱은 토크가 하고 싶어서 |
|---|---|---|---|
| MBC | Drama | The Guardian | 파수꾼 |
| MBC | Drama | Different Dreams | 이몽 |
| MBC | Drama | Jang Geum, Oh My Grandma | 대장금이 보고있다 |
| MBC | Drama | Air City | 에어시티 |
| CHA | Variety | Heart Signal 4 | 하트시그널4 |
| KBS | Drama | Liver or Die | 왜그래 풍상씨 |
| KBS | Drama | Jeon Woo Chi | 전우치 |
| SBS | Drama | All In | 올인 |
| SBS | Drama | Lovers in Prague | 프라하의 연인 |
| MBC | Drama | Glamorous Temptation | 화려한 유혹 |
| KBS | Drama | Matrimonial Chaos | 최고의 이혼 |
| SBS | Drama | Ms Ma, Nemesis | 미스마: 복수의 여신 |
| WAVVE | Drama | Tracer Season 2 | 트레이서 시즌 2 |
| MBC | Drama | Children of Nobody | 붉은 달 푸른 해 |
| SBS | K-Pop | 2023 SBS Gayo Daejeon | 2023 SBS 가요대전 |
| SBS | Drama | Wanted | 원티드 |
| KBS | Drama | Witch's Court | 마녀의 법정 |
| SBS | Drama | Fate and Fury | 운명과 분노 |
| MBC | Drama | Moon River | 돌아온 일지매 |
| KBS | Drama | The Man from the Equator | 적도의 남자 |
| MBC | Drama | Beethoven Virus | 베토벤 바이러스 |
| MBC | Drama | Pride and Prejudice | 오만과 편견 |
| SBS | Drama | Shooting the Star | 별을 쏘다 |
| MBC | K-Pop | Show! Music Core | 쇼!음악중심 |
| MBC | Drama | Que Sera Sera | 케세라세라 |
| KBS | Drama | The Virtual Bride | 별난 며느리 |
| KBS | Drama | Hwangjini | 황진이 |
| MBC | Drama | Feast of The Gods | 신들의 만찬 |
| SBS | Drama | The Good Witch | 착한 마녀전 |
| KTV | Variety | Change Days | 체인지데이즈 |
| MBC | Drama | My Princess | 마이 프린세스 |
| SBS | Drama | All About My Romance | 내 연애의 모든 것 |
| SBS | Drama | Mom Has an Affair | 엄마가 바람났다 |
| MBC | Variety | DNA Mate | 호적메이트 |
| KBS | Drama | Queen of Mystery | 추리의 여왕 |
| MBC | Variety | Dopojarak: Story of Homme the K-Wanderer | 도포자락 휘날리며 |
| KBS | Drama | The All-Round Wife | 국가대표 와이프 |
| SBS | Drama | Big Issue | 빅이슈 |
| KBS | Drama | My Lawyer, Mr. Joe 2: Crime and Punishment | 동네변호사 조들호 2 : 죄와 벌 |
| SBS | Drama | Style | 스타일 |

| SBS | Drama | The Escape of the Seven: Resurrection | 7인의 부활 |
|---|---|---|---|
| SBS | Variety | Delicious Rendezvous | 맛남의 광장 |
| MBC | Drama | Radiant Office | 자체발광 오피스 |
| MBC | Drama | New Heart | 뉴하트 |
| SBS | Drama | Bravo My Life | 브라보 마이 라이프 |
| KBS | Drama | The Partner | 파트너 |
| KBS | Drama | The Master of Revenge | 마스터 - 국수의 신 |
| MBC | Variety | Adventure by Accident 3: Never-Before-Seen | 태어난 김에 세계일주 3 미방송분 깊이보기 |
| MBC | Drama | You Were Taken by Me | 넌 내게 반했어 |
| MBC | Variety | Celebrity Bromance | 꽃미남 브로맨스 |
| SBS | Drama | Secret Mother | 시크릿마더 |
| MBC | Drama | Queen's Classroom | 여왕의 교실 |
| KBS | Drama | Matchmaker's Lover | 연애결혼 |
| MBC | Variety | My Teen Girl | 방과후 설렘 |
| MBC | Drama | You Drive Me Crazy | 미치겠다, 너땜에! |
| SBS | Drama | Oh! My Lady | 오! 마이 레이디 |
| SBS | Drama | Something Happened in Bali | 발리에서 생긴 일 |
| MBC | Drama | Fanletter, Please | 팬레터를 보내주세요 |
| SBS | Drama | King of the Drama | 드라마의 제왕 |
| SBS | Drama | Distorted | 조작 |
| KBS | Drama | Lovers of Haeundae | 해운대 연인들 |
| MBC | Drama | Couple or Trouble | 환상의 커플 |
| KBS | Drama | Queen of Mystery 2 | 추리의 여왕 시즌2 |
| MBC | Variety | The Real Men 300 | 진짜사나이 300 |
| KBS | Drama | Babyfaced Beauty | 동안미녀 |
| MBC | Drama | On the Verge of Insanity | 미치지 않고서야 |
| SBS | Drama | Star's Lover | 스타의 연인 |
| MBC | Drama | Man Who Sets the Table | 밥상 차리는 남자 |
| MBC | Drama | Hide and Seek | 숨바꼭질 |
| KBS | Drama | Marry Him If You Dare | 미래의 선택 |
| KBS | Drama | Welcome | 어서와 |
| MBC | Drama | I Do I Do | 아이두 아이두 |
| MBC | Drama | The Banker | 더 뱅커 |
| KBS | Drama | Sassy Girl, Chun Hyang | 쾌걸춘향 |
| MBC | Drama | Flower, I Am! | 나도, 꽃! |
| KTV | Drama | No, Thank You | 며느라기 |
| SBS | Drama | Delayed Justice | 날아라 개천용 |
| SBS | Variety | Showterview with Jessi | 제시의 쇼!터뷰 |
| MBC | Drama | Ireland | 아일랜드 |
| KBS | Drama | SPY MyeongWol | 스파이 명월 |
| MBC | Drama | 20th Century Boy and Girl | 20세기 소년소녀 |
| KBS | Variety | Battle Trip 2 | 배틀트립 2 |
| SBS | Variety | Master in the House 2 | 집사부일체 2 |

| MBC | Drama | Over the Rainbow | 오버 더 레인보우 |
|---|---|---|---|
| THS | Variety | HIS MAN | 남의연애 |
| SBS | Drama | Cain and Abel | 카인과 아벨 |
| SBS | Docs and Culture | Whales and I | 고래와 나 |
| MBC | Drama | Less than Evil | 나쁜 형사 |
| MBC | Drama | You Are Too Much | 당신은 너무합니다 |
| SBS | Drama | Bad Boy | 나쁜 남자 |
| MBC | Drama | Special Labor Inspector, Mr. Jo | 특별근로감독관 조장풍 |
| SBS | Drama | Should We Kiss First | 키스 먼저 할까요? |
| MBC | Drama | Royal Family | 로열 패밀리 |
| KBS | Drama | Manhole | 맨홀 - 이상한 나라의 필 |
| MBC | Docs and Culture | My Dear Youth - Coffee Prince | 청춘다큐 다시스물 커피프린스 편 |
| MBC | Drama | Spotlight | 스포트라이트 |
| SBS | Drama | Midas | 마이더스 |
| MBC | Variety | Love Me Actually | 호구의 연애 |
| MBC | Drama | Spring Turns to Spring | 봄이 오나 봄 |
| SMC | Variety | NCT Universe : LASTART | 엔시티 유니버스 : 라스타트 |
| MBC | Drama | Queen of Reversal | 역전의 여왕 |
| WAVVE | Variety | EXO's Travel the World on a Ladder in Namhae | EXO의 사다리 타고 세계여행 3 - 남해편 |
| MBC | Drama | Medical Top Team | 메디컬 탑팀 |
| KBS | Drama | 2022 KBS Drama Special | KBS 드라마 스페셜 2022 |
| KBS | Drama | Capital Scandal | 경성스캔들 |
| KBS | Variety | Love Recall | 이별도 리콜이 되나요? |
| MBC | Drama | Moebius Project 2012: The Veil | 뫼비우스: 검은태양 |
| MBC | Drama | Miss Korea | 미스코리아 |
| KTV | Drama | No, Thank You 2 | 며느라기 2...ing |
| MBC | Docs and Culture | Meeting You 4: Thirteen into Sixteen | VR 심리치유 다큐멘터리 너를 만났다 4 |
| KBS | Drama | Page Turner | 페이지터너 |
| WAVVE | Variety | aespa's Synk Road | 에스파의 싱크로드 |
| KBS | Drama | Ms. Perfect | 완벽한 아내 |
| MBC | Drama | Goodbye to Goodbye | 이별이 떠났다 |
| SBS | Drama | Mrs. Cop 2 | 미세스캅 2 |
| MBC | Drama | M | 납량특집극 M |
| SBS | Variety | Besties in Wonderland | 찐친 이상 출발, 딱 한 번 간다면 |
| KBS | Drama | Grudge: The Revolt of Gumiho | 구미호: 여우누이뎐 |
| SBS | Drama | Return | 리턴 |
| MBC | Drama | Hold Me Tight | 손 꼭 잡고, 지는 석양을 바라보자 |

| MBC | Drama | Behind the White Tower Remastered | 하얀거탑 리마스터드 |
| SBS | Drama | Cheongdam-dong Alice | 청담동 앨리스 |
| KBS | Drama | The Queen of Office | 직장의 신 |
| FT_KTH | Drama | Recipe For Farewell | 오늘은 좀 매울지도 몰라 |
| KBS | Drama | The Thorn Birds | 가시나무새 |
| KBS | Variety | Paik Class | 백종원 클라쓰 |
| SBS | Drama | God's Gift - 14 Days | 신의 선물 |
| MBC | Drama | Scandal | 스캔들: 매우 충격적이고 부도덕한 사건 |
| SBS | Variety | LOUD | 라우드 |
| MBC | Variety | 2022 Idol Star Athletics Championships - Chuseok Special | 2022 추석특집 아이돌스타 선수권대회 |
| MBC | Drama | Love Scene Number | 러브씬넘버# |
| MBC | Drama | Repentance | 개과천선 |
| SBS | Drama | Sign | 싸인 |
| KBS | Variety | The Unit | 더 유닛 - 아이돌 리부팅 프로젝트 |
| MBC | Drama | Merry Mary | 메리대구 공방전 |
| SBS | Drama | Three Days | 쓰리데이즈 |
| SBS | Variety | The Soldiers | 더솔져스 |
| MBC | Drama | Love & Law | 대한민국 변호사 |
| SBS | Variety | Thumbnail Battle : The Strongest Hearts | 강심장 리그 |
| SBS | Drama | My Sassy Girl | 엽기적인 그녀 |
| MBC | Drama | FAILing in Love | 연애미수 |
| MBC | Drama | Golden Time | 골든타임 |
| FT_TVC | Drama | Becoming Witch | 마녀는 살아있다 |
| MBC | Drama | Check Out the Event | 이벤트를 확인하세요 |
| KBS | Drama | Dalja's Spring | 달자의 봄 |
| SBS | Drama | Robber | 불한당 |
| MBC | Drama | Phoenix | 불새 |
| KBS | Variety | Happy Together | 해피투게더 |
| MBC | Variety | Wild Idol | 극한데뷔 야생돌 |
| MBC | Drama | Bad Papa | 배드 파파 |
| SBS | Drama | Tazza | 타짜 |
| KBS | Variety | Mission CodeRed | 생존게임 코드레드 |
| SBS | Drama | Oh, the Mysterious | 의문의 일승 |
| MBC | Drama | She Knows Everything | 미쓰리는 알고 있다 |
| MBC | Drama | Hyang Dan | 향단전 |
| SBS | Drama | Bad Couple | 불량 커플 |
| KBS | Drama | Assembly | 어셈블리 |
| KBS | Drama | How to Buy a Friend | 계약우정 |
| KBS | Drama | Feel Good To Die | 죽어도 좋아 |

| KBS | Drama | Hello! My Lady | 헬로! 애기씨 |
|---|---|---|---|
| MBC | Drama | Mr. Back | 미스터 백 |
| MBC | Drama | Friend, Our Legend | 친구, 우리들의 전설 |
| SBS | Drama | Get Karl! Oh Soo Jung | 칼잡이 오수정 |
| KBS | Drama | Brain | 브레인 |
| K04 | Drama | My 20th Twenty | 나의 X같은 스무살 |
| SBS | Drama | Surgeon Bong Dal Hee | 외과의사 봉달희 |
| MBC | Variety | SUPER POLICE | 세계경찰: 슈퍼폴 |
| SBS | Drama | The Chaser | 추적자 THE CHASER |
| KBS | Drama | A Love to Kill | 이 죽일 놈의 사랑 |
| KBS | Drama | AD Genius Lee TaeBaek | 광고천재 이태백 |
| KBS | Drama | Babysitter | 베이비시터 |
| MBC | Variety | United Fathers | 물 건너온 아빠들 |
| SBS | Docs and Culture | NFS: National Forensic Service 2 | 국과수 2 |
| KBS | Drama | Naked Fireman | 맨몸의 소방관 |
| KBS | Drama | Again, My Love | 미워도 다시 한 번 2009 |
| WAVVE | Drama | One Day Off | 박하경 여행기 |
| MBC | Drama | Here's My Plan | 목표가 생겼다 |
| MBC | Drama | CHIP-IN | 십시일반 |
| KBS | Drama | Women in the Sun | 태양의 여자 |
| FT_KTV | Variety | PLAYou Level Up | 플레이유 레벨업 : 빌런이 사는 세상 |
| KBS | Drama | The Lucifer | 마왕 |
| KBS | Drama | Just Dance | 땐뽀걸즈 |
| MBC | Drama | Cinderellaman | 신데렐라 맨 |
| SBS | Variety | Pet Me Pick Me | 펫미픽미 |
| MBC | Variety | It's Dangerous Beyond The Blankets | 이불 밖은 위험해 |
| MBC | Variety | Crazy Recipe Adventure | 볼빨간 신선놀음 |
| KBS | Drama | Sang Du, Let's Go to School | 상두야, 학교가자 |
| MBC | Drama | My Wife Is A Super Woman | 내조의 여왕 |
| MBC | Drama | Still, Marry Me | 아직도 결혼하고 싶은 여자 |
| MBC | Variety | UNDER NINETEEN | 언더 나인틴 |
| KBS | Variety | Where On Earth?? | 거기가 어딘데?? |
| KBS | Variety | Battle Trip | 배틀 트립 |
| KBS | Drama | Secret Agent Miss Oh | 국가가 부른다 |
| WAVVE | Drama | Desperate Mr. X | 위기의 X |
| KTV | Variety | PLAYou | 플레이유 |
| KBS | Variety | 2022 KBS Drama Awards | 2022 KBS 연기대상 |
| SBS | Variety | DNA Singers | 판타스틱 패밀리 - DNA 싱어 |
| KBS | Variety | Jung Hae In's Travel Log | 정해인의 걸어보고서 |
| KTV | Variety | Change Days 2 | 체인지데이즈 2 |
| FT_NAK | Variety | Me(a)rry Queer | 메리퀴어 |

| MBC | Drama | Man Who Dies to Live | 죽어야 사는 남자 |
| SBS | Drama | The Golden Empire | 황금의 제국 |
| SBS | Variety | The Master Key | 마스터키 |
| SMC | Variety | welcome to NCT Universe | welcome to NCT Universe |
| SBS | Drama | History of the Salaryman | 샐러리맨 초한지 |
| SBS | Variety | NewJeans Code in Busan | 뉴진스 코드 in 부산 |
| MBC | Drama | Romance | 로망스 |
| MBC | Drama | Triple | 트리플 |
| KBS | Drama | Korean Ghost Stories-2008 | 2008 전설의 고향 |
| SBS | Variety | 2022 SBS Drama Awards | 2022 SBS 연기대상 |
| SBS | Drama | My Sweet City | 달콤한 나의 도시 |
| SBS | K-Pop | 2022 SBS Gayo Daejeon | 2022 SBS 가요대전 |
| KBS | Drama | Master of Study | 공부의 신 |
| MBC | Variety | 2020 Idol Star Athletics Championships - New Year Special | 2020 설특집 아이돌스타 선수권대회 |
| MBC | Drama | My Blooming Life | 내 생애 봄날 |
| KTV | Drama | AMANZA | 아만자 |
| WAVVE | Variety | Level Up Project 5 | 레벨업 프로젝트 시즌5 |
| KBS | Variety | Baby Singer | 아기싱어 |
| KBS | Variety | Diet | 빼고파 |
| KBS | Variety | The Legend, The New Singer | 우리가 사랑한 그 노래, 새 가수 |
| MBC | Drama | My Sweet And Sour Family | 달콤살벌 패밀리 |
| MBC | Drama | Home Sweet Home | 즐거운 나의 집 |
| SBS | Variety | Fantastic Duo 2 | 판타스틱 듀오 2 |
| KBS | Drama | Girls' Generation 1979 | 란제리 소녀시대 |
| SBS | Drama | Birth Secret | 출생의 비밀 |
| KTV | Drama | Jinx | 징크스 |
| MBC | Drama | General Hospital | 종합병원 2 |
| SBS | Drama | Everything and Nothing | 17세의 조건 |
| KBS | Variety | Dancing High | 댄싱하이 |
| MBC | Drama | Borg Mom | 보그맘 |
| MBC | Variety | 2019 Idol Star Athletics Championships - Chuseok Special | 2019 추석특집 아이돌스타 선수권대회 |
| MBC | Drama | Boar Hunt | 멧돼지사냥 |
| WAVVE | Drama | Political Fever | 이렇게 된 이상 청와대로 간다 |
| KBS | Drama | Korean Ghost Stories-2009 | 2009 전설의 고향 |
| SBS | Variety | The Player: K-POP Quest | 더 플레이어: K-POP 퀘스트 |
| MBC | Drama | No Limit | 맨땅에 헤딩 |
| KBS | Drama | KBS Drama Special: White Christmas | 드라마 스페셜 : 화이트 크리스마스 |

| MBC | Variety | 2016 Idol Star Athletics Championships - New Year Special | 2016 설특집 아이돌스타 선수권대회 |
|---|---|---|---|
| MBC | Drama | Do It All Your Way | 네 멋대로 해라 |
| SBS | VARIETY | Running Man for KOCOWA Picks | |
| KBS | K-Pop | 2022 KBS Song Festival | 2022 KBS 가요대축제 |
| MBC | Variety | Home Alone: Girls' Secret Party | 나 혼자 산다 스핀오프 여자들의 은밀한 파티 |
| KBS | Drama | 2021 KBS Drama Special | KBS 드라마 스페셜 2021 |
| MBC | Drama | Light and Shadow | 빛과 그림자 |
| MBC | Variety | At Work Today | 아무튼 출근! |
| KBS | Variety | The Seasons: Jay Park's Drive | 더 시즌즈 - 박재범의 드라이브 |
| SBS | Drama | On Air | 온에어 |
| SMC | Variety | Boys Mental Training Camp 2 - NCT DREAM | 소년멘탈캠프 - NCT DREAM 편 |
| KTV | Drama | NEW Love and War | NEW 사랑과 전쟁 |
| MBC | K-Pop | 2022 MBC Music Festival | 2022 MBC 가요대제전 |
| SBS | Docs and Culture | NFS: National Forensic Service | 국과수 |
| MBC | Variety | 2017 Idol Star Athletics Championships - New Year Special | 2017 설특집 아이돌스타 선수권대회 |
| SBS | Variety | Sleepover Club | 골 때리는 외박 |
| SBS | Drama | The Story of Kang Gu | 강구 이야기 |
| MBC | Variety | 2022 MBC Drama Awards | 2022 MBC 연기대상 |
| MBC | Variety | 2019 Idol Star Athletics Championships - New Year Special | 2019 설특집 아이돌스타 선수권대회 |
| MBC | Variety | The Paikfather | 백파더 : 요리를 멈추지 마! |
| MBC | Variety | 2018 Idol Star Athletics Championships - New Year Special | 2018 설특집 아이돌스타 선수권대회 |
| SBS | Variety | BTS Variety Chronicles | BTS 예능 연대기 |
| KBS | Variety | Come Back Home | 컴백홈 |
| SBS | Variety | Black Sheep Game | 검은 양 게임 |
| KBS | Variety | Yu Huiyeol's Sketchbook | 유희열의 스케치북 |
| SBS | Variety | THE FAN | 더 팬 |
| KBS | Drama | 2020 KBS Drama Special | KBS 드라마 스페셜 2020 |
| MBC | Variety | 2014 Idol Star Athletics Championships - New Year Special | 2014 설특집 아이돌스타 선수권대회 |
| KBS | Drama | 2018 KBS Drama Special | 2018 KBS 드라마 스페셜 |
| WAVVE | Variety | Level Up - RISKY Project | 레벨업 아슬한 프로젝트 |
| MBC | Variety | Dunia: Into a New World | 두니아~처음 만난 세계 |
| MBC | Variety | Favorite Entertainment | 최애 엔터테인먼트 |

| MBC | Variety | 2015 Idol Star Athletics Championships - Chuseok Special | 2015 추석특집 아이돌스타 선수권대회 |
| FT_KTV | Variety | GIRL'S RE:VERSE | 소녀 리버스(RE:VERSE) |
| MBC | Variety | 2021 Idol Star Athletics Championships - New Year Special: Hall of Fame | 2021 설특집 아이돌스타 선수권대회: 명예의 전당 |
| MBC | Variety | 2016 Idol Star Athletics Championships - Chuseok Special | 2016 추석특집 아이돌스타 선수권대회 |
| KBS | Variety | Godfather | 갓파더 |
| MBC | Variety | Local Restaurant | 로컬식탁 |
| MBC | Variety | 2018 Idol Star Athletics Championships - Chuseok Special | 2018 추석특집 아이돌스타 선수권대회 |
| MBC | Variety | Don't be Jealous | 부러우면 지는거다 |
| SBS | Drama | Father's House | 아버지의 집 |
| KBS | Drama | 2017 KBS Drama Special | 2017 KBS 드라마 스페셜 |
| MBC | Variety | Change My Home | 바꿔줘! 홈즈 |
| SBS | Variety | Park-Jang's LOL (League of Love-Coaching) | 박장데소 |
| KBS | Variety | Matching Survival 1+1 | 썸바이벌 1+1 |
| SBS | Drama | Puck | 퍽 |
| MBC | Drama | 2014 MBC Drama Festival | 2014 드라마 페스티벌 |
| KBS | Drama | The Happy Loner | 개인주의자 지영씨 |
| MBC | Drama | Possessed | 혼 |
| MBC | Drama | SF8 | 에스 에프 에잇 |
| MBC | Variety | 2015 Idol Star Athletics Championships - New Year Special | 2015 설특집 아이돌스타 선수권대회 |
| MBC | Drama | 2013 MBC Drama Festival | 2013 드라마 페스티벌 |
| KBS | Docs and Culture | KBS News9 Interview with BTS | KBS 뉴스9 방탄소년단 인터뷰 |
| SBS | K-Pop | 2018 SBS Gayo Daejeon_Music Festival | 2018 SBS 가요대전 |
| KBS | Drama | Marriage Clinic, Love & War 2 | 부부클리닉 사랑과 전쟁 2 |
| KBS | K-Pop | 2020 KBS Song Festival | 2020 KBS 가요대축제 |
| MBC | Variety | Idol King of Cooking | 아이돌 요리왕 |
| KBS | K-Pop | 2019 KBS Song Festival | 2019 KBS 가요대축제 |
| KBS | Drama | Becky's Back | 백희가 돌아왔다 |
| KBS | Variety | Idol on the Quiz | 퀴즈 위의 아이돌 |
| SBS | Drama | My Fantastic Funeral | 나의 판타스틱한 장례식 |
| SBS | Variety | 2022 SBS Entertainment Awards | 2022 SBS 연예대상 |
| KBS | Variety | 2021 KBS Drama Awards | 2021 KBS 연기대상 |
| MBC | Variety | Surprise: The Secret Room | 서프라이즈 : 비밀의 방 |
| KBS | K-Pop | 2021 KBS Song Festival | 2021 KBS 가요대축제 |

| MBC | Variety | Crazy Noodle Recipe | 볼빨간 라면연구소 |
|-----|---------|---------------------|------------------|
| KBS | Drama | to. Jenny | 투제니 |
| SBS | K-Pop | SBS Super Concert in Suwon | SBS 슈퍼콘서트 인 수원 |
| SBS | K-Pop | 2019 SBS Gayo Daejeon_Music Festival | 2019 SBS 가요대전 |
| SBS | Variety | The Boss is Watching | 사장님이 보고 있다 |
| KBS | K-Pop | 2018 KBS Song Festival | 2018 KBS 가요대축제 |
| SBS | Docs and Culture | Guardians of Tundra | 가디언즈 오브 툰드라 |
| KBS | K-Pop | Music Bank K-Chart in Mexico | 뮤직뱅크 인 맥시코 |
| SBS | K-Pop | 2017 SBS Gayo Daejeon_Music Festival | 2017 SBS 가요대전 |
| SBS | Variety | Little Too Crazy | 살짝 미쳐도 좋아 |
| SBS | Drama | University Hospital | 갑툭튀 간호사 |
| KBS | Docs and Culture | Oops! We Forgot Your Order 2 | 주문을 잊은 음식점 2 |
| SBS | Drama | Farming Academy | 농부사관학교 |
| MBC | K-Pop | 2017 MBC Music Festival | 2017 MBC 가요대제전 |
| MBC | K-Pop | 2021 MBC Music Festival | 2021 MBC 가요대제전 |
| MBC | K-Pop | 2019 MBC Music Festival | 2019 MBC 가요대제전 |
| SBS | Variety | SuperM the Beginning | 슈퍼엠 더 비기닝 |
| KBS | Variety | 2017 KBS Drama Awards | 2017 KBS 연기대상 |
| SBS | Variety | Tiki taCAR | 티키타카 |
| MBC | Variety | 2020 Idol Star Dog-agility Championships - Chuseok Special | 2020 추석특집 아이돌 멍멍선수권대회 |
| MBC | Variety | Witches | 마녀들 |
| SBS | K-Pop | 2020 SBS Gayo Daejeon in Daegu | 2020 SBS 가요대전 in 대구 |
| MBC | K-Pop | 2018 MBC Music Festival | 2018 MBC 가요대제전 |
| SBS | Variety | Sikjahoedam(K-food Summit) | 식자회담 |
| MBC | K-Pop | 2020 MBC Music Festival | 2020 MBC 가요대제전 |
| KBS | Variety | 2019 KBS Drama Awards | 2019 KBS 연기대상 |
| SBS | Variety | The Traveler's Guide to My Room | 내 방 안내서 |
| SBS | Drama | Monchouchou Global House | 몽슈슈글로벌하우스 |
| KBS | Docs and Culture | Stopping on the Road Once in a While | 한 번쯤 멈출 수밖에 |
| SBS | K-Pop | 2021 SBS Gayo Daejeon | 2021 SBS 가요대전 |
| SBS | Variety | 2018 SBS Drama Awards | 2018 SBS 연기대상 |
| MBC | Variety | A Cappella of the Villains | 악카펠라 |
| MBC | Docs and Culture | Meeting You | VR 휴먼다큐멘터리 너를 만났다 |
| MBC | Docs and Culture | Humanimal | 휴머니멀 |
| SBS | Variety | 2019 SBS Drama Awards | 2019 SBS 연기대상 |
| MBC | Variety | 2019 MBC Drama Awards | 2019 MBC 연기대상 |

| MBC | Variety | 2022 MBC Entertainment Awards | 2022 MBC 방송연예대상 |
|---|---|---|---|
| SBS | Drama | Mysterious Freshman | 미스터리 신입생 |
| MBC | Variety | Love Mafia | 러브 마피아 |
| KBS | K-Pop | 2017 KBS Song Festival | 2017 KBS 가요대축제 |
| SBS | Variety | Match of the Century: AI vs. Human | 세기의 대결 AI vs. 인간 |
| SBS | Variety | The Dog I Encountered | 어쩌다 마주친 그 개 |
| KBS | Variety | 2022 Korean Festival | 2022 코리안 페스티벌 - 120년의 꿈 |
| MBC | Variety | The Masked Talent | 더 마스크드 탤런트 |
| SBS | Drama | EXIT | EXIT |
| KBS | K-Pop | KPOP WORLD FESTIVAL 2017 in Changwon | 2017 창원 월드 케이팝 페스티벌 |
| MBC | Docs and Culture | Meeting You 2 | VR 휴먼다큐멘터리 너를 만났다 2 |
| SBS | K-Pop | SBS Super Concert in Incheon | SBS 슈퍼콘서트 인 인천 |
| MBC | Variety | Witches 2 | 마녀들 2 |
| SBS | Drama | Family Portrait | 가족사진 |
| MBC | Variety | My Little Television 2 | 마이 리틀 텔레비전 V2 |
| SBS | Variety | 2017 SBS Drama Awards | 2017 SBS 연기대상 |
| MBC | Docs and Culture | Meeting You 3 | VR 휴먼다큐멘터리 너를 만났다 3 |
| SBS | Drama | Farming Academy 2 | 농부사관학교 2 |
| SBS | K-Pop | SBS Super Concert in Gwangju | SBS 슈퍼콘서트 인 광주 |
| SBS | Variety | Eat in Style | 폼나게 먹자 |
| KBS | K-Pop | Music Bank K-Chart in Berlin | 뮤직뱅크 인 베를린 |
| SBS | Variety | Food Truck | 백종원의 3대천왕 |
| KBS | Variety | 2018 KBS Drama Awards | 2018 KBS 연기대상 |
| SBS | Variety | 2017 SBS Entertainment Awards | 2017 SBS 연예대상 |
| SBS | Variety | JYP's Party People | 박진영의 파티피플 |
| MBC | Variety | 2021 MBC Drama Awards | 2021 MBC 연기대상 |
| MBC | Variety | 2017 MBC Drama Awards | 2017 MBC 연기대상 |
| SBS | Variety | 2021 SBS Drama Awards | 2021 SBS 연기대상 |
| MBC | Variety | 2018 MBC Drama Awards | 2018 MBC 연기대상 |
| MBC | Drama | The Path to Glory | 태릉선수촌 |
| SBS | Variety | 2020 SBS Drama Awards | 2020 SBS 연기대상 |
| KBS | Variety | Idol Drama Operation Team | 아이돌 드라마 공작단 |
| MBC | Variety | Sister's Salon | 언니네 쌀롱 |
| MBC | Variety | 2021 MBC Entertainment Awards | 2021 MBC 방송연예대상 |
| MBC | Variety | The More You Eat with Don Spike | 돈 스파이크의 먹다 보면 |

| KBS | K-Pop | Music Bank K-Chart in Singapore | 뮤직뱅크 인 싱가포르 |
|---|---|---|---|
| KBS | Variety | 2022 KBS Entertainment Awards | 2022 KBS 연예대상 |
| KBS | Variety | 2020 KBS Drama Awards | 2020 KBS 연기대상 |
| KBS | Variety | Swan Club | 추석특집 백조클럽 |
| SBS | Variety | 2020 SBS Entertainment Awards | 2020 SBS 연예대상 |
| KBS | Variety | PLAY SEOUL | 플레이 서울 |
| MBC | Variety | All Fixed Up in Seoul | 빈집살래 in 서울 확장판 |
| SBS | Variety | 2019 SBS Entertainment Awards | 2019 SBS 연예대상 |
| MBC | Variety | Legendary Parks | 쓰리박 : 두 번째 심장 |
| SBS | Variety | God's Workplace | 신의 직장 |
| SBS | Variety | It's Ramyeon Time | 추석특집 - 라면 당기는 시간 |
| MBC | Variety | 2020 Idol Star eSports Championships - Chuseok Special | 2020 추석특집 아이돌 e스포츠 선수권대회 |
| SBS | Variety | 2021 SBS Entertainment Awards | 2021 SBS 연예대상 |
| SBS | Docs and Culture | Life of Samantha | 라이프 오브 사만다 |
| SBS | Variety | 2018 SBS Entertainment Awards | 2018 SBS 연예대상 |
| SBS | Variety | Beauty and the Beast | 뷰티 앤 더 비스트 |
| MBC | Docs and Culture | Inside the Films of Bong Joon Ho | 감독 봉준호 |
| KBS | K-Pop | 2019 Changwon K-POP World Festival | 2019 창원 케이팝 월드 페스티벌 |
| KBS | Variety | Entertainment Weekly | 연예가중계 |
| KBS | K-Pop | 2018 Changwon K-POP World Festival | 2018 창원 월드 케이팝 페스티벌 |
| KBS | K-Pop | Music Bank K-Chart in Chile | 뮤직뱅크 인 칠레 |

# EXHIBIT G-1



# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this 26th of December 2022 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **wavve Americas, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a) "Program" shall mean TV Program which is specified in Exhibit A.

b) "Territories" shall mean UCAN and LATAM which are specified in Exhibit B.

c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.





## 2. Grant of Rights

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee

    i. UCAN territory: exclusive rights to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.



b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.











IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

For and on behalf of
Licensor

Han-sang JO
Executive Managing Director
KBS MEDIA

For and on behalf of
Licensee

wav...
Am... ...s,
Inc.



# EXHIBIT A

## Program Title, Duration and MG

두뇌공조                70' x 16 episodes

(Brain Works)

_____

6



## EXHIBIT B

| | |
|---|---|
| UCAN | United States, Canada |



# EXHIBIT G-2



# <u>LICENSE AGREEMENT</u>

This LICENSE AGREEMENT ("Agreement") is made and entered into this <u>12th</u> of October 2022 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **wavve Americas, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a)  "Program" shall mean TV Program which is specified in Exhibit A.

b)  "Territories" shall mean the countries which are specified in Exhibit B.

c)  Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d)  OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e)  "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f)  "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g)  "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h)  "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i)  "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j)  "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.

## 2. Grant of Rights

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.















IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

Inc.

For and on behalf of
Licensor

For and on behalf of
Licensee

**Han-sang JO**
Executive Managing Director
**KBS MEDIA**

wavve
Americas,
Inc.



# EXHIBIT A

## Program Title, Duration and MG

Bad Prosecutor                70' x 12 episodes                ███████████████

████████████

Inc.



## EXHIBIT B



Americas

United States,

# EXHIBIT G-3

# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this 30th of April, 2021 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **Korea Content Platform, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a) "Program" shall mean TV Program which is specified in Exhibit A.

b) "Territories" shall mean the countries which are specified in Exhibit B.

c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.



## 2. Grant of Rights

a)  Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b)  Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

c)  The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, , KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.







IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.



For and on behalf of
Licensor

For and on behalf of
Licensee

Joun

**Joun Je Yeon**
Executive Managing Director
**KBS MEDIA**



# EXHIBIT A

## Program Title, Duration and MG

Youth of May          70' x 12 episodes          

# EXHIBIT B



Americas

United States,

# EXHIBIT G-4

# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this ____ of September, 2020 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **Korea Content Platform, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a) "Program" shall mean TV Program which is specified in Exhibit A.

b) "Territories" shall mean the countries which are specified in Exhibit B.

c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.

## 2. Grant of Rights

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, , KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.







IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

For and on behalf of

Licensor

Hwang Eui Kyoung
Executive Managing Director
KBS MEDIA

For and on behalf of

Licensee



## **EXHIBIT A**

**Program Title, Duration and MG**

Zombie Detective    70' x 12 episodes    ████████████████████

████████████

## EXHIBIT B



# EXHIBIT G-5



# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this 7th of December, 2021 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **wavve Americas, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions



For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a)  "Program" shall mean TV Program which is specified in Exhibit A.

b)  "Territories" shall mean the countries which are specified in Exhibit B.

c)  Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d)  OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e)  "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f)  "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g)  "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h)  "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i)  "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j)  "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.

**2. Grant of Rights**

   a)  Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

   b)  Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

   c)  The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, , KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.









IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

For and on behalf of
Licensor

For and on behalf of
Licensee

JOUN
_____

**Joun Je Yeon**
Executive Managing Director
KBS MEDIA





## EXHIBIT A

### Program Title, Duration and MG

| Moonshine | 70' x 16 episodes | ███████████ |
| --- | --- | --- |



# **EXHIBIT B**



# EXHIBIT G-6

# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this 20th of July, 2021 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **Korea Content Platform, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a) "Program" shall mean TV Program which is specified in Exhibit A.

b) "Territories" shall mean the countries which are specified in Exhibit B.

c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.

**2. Grant of Rights**

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, , KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.







IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.



For and on behalf of
Licensor

Joun Je Yeon
Executive Managing Director
KBS MEDIA

For and on behalf of
Licensee



# **EXHIBIT A**

## Program Title, Duration and MG

| Police University | 70' x 16 episodes | █████████████ |
|---|---|---|

█████████



# EXHIBIT B



# EXHIBIT G-7

# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this __2__ of December, 2020 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **Korea Content Platform, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

## 1. Definitions

For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

a) "Program" shall mean TV Program which is specified in Exhibit A.

b) "Territories" shall mean the countries which are specified in Exhibit B.

c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.



## 2. Grant of Rights

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee exclusive right to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc. through its affiliated stores. Licensee shall be able to use the trademarks of "KBS Media" in the Territories for its services and promotions during the term of this agreement.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, , KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.









IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

For and on behalf of                                          For and on behalf of
Licensor                                                     Licensee

Hwang Eui Kyoung
Executive Managing Director
KBS MEDIA

# **EXHIBIT A**

## **Program Title, Duration and MG**

Cheat on Me, If you can      70' x 16 episodes      ██████████████████

# **EXHIBIT B**



# EXHIBIT G-8



# LICENSE AGREEMENT

This LICENSE AGREEMENT ("Agreement") is made and entered into this ____ of September 2022 ("Effective Date") between **KBS Media** ("Licensor"), a corporation duly organized and existing under the laws of the Republic of Korea, with its principal place of business at KBS Media Center, 45 Maebongsan-ro, Mapo-gu, Seoul, Korea and **wavve Americas, Inc.** ("Licensee", and together with Licensor, the "Parties" and each of them a "Party"), a corporation duly organized and existing under the laws of the United States, with its principal place of business at #625 S Kingsley Drive #2F Los Angeles, CA 90005, U.S.A.

1. **Definitions**

   For the purpose of this Agreement the following terms shall have the respective meanings set forth below:

   a) "Program" shall mean TV Program which is specified in Exhibit A.

   b) "Territories" shall mean UCAN and LATAM which are specified in Exhibit B.

   c) Video-on-Demand Right ("VOD Right") shall mean the right to transmit the Program by means of signals via online (including mobile and internet) services for Users to use devices to stream Programs to view contemporaneously at a time selected by Users.

   d) OTT("Over the Top") : Refers to the content service provided through PC, mobile, Set-top box and smart TV based on IP (Internet Protocol).

   e) "3rd Party" shall mean "OTT" distribution or transmission platform operated not by Licensee, but by other businesses.

   f) "SVOD"(Subscription VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on a subscription basis.

   g) "AVOD"(Advertising VOD) shall mean a type of "VOD" service that allows users to watch the Program through a video service platform on an ad-supported basis.

   h) "TVOD"(Transaction VOD) shall mean a type of "VOD" service that allows users to watch content through a video service platform on the pay-per-view basis.

   i) "Gross Revenue" shall mean all revenues actually received by Licensee in connection with the Program

   j) "Net Revenue" shall mean Gross Revenue, less fees associated with the Gross Revenue and designated by Licensee's policy which is commonly applied to all other partners.



## 2. Grant of Rights

a) Subject to the limitations, terms and conditions set forth in this Agreement, Licensor hereby grants to Licensee

    i. UCAN territory: exclusive rights to distribute, transmit and exploit the Program via streaming and/or any other means of digital distribution by means of an IP-based transmission path, including all wire or wireless networks with the exception of KBS World linear TV channels including Catch-up service.

b) Licensee may implement its services such as "SVOD", "AVOD" and "TVOD" through its own platform with the rights to distribute and transmit the Program, resell OTT distribution and transmission rights to a 3rd party, or engage in commercial activities such as distribution and transmission, etc.

c) The rights conferred upon this Agreement do not include free TV, pay TV(non-IP basis) rights, satellite TV rights, cable TV rights, videogram rights, KBS World broadcasting rights, theatrical rights, the exhibition in the classroom, public hall and at any other gathering held without entrance fee whether or not the audience is required any kind of qualifications for the participation and the rights to use the Program or any part or parts of the Program for commercial films.







IN WITNESS WHEREOF, the parties have hereto executed this Agreement in English language, and both parties shall retain one copy each thereof.

For and on behalf of

Licensor

Han-sang JO
Executive Managing Director
KBS MEDIA

For and on behalf of

Licensee

wavve
Americas,
Inc.

5



## EXHIBIT A

### Program Title, Duration and MG

법대로 사랑하라   70' x 16 episodes

(THE LAW CAFE)

---

**Total:**



# EXHIBIT B

| UCAN | United States, Canada |
|------|-----------------------|

# EXHIBIT G-9

# SBS-wA 콘텐츠 공급 계약의 부속 계약서

주식회사 에스비에스(이하 "SBS")와 wavve Americas, Inc.(이하 "wA")는 다음과 같이 SBS-wA 콘텐츠 공급에 대한 부속 계약을 체결한다.

### 제 1 조 (목적)

본 부속 계약서는 2021 년 9 월 1 일에 체결한 SBS-wA 콘텐츠 공급 계약서(이하 "기본 계약서")에 대한 부속 계약으로 "SBS"가 "wA"에 공급하는 콘텐츠 중 "SBS"가 별도의 "타이틀"을 "wA"에 공급하는데 있어, 권리 의무 관계를 명확히 규정하고 이행하기 위함이다.

본 부속 계약서에 규정하지 않은 사항에 대해서는 "기본 계약서"의 조항을 따르며, "기본 계약서"와 "부속 계약서" 간 상충이 발생하는 경우 "부속 계약서"가 우선 적용된다. "기본 계약서"가 수정, 변경, 및 갱신되었을 경우는 수정, 변경, 및 갱신된 "기본 계약서"의 조항을 따른다.

### 제 2 조 (타이틀)

| 프로그램 개요 | 국문 제목 | SBS 금토드라마 <7 인의탈출 1> |
| --- | --- | --- |
| | 영문 제목 | The Escape of the Seven season 1 |
| | 제작 편수 | <7 인의탈출 1> : 70 분 내외 X 17 회<br>[단, 편성 시간, 방송 길이(방송 분할), 제작 편수는 방송사의 사정에 따라 변경될 수 있음] |
| | 연출자/극본 | 주동민 / 김순옥 |
| | 출연자 | 엄기준, 황정음, 이준 등 |
| | 방송 일자 | <7 인의탈출 1> : 2023 년 09 월 15 일부터 (매주 2 회)<br>[단, 편성 일시 등은 방송사의 사정에 따라 변경될 수 있음] |
| 전달 방식 및 일정 | | "기본 계약서"에 준함 |

### 제 3 조 (계약 기간)

본 부속계약서는 계약 체결 직후 그 효력이 발생하며, 서비스 국내 첫방송일로부터 10 년이다.

### 제 4 조(서비스 지역)

"wA"의 "타이틀"에 대한 서비스는 북미(독점), 중남미, 유럽, 중동, 오세아니아(이상 비독점) 지역에 한정한다.





본 부속 계약서의 존재 및 내용을 증명하기 위하여, 양사는 본 부속 계약서 2 부를 작성하여 각기
정당한 권한을 가진 대표자가 각 기명·날인 혹은 서명하여 본 계약을 체결하고 각각 1 부씩 보관한다.

2023 년 09 월 14 일

㈜에스비에스                                wavve Americas, Inc.

서울시 양천구 목동서로 161                    625 S. Kingsley Dr., 2FL

                                          Los Angeles, CA 90005

대표이사    박 정 훈 (인)                    대표이사    박 근 희 (인)
_____                  _____
JeongHoon Park/CEO                        Kunhee Park/ CEO



# SBS-wA 콘텐츠 공급 계약의 부속 계약서

주식회사 에스비에스(이하 "SBS")와 wavve Americas, Inc.(이하 "wA")는 다음과 같이 SBS-wA 콘텐츠 공급에 대한 부속 계약을 체결한다.

### 제 1 조 (목적)

본 부속 계약서는 2021 년 9 월 1 일에 체결한 SBS-wA 콘텐츠 공급 계약서(이하 "기본 계약서")에 대한 부속 계약으로 "SBS"가 "wA"에 공급하는 콘텐츠 중 "SBS"가 별도의 "타이틀"을 "wA"에 공급하는데 있어, 권리 의무 관계를 명확히 규정하고 이행하기 위함이다.

본 부속 계약서에 규정하지 않은 사항에 대해서는 "기본 계약서"의 조항을 따르며, "기본 계약서"와 "부속 계약서" 간 상충이 발생하는 경우 "부속 계약서"가 우선 적용된다. "기본 계약서"가 수정, 변경, 및 갱신되었을 경우는 수정, 변경, 및 갱신된 "기본 계약서"의 조항을 따른다.

### 제 2 조 (타이틀)




| 프로그램 개요 | 국문 제목 | SBS 금토드라마 <7 인의탈출 2> |
|---|---|---|
| | 영문 제목 | The Escape of the Seven season 2 |
| | 제작 편수 | <7 인의탈출 2> : 70 분 내외 X 16 회<br>[단, 편성 시간, 방송 길이(방송 분할), 제작 편수는 방송사의 사정에 따라 변경될 수 있음] |
| | 연출자/극본 | 주동민 / 김순옥 |
| | 출연자 | 엄기준, 황정음, 이준 등 |
| | 방송 일자 | <7 인의탈출 2> : 2023 년 03 월 22 일부터 (매주 2 회)<br>[단, 편성 일시 등은 방송사의 사정에 따라 변경될 수 있음] |
| 전달 방식 및 일정 | | "기본 계약서"에 준함 |

### 제 3 조 (계약 기간)

본 부속계약서는 계약 체결 직후 그 효력이 발생하며, 서비스 국내 첫방송일로부터 10 년이다.

### 제 4 조(서비스 지역)

"wA"의 "타이틀"에 대한 서비스는 북미(독점), 중남미, 유럽, 중동, 오세아니아(이상 비독점) 지역에 한정한다.





본 부속 계약서의 존재 및 내용을 증명하기 위하여, 양사는 본 부속 계약서 2 부를 작성하여 각기

정당한 권한을 가진 대표자가 각 기명·날인 혹은 서명하여 본 계약을 체결하고 각각 1 부씩 보관한다.

2023 년 09 월 14 일

㈜에스비에스

서울시 양천구 목동서로 161

대표이사   박 정 훈 (인)

_____

JeongHoon Park/CEO

wavve Americas, Inc.

625 S. Kingsley Dr., 2FL

Los Angeles, CA 90005

대표이사   박 근 희 (인)

_____

Kunhee Park/ CEO





# EXPERT TRANSLATION BUREAU, LLC

Telephone: **(312) 759-9999**  E-Mail: **services@expert-translation.com**

18001 North Bay Road, Suite 506, Sunny Isles, FL  33160

*www.Expert-Translation.com*

## CERTIFICATE OF TRANSLATION

August 5, 2024

*I, Dongshen Wang, hereby certify that I am competent in both the English and the Korean languages.*

*I further certify under penalty of perjury that translation of the aforementioned document:*

**[The Escape of the Seven season 1 & 2, Sep, 2023 - Signed_Redacted_English.pdf]**

*from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.*

Dongshen Wang

**Professional Translator**

ALEXANDER GOFMAN
Commission # HH 390933
Expires August 25, 2027

08. 05. 2024

## Supplementary Agreement for SBS-wA Content Supply Contract

This supplementary agreement for SBS-wA content supply is entered into by and between SBS Co., Ltd. (hereinafter referred to as "SBS") and wavve Americas, Inc. (hereinafter referred to as "wA") as follows.

### Article 1 (Purpose)

This supplementary agreement is an additional contract to the SBS-wA Content Supply Contract (hereinafter "Basic Contract") signed on September 1, 2021. The purpose is to clearly define and fulfill the obligations related to supplying the content, titled separately by "SBS", to "wA". Matters not specified in this supplementary agreement will follow the provisions of the "Basic Contract". In case of conflict between "Basic Contract" and "Supplementary Agreement", the "Supplementary Agreement" shall take precedence. If the "Basic Contract" is amended, changed, or renewed, this supplementary agreement will follow the amended, changed, or renewed provisions of the "Basic Contract".

### Article 2 (Title)

| | | |
|---|---|---|
| **Program Overview** | **Korean Title** | SBS Friday Night Drama 'The Escape of the Seven season 1' |
| | **English Title** | The Escape of the Seven season 1 |
| | **Production Details** | <The Escape of the Seven 1>: Approximately 70 minutes X 17 episodes (However, the scheduling time, broadcast length (broadcast main part), and the number of episodes may change according to the broadcaster's circumstances.) |
| | **Director / Screenwriter** | Joo Dong Min / Kim Soon Ok |
| | **Cast** | Um Ki Joon, Hwang Jung Eum, Lee Joon, etc. |
| | **Broadcast Date** | <The Escape of the Seven 1>: From September 15, 2023 (twice a week) (However, the broadcast date may change according to the broadcaster's circumstances.) |
| **Delivery Method and Schedule** | | According to the "Basic Contract" |

### Article 3 (Contract Period)

This supplementary agreement becomes effective immediately upon signing and is valid for 10 years from the first domestic broadcast date of the service.

### Article 4 (Service Area)

The service for the "Title" by "wA" is limited to North America (exclusive), Latin America, Europe, the Middle East, and Oceania (non-exclusive).

[SBS]

[Redacted]

[Redacted]

To certify the existence and contents of this supplementary agreement, both parties prepare two copies of this supplementary agreement, with each party having a duly authorized representative sign and seal or sign each copy, and each party retains one copy.

September 14, 2023

SBS Corporation

161 Mokdongseo-ro, Yangcheon-gu, Seoul

CEO: Jeonghoon Park

[Seal: SBS Corporation]

Wavve Americas, Inc.

625 S. Kingsley Dr., 2Fl

Los Angeles, CA 90005

CEO: Kunhee Park

[Seal: Wavve Americas, Inc.]

[SBS]

## Supplementary Agreement for SBS-wA Content Supply Contract

This supplementary agreement for SBS-wA content supply is entered into by and between SBS Co., Ltd. (hereinafter referred to as "SBS") and wavve Americas, Inc. (hereinafter referred to as "wA") as follows.

**Article 1 (Purpose)**

This supplementary agreement is an additional contract to the SBS-wA Content Supply Contract (hereinafter "Basic Contract") signed on September 1, 2021. The purpose is to clearly define and fulfill the obligations related to supplying the content, titled separately by "SBS", to "wA". Matters not specified in this supplementary agreement will follow the provisions of the "Basic Contract". In case of conflict between "Basic Contract" and "Supplementary Agreement", the "Supplementary Agreement" shall take precedence. If the "Basic Contract" is amended, changed, or renewed, this supplementary agreement will follow the amended, changed, or renewed provisions of the "Basic Contract".

**Article 2 (Title)**

| Program Overview | Korean Title | SBS Friday Night Drama ' The Escape of the Seven Season 2' |
|---|---|---|
| | English Title | The Escape of the Seven Season 2 |
| | Production Details | <The Escape of the Seven 2>: Approximately 70 minutes X 16 episodes (However, the scheduling time, broadcast length (broadcast main part), and the number of episodes may change according to the broadcaster's circumstances.) |
| | Director / Screenwriter | Joo Dong Min / Kim Soon Ok |
| | Cast | Um Ki Joon, Hwang Jung Eum, Lee Joon, etc. |
| | Broadcast Date | <The Escape of the Seven 2>: From March 22, 2023 (twice a week) (However, the broadcast date may change according to the broadcaster's circumstances.) |
| Delivery Method and Schedule | | According to the "Basic Contract" |

**Article 3 (Contract Period)**

This supplementary agreement becomes effective immediately upon signing and is valid for 10 years from the first domestic broadcast date of the service.

**Article 4 (Service Area)**

The service for the "Title" by "wA" is limited to North America (exclusive), Latin America, Europe, the Middle East, and Oceania (non-exclusive).

[SBS]

[Redacted]

[Redacted]

To certify the existence and contents of this supplementary agreement, both parties prepare two copies of this supplementary agreement, with each party having a duly authorized representative sign and seal or sign each copy, and each party retains one copy.

September 14, 2023

SBS Corporation                                           Wavve Americas, Inc.

161 Mokdongseo-ro, Yangcheon-gu, Seoul          625 S. Kingsley Dr., 2Fl

CEO: Jeonghoon Park                                      Los Angeles, CA 90005

[Seal: SBS Corporation]                                  CEO: Kunhee Park

                                                         [Seal： Wavve Americas, Inc.]

[SBS]

# EXHIBIT G-10

# SBS-wA 콘텐츠 공급 계약의 부속 계약서

주식회사 에스비에스(이하 "SBS")와 wavve Americas, Inc.(이하 "wA")는 다음과 같이 SBS-wA 콘텐츠 공급에 대한 부속 계약을 체결한다.

### 제 1 조 (목적)

본 부속 계약서는 2021 년 9 월 1 일에 체결한 SBS-wA 콘텐츠 공급 계약서(이하 "기본 계약서")에 대한 부속 계약으로 "SBS"가 "wA"에 공급하는 콘텐츠 중 "SBS"가 별도의 "타이틀"을 "wA"에 공급하는데 있어, 권리 의무 관계를 명확히 규정하고 이행하기 위함이다.

본 부속 계약서에 규정하지 않은 사항에 대해서는 "기본 계약서"의 조항을 따르며, "기본 계약서"와 "부속 계약서" 간 상충이 발생하는 경우 "부속 계약서"가 우선 적용된다. "기본 계약서"가 수정, 변경, 및 갱신되었을 경우는 수정, 변경, 및 갱신된 "기본 계약서"의 조항을 따른다.

### 제 2 조 (타이틀)

| | | |
|---|---|---|
| 프로그램 개요 | 국문 제목 | SBS 금토드라마 <모범택시 2> |
| | 영문 제목 | Taxi Driver 2 |
| | 제작 편수 | 70 분 내외 X 16 회 [단, 편성 시간, 방송 길이(방송 분할), 제작 편수는 방송사의 사정에 따라 변경될 수 있음] |
| | 연출자/극본 | 이단/오상호 |
| | 출연자 | 이제훈, 표예진, 김의성 등 |
| | 방송 일자 | 2023 년 02 월 17 일부터 (매주 2 회) |
| 전달 방식 및 일정 | | "기본 계약서"에 준함 |

### 제 3 조 (계약 기간)

본 부속계약서는 계약 체결 직후 그 효력이 발생하며, 서비스 국내 첫방송일로부터 10 년이다.

### 제 4 조(서비스 지역)

"wA"의 "타이틀"에 대한 서비스는 미주(북미 독점, 중미 비독점, 남미 및 각 나라의 해외 영토 및 자치령 비독점)지역에 한정한다.



본 부속 계약서의 존재 및 내용을 증명하기 위하여, 양사는 본 부속 계약서 2 부를 작성하여 각기
정당한 권한을 가진 대표자가 각 기명·날인 혹은 서명하여 본 계약을 체결하고 각각 1 부씩 보관한다.

2023 년 2 월 7 일

㈜에스비에스

서울시 양천구 목동서로 161

대표이사    박 정 훈 (인)



JeongHoon Park/CEO

wavve Americas, Inc.

625 S. Kingsley Dr., 2FL

Los Angeles, CA 90005

대표이사    박 근 희 (인)

Kunhee Park/ CEO



# EXPERT TRANSLATION BUREAU, LLC

Telephone: **(312) 759-9999**   E-Mail: **services@expert-translation.com**

18001 North Bay Road, Suite 506, Sunny Isles, FL  33160

*www.Expert-Translation.com*

## CERTIFICATE OF TRANSLATION

August 5, 2024

*I, Dongshen Wang, hereby certify that I am competent in both the English and the Korean languages.*

*I further certify under penalty of perjury that translation of the aforementioned document:*

**[Taxi Driver2_Feb. 2023 - Signed_Redacted_English.pdf]**

*from the Korean language into the English language is accurate and correct to the best of my knowledge and proficiency.*

Dongshen Wang

**Professional Translator**

ALEXANDER GOFMAN
Commission # HH 390933
Expires August 25, 2027

08. 05. 2024

## Supplementary Agreement for SBS-wA Content Supply Contract

This supplementary agreement for SBS-wA content supply is entered into by and between SBS Co., Ltd. (hereinafter referred to as "SBS") and wavve Americas, Inc. (hereinafter referred to as "wA") as follows.

**Article 1 (Purpose)**

This supplementary agreement is an additional contract to the SBS-wA Content Supply Contract (hereinafter "Basic Contract") signed on September 1, 2021. The purpose is to clearly define and fulfill the obligations related to supplying the content, titled separately by "SBS", to "wA". Matters not specified in this supplementary agreement will follow the provisions of the "Basic Contract". In case of conflict between "Basic Contract" and "Supplementary Agreement", the "Supplementary Agreement" shall take precedence. If the "Basic Contract" is amended, changed, or renewed, this supplementary agreement will follow the amended, changed, or renewed provisions of the "Basic Contract".

**Article 2 (Title)**

| Program Overview | Korean Title | SBS Friday Night Drama 'Best Taxi 2' |
| --- | --- | --- |
| | English Title | Taxi Driver 2 |
| | Production Details | Approximately 70 minutes X 16 episodes (However, the scheduling time, broadcast length (broadcast split), and the number of episodes may change according to the broadcaster's circumstances.) |
| | Director / Screenwriter | Lee Dan / Oh Sang Ho |
| | Cast | Lee Je Hoon, Pyo Ye Jin, Kim Eui Sung, etc. |
| | Broadcast Date | From February 17, 2023 (twice a week) |
| Delivery Method and Schedule | | According to the "Basic Contract" |

**Article 3 (Contract Period)**

This supplementary agreement becomes effective immediately upon signing and is valid for 10 years from the first domestic broadcast date of the service.

**Article 4 (Service Area)**

The service for the "Title" by "wA" is limited to the Americas (exclusive in North America, non-exclusive in Central America, South America, and the overseas territories and dependencies of each country).

[Redacted]


[Redacted]


To certify the existence and contents of this supplementary agreement, both parties prepare two copies of this supplementary agreement, with each party having a duly authorized representative sign and seal or sign each copy, and each party retains one copy.

February 7, 2023


SBS Corporation

161 Mokdongseo-ro, Yangcheon-gu, Seoul

<u>CEO: Jeonghoon Park</u>

[Seal: SBS Corporation]

Wavve Americas, Inc.

625 S. Kingsley Dr., 2Fl

Los Angeles, CA 90005

CEO: Kunhee Park

[Seal： Wavve Americas, Inc.]

# EXHIBIT H-1

## 📢 Notice                                                                      ⌃

**Announcement:** Some devices or browsers may require an extension to be installed in order to play videos under Servers 2, 5 and 8.
If your device or browser requires it, you will see a red notice below the video title for instructions on how to install the extension.

Visit our GoPlay Discord server for discussions, site updates, or to report any issues encountered.

## 🚩 Donation Goal for July                                                       ⌃

The site's operation costs and expenses are funded by donations.
Feel free to donate any amount if you can. All donations are appreciated.

If you have recently donated and want to activate your perks, you need to login first in order to verify your donation.

Last donation recorded on July 08, 7:02 AM    [Donate via Ko-Fi]

| $65 | $235 |
|---|---|

## 📺 Fresh K-Dramas                                           



**Snow White's Revenge**
16 Episodes



**Suji & Uri**
75 Episodes

The Player 2: Master of Swindlers
11 Episodes



**Beauty and Mr. Roma**
32 Episodes

## 👍 Recommended Shows



**Magic Hour, The SEVENTEEN**
1 Episode



**The Pork Cutlets**
2 Episodes



**The Auditors**
2 Episodes



**Snow White's Reveng**
16 Episodes

## 🎲 Variety Shows

   

## 📺 Must See Series

   

**The Princess Royal**
12 Episodes

**The Auditors**
2 Episodes

**Omniscient Interfering View (20...**
306 Episodes

**Hangout with Yoo (20**
242 Episodes

## 🎥 Korean Movies

   

**BTS LOVE YOURSELF in NEW YO...**
Performance, Music

**BTS BREAK THE SILENCE: THE M...**
Music, Documentary

**BTS SPEAK YOURSELF in SEOUL ...**
Performance, Music

**Dr. Cheon and the Lo**
Adventure, Fantasy, Act

## 🔍 Top Searched Series

   

**Possessed Love**
3 Episodes

**Lovely Runner**
16 Episodes

**My Sweet Mobster**
8 Episodes

**My Sibling's Romance**
3 Episodes

Login using Reddit or Discord to prevent losing your Bookmarks and Watch History.

If you're enjoying this site and wish to help with the server cost, you may donate via **[Ko-Fi]**
Visit our **[Discord Server]** for discussions, suggestions, or to report any issues.

# EXHIBIT H-2



소나기티비    드라마    예능    시사    영화    보증      광고문의

## 인기 컨텐츠           소나기티

          

| 2024… | 2024… | 2024… | 2024… | 2024… | 2024… | 2023… | 2024… | 2024… | 2024… |
|---|---|---|---|---|---|---|---|---|---|
| 인 플… 4회 | 노 웨이 4회 | 우연일까 7회 | 감사합… 12회 | 서진이네2 7회 | 미녀와 … 38회 | 나 혼… 557회 | 미운 … 404회 | 모범택시 | 가족X멜로 2 | 더 인플… 4회 |

### New Update
### 최신 등록
- 드라마
- 시트콤
- 해외드라마

> 전체보기

    

| 2024-08-12 | 2024-08-12 | 2024-08-12 | 2024-08-12 | 2024-08-12 |
|---|---|---|---|---|
| 2시간전 | 3시간전 | 3시간전 | 4시간전 | 7시간전 |
| 유어 아너 | 우연일까 | 수지맞은 우리 | 스캔들 | 용감무쌍 용수정 |
| 2회 | 7회 | 90회 | 31회 | 61회 |

     

| 2024-08-11 | 2024-08-11 | 2024-08-11 | 2024-08-10 | 2024-08-09 | 2024-08-08 |
|---|---|---|---|---|---|
| 1일전 | 1일전 | 1일전 | 2일전 | 3일전 | 4일전 |
| 감사합니다 | 가족X멜로 | 미녀와 순정남 | 나쁜 기억 지우개 | 동네스타K4 | 사랑의 안단테 |
| 12회 | 2회 | 38회 | 4회 | 20회 | 2회 |

### New Update
### 최신 등록
- 예능
- 음악
- 연예정보
- 연예정보
- 리얼리티쇼
- 애니메이션
- 어린이

> 전체보기

     

| 2024-08-12 | 2024-08-12 | 2024-08-12 | 2024-08-12 | 2024-08-12 |
|---|---|---|---|---|
| 2시간전 | 2시간전 | 2시간전 | 2시간전 | 2시간전 |
| 가요무대 | 동상이몽2 - 너는 … | 탐정들의 영업비밀 | 프리한19 | 히든아이 |
| 1860회 | 352회 | 21회 | 428회 | 2회 |








| 2024-08-12 | 3시간전 | 2024-08-12 | 3시간전 | 2024-08-12 | 3시간전 | 2024-08-12 | 4시간전 | 2024-08-12 | 4시간전 | 2024-08-11 | 1일전 |

폭 쉬먼 다행이야 14회  |  톡파원 25시 124회  |  회장님네 사람들 96회  |  더 트롯쇼 119회  |  무엇이든 물어보살 279회  |  이제 만나러 갑니다 659회

New Update
최신 등록
시사
교양
다큐멘터리
특집프로그램
뉴스
스포츠

> 전체보기








세계테마기행 2시간전  |  생활의 달인 946회  |  KBS 뉴스 9  |  한국기행 3813회  |  SBS 8뉴스







MBC 뉴스데스크  |  경제콘서트  |  JTBC 뉴스룸  |  뉴스 TOP 10  |  다시 사는 이야기 기...78회  |  한번 더 체크타임 204회



소나기툰 최신 최다 연재&웹툰 실시간 업데이트

New Update
최신 등록
한국영화
해외영화
극장판 애니메이션

> 전체보기








2016 미국,대만,이탈리아,멕시코  |  2013 덴마크,독일,프랑스,벨기...  |  미국  |  필리핀  |  2023 일본

사일런스  |  남포매니악 볼륨 1  |  원 패스트 무브  |  롤로와 키드  |  새도우 오브 파이어


2021                    일본
브레이브 -군정전기-


2024                    한국
탈출: 프로젝트 사일런스


2024              나이지리아
킹메이커 가야


2024                   멕시코
협상 불가


2024                    미국
마운틴 퀸: 락파 셰르파


칠레
사랑을 담아, 몬 라페르테

New Update
최신 등록
연재웹툰
완결웹툰
> 전체보기



로맨스/스토리
완벽한 부부는 없다


드라마/스토리
묘령의 황자


성인/판타지/BL
영원한 계약


성인/드라마
애랑 했어


성인/판타지
온 어 리시

// 소나기티비

Copyright © 2020, SonagiTV. All Rights Reserved

loading 0.047 sec

# EXHIBIT H-3



영상 검색

[공지] 코티비씨 시청주소 안내



영화

+ 더보기





| 크로스 (2024) | 인스티게이터 (2024) | 수상한 이웃들 (2010) |
|---|---|---|
| 2024년          100분 | 2024년          101분 | 기타          97분 |

  

| 스캔들 - 조선남녀상열지사 | 탈출: 프로젝트 사일런스 (2024) | 목 (2023) |
|---|---|---|
| 기타          120분 | 2024년          96분 | 2023년          131분 |


새 영화

## 드라마

+ 더보기
새 드라마

  

| 유어 아너 | 우연일까? | 용감무쌍 용수정 |
|---|---|---|
| 2회          08-13 | 7회          08-12 | 61회          08-12 |

---

🏠 **메인**       🎞️ 영화       ▶️ 드라마       😎 예능/시사       ✴️ 해외드라마



**Update!**

스캔들

31회 08-12



**Update!**

수지맞은 우리

90회 08-12



가족×멜로

2회 08-12

## 예능/시사

**+ 더보기**



**Update!**

최강야구 (2024시즌)

08-13 18회



**Update!**

오은영 리포트 – 결혼 지옥

08-13 82회



**Update!**

새 영화

새 드라마

새 예능

새 미드

애니

닫기

동상이몽 2 - 너는 내 운명

08-13 345회

---

🏠 메인     🎬 영화     ▶️ 드라마     😎 예능/시사     🎞️ 해외드라마



탐정들의 영업비밀

08-13      21회



프리한19

08-13      176회



푹 쉬면 다행이야

08-13      14회

## 미드      + 더보기



엄브렐러 아카데미 시즌 4

08-13      6회



엄브렐러 아카데미 시즌3

08-13      10회

엄브렐러 아카데미 시즌 2

08-13      10회

메인      영화      드라마      예능/시사      해외드라마







| 엄브렐러 아카데미 | 왕좌의 게임 시즌 8 | 왕좌의 게임 시즌 7 |
|---|---|---|
| 08-13 10회 | 08-12 6회 | 08-11 7회 |


새 영화


새 드라마

모바일버전


새 예능

본 사이트에 게재된 게시물은 인터넷 서핑을 통해 타사의 동영상 서비스에 대한 링크를 제공한 것이며 동영상을 직접 제공/스트리밍하지 않습니다. 모든 동영상정보에 대한 권리는 해당 저작권자에게 있으며 권리자의 요청이 있을 경우 관련게시물을 삭제함을 알려드립니다

새 미드

애니

닫기


**메인**


영화


드라마


예능/시사


해외드라마

# EXHIBIT H-4

여우티비          검색어를 입력해주세요

시사예능    드라마    완결한드    해외드라마    최신영화    애니메이션    최근등록    인기순위    ☰











시사예능          드라마          완결한드          해외드라마          최신영화

## 최근등록

최근등록13 >



**무엇이든 물어보세요**
박규리(1988년생/가수/출신)이지요(월);김현…



**아침마당**
**9.2** 내용없음



**인간극장**
**9.3** 내용없음



**EBS 다큐프라임**
**10.0** 내용없음



**이제 혼자다**
박미선/전노민/조윤희/최동석/



**100분토론**
**5.3** 이경준//박혜정//채인용/



시사예능    드라마    완결한드    해외드라마    최신영화







신들린 연애

9.8  신동엽/유인나/가비/유선호/박성준/

한일톱텐쇼

7.6  대성/강남/

SBS 8 뉴스

9.6  내용없음







KBS 뉴스 9

9.4  내용없음

사건 반장

9.5  양원보//백성문/홍지용//이도성/박지훈//…

벌거벗은 세계사

9.1  내용없음

 시사예능

더보기

시사예능        드라마        완결한드        해외드라마        최신영화







무엇이든 물어보세요
박규리(1988년생/가수/출신)이지요(월);/김현…

아침마당
9.2　내용없음

인간극장
9.3　내용없음







EBS 다큐프라임
10.0　내용없음

이제 혼자다
박미선/전노민/조윤희/최동석/

100분토론
5.3　이경준//박혜정/채인용/

더보기 〉

▶ 드라마　　　　　　　　　　　　　　　　　　　　더보기 〉

▶　　　　　　▶　　　　　　▶　　　　　　▶　　　　　　▶
시사예능　　　드라마　　　완결한드　　　해외드라마　　　최신영화







플레이어2: 꾼들의 전쟁

**8.7** 송승헌/오연서/태원석/이시언/장규리/外/

수지맞은 우리

**9.0** 함은정/백성현/오현경/강별/신정윤/外/

스캔들

**8.2** 한채영/한보름/최웅/김규선/전승빈/진주형…







용감무쌍 용수정

**8.6** 내용없음

낮과 밤이 다른 그녀

**9.0** 이정은/정은지/최진혁/外/

감사합니다

**8.7** 신하균/이정하/진구/조아람/外/

더보기 ›

 **완결한드**                                                                           더보기 ›

 시사예능      드라마      완결한드     해외드라마     최신영화



킹더랜드 (2023)

**4.6** 이준호//임윤아//고원희//김가은//안세하//…

나는 신이다: 신이 배신한 사람들 (20…

정명석//외/

피고인

**8.0** 내용없음



천원짜리 변호사 (2022)

**10.0** 남궁민//김지은//최대훈//외/



60일 지정생존자 (2019)

지진희//손석구//강한나//배종옥//이준혁//허준…



왔다 장보리 (2014)

오연서//김지훈//이유리//오창석//外/

시사예능     드라마     완결한드     해외드라마     최신영화







**기황후 (2013~2014)**

**9.3** 하지원//주진모//지창욱//백진희//外/

**위대한 유혹자 (2018)**

**6.0** 우도환//박수영//문가영//김민재//外/

**메이퀸 (2012)**

한지혜//김재원//재희//손은서//外/







**최고다 이순신 (2013)**

이지은//조정석//고주원//고두심//이미숙//外/

**여인천하 (2001~2002)**

**10.0** 강수연//전인화//도지원//이덕화//박상민//…

**태조 왕건 (2000~2002)**

최수종//김영철//서인석//등/

더보기 >

  **해외드라마**      더보기 >

 시사예능      드라마      완결한드      해외드라마      최신영화



**사조영웅전 (2024)**

**8.8**   초사//바오샹인/왕홍이//황이/등/



**악마 게임**

내용없음



**파르페틱! (2018)**

타카하시/히카루/나카오/마사키/하야시/유이치로/



**런치의 여왕 (2002)**

**10.0**   다케우치/유코//츠마부키/사토시/이토/미…



**도론죠 (2022)**

내용없음



**닌자에게 결혼은 어렵다 (2023)**

**10.0**   Nanao/as/Hotaru/Kusakari/

시사예능     드라마     완결한드     해외드라마     최신영화







너에게는 돌아갈집이 있다 (2018)
Miki/Nakatani/as./Miki/Nakatani/

너에게 닿기를 (2023)
내용없음

사랑따윈 필요없어, 여름 (2002)
와타베/아츠로//히로스에/료코//후지와라/타츠야/







남자 가정부를 원해? (2020)
타베/미카코//오오모리/나오//세토/코지/外/

프로포즈 대작전 (2007)
야마시타/토모히사//나가사와/마사미//에이쿠라…

미월전 (2015)
2.0  손려//황헌//유도//고운상/外/

더보기 >

▶ 최신영화                                                        더보기 >

| ▶ | ▶ | ▶ | ▶ | ▶ |
|---|---|---|---|---|
| 시사예능 | 드라마 | 완결한드 | 해외드라마 | 최신영화 |



**특공여전사 (2024)**

**8.0** 유도현//도록위/



**변체 (2024)**

당요문//오맹달/



**다우렌의 결혼 (2024)**

이주승//아디나/바잔//구성환/



**완벽한 파트너 무삭제 (2011)**

**6.0** 김혜선//김영호/김산호//윤채이/외/





**낙원의 밤 (2021)**

**7.0** 엄태구/전여빈/차승원/

**쿵푸팬더 4 (2024)**

**6.0** 내용없음

더보기 >



광고문의 t.me/tvbada


시사예능


드라마


완결한드


해외드라마


최신영화

시사예능          드라마          완결한드          해외드라마          최신영화

# EXHIBIT H-5



# 신사와 아가씨

자신의 선택에 책임을 다하고 행복을 찾아가는 '아가씨'와 '신사'가 만나면서 벌어지는 파란만장한 이야기 ...

가족   •   드라마   •   코미디   •   2021

▶ 재생       ▶ 예고편 보기

👍 0 likes

➕ Watchlist        ⤴ Share

에피소드   엑스트라   정보   리뷰

Subscribe for 30 days of FREE FreshPass®.*   2X POINTS

## 추천 콘텐츠



🏠 홈        📺 드라마        🎥 예능/오락        ▶ 시사/교양        📺 영화







남의 나라 살아요 – 선 넘은
패밀리

은퇴설계자들

제3회 청룡시리즈어워즈



© 2024 tv25.co

Privacy Policy

홈      드라마      예능/오락      시사/교양      영화

# EXHIBIT H-6

드라마 티비,OTV 티비다시,예능 무료영화 무료드라마,무료넷플릭스, 영화 다시보기

## SAFE TV

☰   🖥 드라마   🖥 예능   🖥 시사   🎬 영화   ⭐ 보증사이트   ⭐ 주소     ❤️문의



### 인기 컨텐츠 티비.COM / 세이프티비최신주소 [클릭]

| 파묘 | 맛있는... | 시빌 워 | 장농 | 킬 샷 | 범죄도... | 원더랜... | 퓨리오... | 설계자 | 타로 | 파묘 |
| 한국2024 | 한국2003 | 한국 | 미국,... | 한국 | 미국2024 | 한국2024 | 한국2024 | 미국,... | 2024 | 한국2024 |

New Update
**최신 등록**
드라마
시트콤
해외드라마

> 전체보기










2024-07-08 11시간전
플레이어2 :...   11회

2024-07-08 12시간전
수지맞은 우...   75회

2024-07-08 12시간전
스캔들   16회

2024-07-08 13시간전
용감무쌍 용 ...   46회

2008-11-25 13시간전
타짜   20회







2019-09-28 13시간전
타인은 지옥...   7회

2023-02-09 13시간전
사랑의 이해   16회

2019-09-05 13시간전
미스터 기간...   16회

2023-11-26 13시간전
연인

2016-01-16 13시간전
응답하라 1...   20회

2022-04-05 13시간전
사내 맞선   12회

New Update
최신 등록

예능
음악
연예정보
연예정보
리얼리티쇼
애니메이션
어린이

> 전체보기


2024-07-08   2분전
최강야구   89회


2024-07-08   3분전
오은영 리포... 84회


2024-07-08   9시간전
동상이몽 2... 349회


2024-07-08   9시간전
조선의 사랑... 50회


2024-07-08 10시간전
탐정들의 영... 17회


2024-07-08 10시간전
불타는 장미... 65회


2024-07-08 10시간전
가요무대   1857회


2024-07-08 10시간전
프리한19   423회


2024-07-08 10시간전
푹 쉬면 다... 11회


2024-07-08 11시간전
무엇이든 ... 274회


2024-07-08 11시간전
회장님네 사... 91회

New Update
최신 등록

시사
교양
다큐멘터리
특집프로그램
뉴스
스포츠

> 전체보기


2024-07-08   4분전
EBS 다큐 프라임


2024-07-08   9시간전
PD로그   10회


2024-07-08   9시간전
세계테마... 3501회


2024-07-08 10시간전
이 말을 꼭 ... 4회


2024-07-08 10시간전
하이킥   1회


2024-07-08 10시간전
생활의 달인   943회


2024-07-08 11시간전
한번 더 체... 199회


2024-07-08 12시간전
경제콘서트


2024-07-08 12시간전
절친 토큐멘... 44회


2024-07-08 12시간전
2TV 생생... 2088회


2024-07-08 12시간전
우리말 겨루기

무료 티비,무료 OTT 사이트,무료 영화,무료 드라마,무료 넷플릭스,영화 사이트

New Update
최신 등록

한국영화
해외영화
극장판 애니메이션

> 전체보기



액션,범죄,스릴러

2023미국,프랑스,독...
레트리뷰션



시대극,드라마

2014           한국
간신



코미디

2024           한국
목스박



스릴러,전쟁

2006벨기에,독일,네...
블랙북



범죄

2021           한국
밀수



드라마

2023           한국
너와 나



드라마

2023           일본
디셈버



액션

2021           미국
탑건: 매버릭



로맨스/멜로,드라마

2012           한국
후궁: 제왕의 첩



성인,로맨스/멜로

2003           한국
맛있는 섹스 그...



로맨스/멜로

2014           한국
인간중독



Copyright © 2022~2023 **SAFE TV** All Rights Reserved

loading 0.031 sec

# EXHIBIT I-1

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 모범택시 2 | Taxi Driver 2 | https://goplay.pw/333934353063/Taxi-Driver-2/ | https://www.kocowa.com/en_us/season/70846269/taxi-driver-2 |
| 7인의 탈출 | The Escape Of The Seven | https://goplay.pw/343031363563/The-Escape-of-the-Seven/ | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 바람피면 죽는다 | Cheat On Me If You Can | https://goplay.pw/562d333331323532/Cheat-On-Me-If-You-Can/ | https://www.kocowa.com/en_us/season/24284918/cheat-on-me-if-you-can |
| 두뇌공조 | Brain Works | https://goplay.pw/333931323363/Brain-Works/ | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 경찰수업 | Police University | https://goplay.pw/333739343863/Police-University/ | https://www.kocowa.com/en_us/season/35002267/police-university |
| 좀비탐정 | Zombie Detective | https://goplay.pw/333732383563/Zombie-Detective/ | https://www.kocowa.com/en_us/season/17704979/zombie-detective |
| 오월의 청춘 | Youth Of May | https://goplay.pw/562d333636393331/Youth-of-May/ | https://www.kocowa.com/en_us/season/30813160/youth-of-may |
| 꿈 피면 생각하고 | Moonshine | https://goplay.pw/333832383363/Moonshine/ | https://www.kocowa.com/en_us/season/43011329/moonshine |
| 진검승부 | Bad Prosecutor | https://goplay.pw/333838373663/Bad-Prosecutor/ | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 법대로 사랑하라 | The Law Café | https://goplay.pw/333837393263/The-Law-Cafe/ | https://www.kocowa.com/en_us/season/59740866/the-law-cafe |
| 금혼령, 조선 혼인 금지령 | The forbidden Marriage | https://goplay.pw/333839393163/The-Forbidden-Marriage/ | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 어쩌다 마주친, 그대 | My Perfect Stranger | https://goplay.pw/333937343063/My-Perfect-Stranger/ | https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger |
| 나의 X같은 스무살 | My 20th Twenty | https://goplay.pw/333937353863/My-20th-Twenty/ | https://www.kocowa.com/en_us/season/76411757/my-20th-twenty |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://goplay.pw/333839373163/Weak-Hero-Class-1/ | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |
| 웡 더 우먼 | One the woman | https://goplay.pw/333830353663/One-the-Woman/ | https://www.kocowa.com/en_us/season/36547283/one-the-woman |

# EXHIBIT I-2

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 모범택시 2 | Taxi Driver 2 | https://v1.sonagitv.live/view/?p=81855&s=&t=&w= | https://www.kocowa.com/en_us/season/70846269/taxi-driver-2 |
| 7인의 탈출 | The Escape Of The Seven | https://v1.sonagitv.live/view/?p=112850&s=&t=&w= | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 바람피면 죽는다 | Cheat On Me If You Can | https://v1.sonagitv.live/view/?p=48736&s=&t=&w= | https://www.kocowa.com/en_us/season/24284918/cheat-on-me-if-you-can |
| 두뇌공조 | Brain Works | https://v1.sonagitv.live/view/?p=78874&s=&t=&w= | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 경찰수업 | Police University | https://v1.sonagitv.live/view/?p=63361&s=&t=&w= | https://www.kocowa.com/en_us/season/35002267/police-university |
| 좀비탐정 | Zombie Detective | https://v1.sonagitv.live/view/?p=45451&s=&t=&w= | https://www.kocowa.com/en_us/season/17704979/zombie-detective |
| 오월의 청춘 | Youth Of May | https://v1.sonagitv.live/view/?p=53185&s=&t=&w= | https://www.kocowa.com/en_us/season/30813160/youth-of-may |
| 진검승부 | Bad Prosecutor | https://v1.sonagitv.live/view/?p=74111&s=&t=&w= | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 법대로 사랑하라 | The Law Café | https://v1.sonagitv.live/view/?p=73450&s=&t=&w= | https://www.kocowa.com/en_us/season/59740866/the-law-cafe |
| 금혼령, 조선 혼인 금지령 | The Forbidden Marriage | https://v1.sonagitv.live/view/?p=77413&s=&t=&w= | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 어쩌다 마주친, 그대 | My Perfect Stranger | https://v1.sonagitv.live/view/?p=87256&s=&t=&w= | https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger |
| 나의 x같은 스무살 | My 20th Twenty | https://v1.sonagitv.live/view/?p=85343&s=&t=&w= | https://www.kocowa.com/en_us/season/76411757/my-20th-twenty |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://v1.sonagitv.live/view/?p=74466&s=&t=&w= | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |

# EXHIBIT I-3

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 신사와 아가씨 | Young Lady and Gentleman | https://m115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=3735 | https://www.kocowa.com/en_us/season/36956816/young-lady-and-gentlemen |
| 모범택시 2 | Taxi Driver 2 | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=11312 | https://www.kocowa.com/en_us/season/70846269/taxi-driver-2 |
| 7인의 탈출 | The Escape Of The Seven | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=13363 | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 바람피면 죽는다 | Cheat On Me If You Can | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=969 | https://www.kocowa.com/en_us/season/24284918/cheat-on-me-if-you-can |
| 두뇌공조 | Brain Works | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=10698 | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 미운 우리 새끼 | My Little Old Boy | https://m114.kotbc.com/bbs/board.php?bo_table=enter&wr_id=386 | https://www.kocowa.com/en_us/season/351009/my-little-old-boy |
| 좀비탐정 | Zombie Detective | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=8326 | https://www.kocowa.com/en_us/season/17704979/zombie-detective |
| 오월의 청춘 | Youth Of May | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=2777 | https://www.kocowa.com/en_us/season/30813160/youth-of-may |
| 진검승부 | Bad Prosecutor | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=9889 | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 법대로 사랑하라 | The Law Café | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=9575 | https://www.kocowa.com/en_us/season/59740866/the-law-cafe |
| 금혼령, 조선 혼인 금지령 | The Forbidden Marriage | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=10414 | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 어쩌다 마주친, 그대 | My Perfect Stranger | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=12329 | https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger |
| 나의 x같은 스무살 | My 20th Twenty | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=12633 | https://www.kocowa.com/en_us/season/76411757/my-20th-twenty |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://115.kotbc.com/bbs/board.php?bo_table=drama&wr_id=10348 | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |

# EXHIBIT I-4

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 모범택시 2 | Taxi Driver 2 | https://yewootv.net/index.php/vod/search/wd/%EB%AA%A8%EB%B2%94%ED%83%9D%EC%8B%9C%202%20(2023).html | https://www.kocowa.com/en_us/season/70846269/taxi-driver-2 |
| 7인의 탈출 | The Escape Of The Seven | https://yewootv.net/index.php/vod/search/wd/7%EC%9D%B8%EC%9D%98%20%ED%83%88%EC%B6%9C.html | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 두뇌공조 | Brain Works | https://yewootv.net/index.php/vod/search/wd/%EB%91%90%EB%87%8C%EA%B3%B5%EC%A1%B0%20(2023).html | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 경찰수업 | Police University | https://yewootv.net/index.php/vod/search/wd/%EA%B2%BD%EC%B0%B0%EC%88%98%EC%97%85%20(2021).html | https://www.kocowa.com/en_us/season/35002267/police-university |
| 좀비탐정 | Zombie Detective | https://yewootv.net/index.php/vod/search/wd/%EC%A2%80%EB%B9%84%ED%83%90%EC%A0%95%20(2020).html | https://www.kocowa.com/en_us/season/17704979/zombie-detective |
| 오월의 청춘 | Youth Of May | https://yewootv.net/index.php/vod/search/wd/%EC%98%A4%EC%9B%94%EC%9D%98%20%EC%B2%AD%EC%B6%98%20(2021).html | https://www.kocowa.com/en_us/season/30813160/youth-of-may |
| 진검승부 | Bad Prosecutor | https://yewootv.net/index.php/vod/search/wd/%20%EC%A7%84%EA%B2%80%EC%8A%B9%EB%B6%80%20(2022).html | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 법대로 사랑하라 | The Law Café | https://yewootv.net/index.php/vod/search/wd/%EB%B2%95%EB%8C%80%EB%A1%9C%20%EC%82%AC%EB%9E%91%ED%95%98%EB%9D%BC%20(2022).html | https://www.kocowa.com/en_us/season/59740866/the-law-cafe |
| 금혼령, 조선 혼인 금지령 | The Forbidden Marriage | https://yewootv.net/index.php/vod/search/wd/%EA%B8%88%ED%98%BC%EB%A0%B9%2C%20%EC%A1%B0%EC%84%A0%20%ED%98%BC%EC%9D%B8%20%EA%B8%88%EC%A7%80%EB%A0%B9%20(2022).html | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://yewootv.net/index.php/vod/search/wd/%EC%95%BD%ED%95%9C%EC%98%81%EC%9B%85%20(2022).html | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |

# EXHIBIT I-5

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 모범택시 | Taxi Driver | https://www.tv25.co/tv_shows/%eb%aa%a8%eb%b2%94%ed%83%9d%ec%8b%9c/ | https://www.kocowa.com/en_us/season/30358060/taxi-driver |
| 7인의 탈출 | The Escape Of The Seven | https://www.tv25.co/tv_shows/7%ec%9d%b8%ec%9d%98- | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 두뇌공조 | Brain Works | https://www.tv25.co/tv_shows/%eb%91%90%eb%87%8c%ea%b3%b5%ec%a1%b0/ | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 진검승부 | Bad Prosecutor | https://www.tv25.co/tv_shows/%ec%a7%84%ea%b2%80%ec%8a%b9%eb%b6%80/ | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 금혼령, 조선 혼인 금지령 | The Forbidden Marriage | https://www.tv25.co/tv_shows/%ea%b8%88%ed%98%bc%eb%a0%b9-%ec%a1%b0%ec%84%a0-%ed%98%bc%ec%9d%b8-%ea%b8%88%ec%a7%80%eb%a0%b9/ | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 어쩌다 마주친, 그대 | My Perfect Stranger | https://www.tv25.co/tv_shows/%ec%96%b4%ec%a9%8c%eb%8b%a4-%ea%b7%88%ec%a3%bc%ec%b9%9c-%ea%b7%b8%eb%8c%80/ | https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://www.tv25.co/tv_shows/%ec%95%bd%ed%95%9c%ec%98%81%ec%9b%85/ | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |

# EXHIBIT I-6

| Showname (Korean) | Showname (English) | Infringing URL | wA's KOCOWA URL |
|---|---|---|---|
| 모범택시 | Taxi Driver | https://s16.safetv-online.com/view/?p=81855&s=&t=&w= | https://www.kocowa.com/en_us/season/30358060/taxi-driver |
| 7인의 탈출 | The Escape Of The Seven | https://s16.safetv-online.com/view/?p=112850&s=&t=&w= | https://www.kocowa.com/en_us/season/82321069/the-escape-of-the-seven |
| 바람피면 죽는다 | Cheat On Me If You Can | https://s16.safetv-online.com/view/?p=48736&s=&t=&w= | https://www.kocowa.com/en_us/season/24284918/cheat-on-me-if-you-can |
| 두뇌공조 | Brain Works | https://s16.safetv-online.com/view/?p=78874&s=&t=&w= | https://www.kocowa.com/en_us/season/67788888/brain-works |
| 경찰수업 | Police University | https://s16.safetv-online.com/view/?p=57361&s=&t=&w= | https://www.kocowa.com/en_us/season/35002267/police-university |
| 좀비탐정 | Zombie Detective | https://s16.safetv-online.com/view/?p=45451&s=&t=&w= | https://www.kocowa.com/en_us/season/17704979/zombie-detective |
| 오월의 청춘 | Youth Of May | https://s16.safetv-online.com/view/?p=53185&s=&t=&w= | https://www.kocowa.com/en_us/season/30813160/youth-of-may |
| 진검승부 | Bad Prosecutor | https://s16.safetv-online.com/view/?p=111486&s=&t=&w= | https://www.kocowa.com/en_us/season/63851516/bad-prosecutor |
| 법대로 사랑하라 | The Law Café | https://s16.safetv-online.com/view/?p=100302&s=&t=&w= | https://www.kocowa.com/en_us/season/59740866/the-law-cafe |
| 금혼령, 조선 혼인 금지령 | The Forbidden Marriage | https://s16.safetv-online.com/view/?p=77413&s=&t=&w= | https://www.kocowa.com/en_us/season/66016780/the-forbidden-marriage |
| 어쩌다 마주친, 그대 | My Perfect Stranger | https://s16.safetv-online.com/view/?p=87256&s=&t=&w= | https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger |
| 나의 x같은 스무살 | My 20th Twenty | https://s16.safetv-online.com/view/?p=85343&s=&t=&w= | https://www.kocowa.com/en_us/season/76411757/my-20th-twenty |
| 약한영웅 Class 1 | Weak Hero Class 1 | https://s16.safetv-online.com/view/?p=74466&s=&t=&w= | https://www.kocowa.com/en_us/season/66596365/weak-hero-class-1 |

# EXHIBIT J

 chrome web store    Discover    **Extensions**    Themes    🔍 Search extensions and themes    ⋮ ⊞

 **GoPlay Extension**

Add to Chrome

4.8 ★ (11 ratings)

Extension    Developer Tools    20,000 users



## Overview

Allow Playback for GoPlay Server 2, Server 5, and Server 8.

For Development of GoPlay site and will be unpublished. Only modifies headers for the requests specific to the site.

## 4.8 out of 5 ★★★★★

11 ratings  •  Google doesn't verify reviews. <u>Learn more about results and reviews.</u>

 **VW ZK** ★★★☆☆ Oct 24, 2023

When it works, its great. Sometimes though it will freeze midway through and give me an error message stating that I must have the extension...despite having it!

8 out of 9 found this helpful

 **Maya Aymar** ★★★★★ Jul 22, 2023

game changer for kdramas (and others) fr

4 out of 5 found this helpful

 **heyworld's music** ★★★★★ Mar 15, 2023

best

1 person found this review to be unhelpful

 chrome web store    Discover    **Extensions**    Themes    🔍

## Details

**Version**
0.9.2

**Offered by**
thirdyarms

**Developer**
✉ Email ⌃
thirdyarms@gmail.com

**Non-trader**
This developer has not
identified itself as a trader. F
consumers in the European
Union, please note that
consumer rights do not appl
contracts between you and t
developer.

**Updated**
July 2, 2024

**Size**
38.17KiB

Report a concern

**Languages**
English

## Privacy

⊘   The developer has disclosed that it will not collect or use your data.

This developer declares that your data is

- Not being sold to third parties, outside of the approved use cases
- Not being used or transferred for purposes that are unrelated to the item's core functionality
- Not being used or transferred to determine creditworthiness or for lending purposes

## Support

For help with questions, suggestions, or problems, visit the developer's support site

## Related

‹



**GoFullPage - Full Page…**
4.9 ★ (74.7K) ⓘ
Capture a screenshot of your
current page in entirety and…



**ColorZilla**
4.6 ★ (3.8K) ⓘ
Advanced Eyedropper, Color
Picker, Gradient Generator and…



**JSON Formatter**
4.6 ★ (1.8K) ⓘ
Makes JSON easy to read. Open
source.



**User-Agent Switcher for.**
3.9 ★ (2.6K) ⓘ
Spoofs & Mimics User-Agent
strings.

About Chrome Web Store  •  Developer Dashboard  •  Privacy Policy  •  Terms of Service  •  Help

# EXHIBIT K-1



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 15, 2024

Our File No.: 304564-00039

**VIA EMAIL: DMCA@NAMECHEAP.COM**

NameCheap Legal Department
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Re:    wavve Americas / Copyright Infringement – <goplay.pw>, <sonagitv.live>,
       <watchasia.to>, <kotbc.com>, <safetv-online.com>, and <yewootv.com>

To the Designated Agent for Infringement:

The following information is provided pursuant to the notice requirements of 17 U.S.C. § 512(c)(3)(A) so that you may respond "expeditiously to remove, or disable access to, the material that is claimed to be infringing."  17 U.S.C. § 512(c)(1)(C).

We are Intellectual Property counsel to wavve Americas, Inc. ("wA"). We are writing regarding the widespread infringement of wA's Intellectual Property rights on <goplay.pw>, <sonagitv.live>, <watchasia.to>, <kotbc.com>, <safetv-online.com>, and <yewootv.com> (the "Infringing Websites").  Upon information and belief, NameCheap is the registrar for all of the Infringing Websites.[1]

wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.[2] To this end, wA is the exclusive Americas copyright licensee of much of the content published by the three major Korean broadcast networks—KBS, MBC, and SBS.

Against this backdrop, it has come to our attention that the websites, https://goplay.pw/, https://sonagitv.live/, https://watchasia.to/, https://kotbc.com/, https://safetv-online.com/, and https://yewootv.com/ are respectively unlawfully providing, *inter alia*, numerous Korean television shows and films to viewers in the United States, as described in detail within the complaint that wA intends to file against the owners of the Infringing Websites[3].  wA is the exclusive licensee to broadcast these shows and films to viewers in, *inter alia*, the United States.  wA is authorized to take this action by the copyright holder, and wA has a good faith belief that the Infringing Websites do not have the right to present this show to viewers in the United States.

---

[1] WHOIS information for each Infringing Website is collectively attached hereto as **Exhibit A**.
[2] https://www.kocowa.com/en_us/main
[3] A copy of the draft complaint is attached hereto as **Exhibit B**.



July 15, 2024
Page 2

A small sample of the unauthorized use of wA's intellectual property as well as links to the original content on wA's Kocowa® service is attached hereto as **Exhibit C**. The Infringing Websites appear to be providing access to a massive amount of copyrighted material.

Additionally, to frustrate enforcement efforts, many of the Infringing Websites use rotating or varying subdomains with their domain names, in an attempt to show infringing content without having to change to a new domain name. For example, the domain name <songitv.live> was accessible at https://s54.sonagitv.live/, however, this same content is now available at https://s59.sonagitv.live/, and wA expects that the infringing content will move again.

In some other instances, the infringing content is moved to similar but different domain names altogether but with little to no change in the website layout, design, or content. For example, the infringing content previously accessible at the domain name <watchasian.id> was moved to <watchasian.to> and was subsequently moved to <watchasia.to>.

Accordingly, wA requests an open line of communication between it and NameCheap so future takedown notices can be promptly processed.

wA has not authorized use of any of its copyright-protected content on any of the Infringing Websites. Accordingly, pursuant to 17 U.S.C. § 512 of the Digital Millennium Copyright Act (DMCA), wA must request that NameCheap immediately disable access to the infringing material on each and every one of the Infringing Websites.

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by wA, its agent, or the law. I hereby state that the information in this notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owner of the copyrights that are allegedly infringed.

A cursory glance through any of the Infringing Websites reveals that, separate from the Infringing Websites' unlawful presentation of copyrighted material with respect to wA's rights, the Infringing Websites all appear to be clearinghouses for illegal copyrighted materials. We respectfully suggest that NameCheap evaluate its relationship with the Infringing Websites.

Our contact information is as follows:

Nikith Chavali
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5312
E-Mail: NCHAVALI@LEWISROCA.COM

/ / /

/ / /



July 15, 2024
Page 3

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK
Enclosures
       Exhibit A
       Exhibit B
       Exhibit C

# EXHIBIT K-2



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 31, 2024                                                    Our File No.: 304564-00039

**VIA EMAIL: DMCA@NAMECHEAP.COM**

NameCheap Legal Department
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Re:    wavve Americas / Copyright Infringement – <tv25.co>

To the Designated Agent for Infringement:

The following information is provided pursuant to the notice requirements of 17 U.S.C. § 512(c)(3)(A) so that you may respond "expeditiously to remove, or disable access to, the material that is claimed to be infringing."  17 U.S.C. § 512(c)(1)(C).

We are Intellectual Property counsel to wavve Americas, Inc. ("wA").  We are writing regarding the widespread infringement of wA's Intellectual Property rights on the domain name <tv25.co>.  Upon information and belief, Namecheap is the registrar for this domain name.[1]

wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.[2]  To this end, wA is the exclusive Americas copyright licensee of much of the content published by the three major Korean broadcast networks—KBS, MBC, and SBS.

Against this backdrop, it has come to our attention that the website, https://tv25.co/ is unlawfully providing, *inter alia*, numerous Korean television shows and films to viewers in the United States, as described in detail within the complaint that wA intends to file against the owners of this domain name[3].  wA is the exclusive licensee to broadcast these shows and films to viewers in, *inter alia*, the United States.  wA is authorized to take this action by the copyright holder, and wA has a good faith belief that the owners of <tv25.co> do not have the right to present this show to viewers in the United States.

A small sample of the unauthorized use of wA's intellectual property as well as links to the original content on wA's Kocowa® service is attached hereto as **Exhibit C**.  The website https://tv25.co/ appears to be providing access to a massive amount of this copyrighted material.

---

[1] WHOIS information for <tv25.co> attached hereto as **Exhibit A**.
[2] https://www.kocowa.com/en_us/main
[3] A copy of the draft complaint is attached hereto as **Exhibit B**.



July 31, 2024
Page 2

Accordingly, wA requests an open line of communication between the owners of <tv25.co> and Namecheap so future takedown notices can be promptly processed.

Further, wA has not authorized use of any of its copyright-protected content on any of the webpages resolving from <tv25.co>. Accordingly, pursuant to 17 U.S.C. § 512 of the Digital Millennium Copyright Act (DMCA), wA must request that Namecheap immediately disable access to the infringing material on this domain name.

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by wA, its agent, or the law. I hereby state that the information in this notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owner of the copyrights that are allegedly infringed.

A cursory glance through the webpages resolving from <tv25.co> reveals that, separate from its unlawful presentation of copyrighted material with respect to wA's rights, this domain name appears to be a clearinghouse for illegal copyrighted materials. We respectfully suggest that Namecheap evaluate its relationship with <tv25.co>.

Our contact information is as follows:

Nikith Chavali
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5312
E-Mail: NCHAVALI@LEWISROCA.COM

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK
Enclosures
        Exhibit A
        Exhibit B
        Exhibit C

# EXHIBIT L-1

**Chavali, Nikith**

---

| | |
|---|---|
| **From:** | Namecheap Legal & Abuse Team <dmca@namecheap.com> |
| **Sent:** | Monday, July 15, 2024 12:41 PM |
| **To:** | Chavali, Nikith |
| **Subject:** | [#YZH-396-84229]: wavve Americas / Copyright Infringement – , , , , , and |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION!** [EXTERNAL to Lewis Roca]

Chavali, Nikith,


Thank you for contacting the Namecheap Legal and Abuse department. We confirm the receipt of your ticket, it will be reviewed and processed following our policies.


> **Ticket ID:** YZH-396-84229
> **Subject:** wavve Americas / Copyright Infringement – , , , , , and
> **Department:** Copyright / DMCA
> **Type:** Issue
> **Status:** Awaiting Staff Response
> **Priority:** High


Please be aware that Namecheap investigates a large volume of complaints, therefore, we will respond to you only if additional information on the matter is required. However, rest assured that your complaint will be properly evaluated and action will be taken if necessary.

You are welcome to check yourself if the domain is active by searching the domain status via Namecheap Lookup (https://www.namecheap.com/domains/whois/). If the domain status is in clientHold/serverHold, it means the domain has been suspended and is not available on the internet.

If you wish to contact the domain holder, hosting, or email provider for the domain name in question, you may consider using the RrSG ACID Tool (https://acidtool.com/) to identify their contact details.

**IMPORTANT:** In order to support the process of investigation, please review the instructions below depending on the type of abuse you are reporting. To help us fully investigate your claim, please ensure your submission includes all the requirements we describe. If you have submitted a complaint and realize that information is missing, please simply reply to this message, including the additional information, and make sure that the ticket ID is kept in the subject so that we can track your replies:

Information required to support our investigation:
https://www.namecheap.com/support/knowledgebase/article.aspx/9196/5/how-and-where-can-i-file-abuse-complaints
How does Namecheap investigate Suspected Email Abuse/Spam?
https://www.namecheap.com/support/knowledgebase/article.aspx/10184/5/how-does-namecheap-investigate-suspected-email-abusespam
Copyright and Trademark Policies: https://www.namecheap.com/legal/general/copyright-trademark-policies/
Uniform Domain-Name Dispute-Resolution Policy (UDRP):
https://www.namecheap.com/legal/domains/udrp/
Uniform Rapid Suspension System (URS): https://www.icann.org/urs-en/

Namecheap Court Order & Subpoena Policy (including customer personal information disclosure requests): https://www.namecheap.com/legal/general/court-order-and-subpoena-policy/

In order to learn how to notice different types of incidents, how to report them, and some of the best remedial actions and preventive measures that can be taken, you are welcome to check the following article: https://www.namecheap.com/guru-guides/understanding-fraud-and-abuse-dp/

If you represent a cybersecurity entity and submit phishing/fraud reports on a regular basis, it is advised to consider using Namecheap API to optimize and speed up the flow of submitting/processing abuse complaints. In order to proceed with setting up an API reporting system with Namecheap, please contact us via abuseescalation@namecheap.com for details.

Additionally, let us emphasize that all requests and/or notices from India related to and/or from the following: Legal Notices (including but not limited to Advance Notices and Court Orders (of any kind)) or Orders/Request for Action or Information from national agencies (NIXI, CERT, MeitY, etc) and/or law enforcement MUST be submitted to Namecheap's Grievance Officer. You are welcome to send your request to the grievanceofficer@namecheap.com email address. For more information please refer to the following article: https://www.namecheap.com/support/knowledgebase/article.aspx/10586/5/reporting-grievances-from-india/

Kind regards,
Legal & Abuse Department
Namecheap.com

# EXHIBIT L-2

**Chavali, Nikith**

| | |
|---|---|
| **From:** | Namecheap Legal & Abuse Team <dmca@namecheap.com> |
| **Sent:** | Wednesday, July 31, 2024 2:58 PM |
| **To:** | Chavali, Nikith |
| **Subject:** | [#BHV-872-76515]: wavve Americas / Copyright Infringement – |

<span style="color:red">**CAUTION!**</span> **[EXTERNAL to Lewis Roca]**

Chavali, Nikith,

Thank you for contacting the Namecheap Legal and Abuse department. We confirm the receipt of your ticket, it will be reviewed and processed following our policies.

> **Ticket ID:** BHV-872-76515
> **Subject:** wavve Americas / Copyright Infringement –
> **Department:** Copyright / DMCA
> **Type:** Issue
> **Status:** Awaiting Staff Response
> **Priority:** High

Please be aware that Namecheap investigates a large volume of complaints, therefore, we will respond to you only if additional information on the matter is required. However, rest assured that your complaint will be properly evaluated and action will be taken if necessary.

You are welcome to check yourself if the domain is active by searching the domain status via Namecheap Lookup (https://www.namecheap.com/domains/whois/). If the domain status is in clientHold/serverHold, it means the domain has been suspended and is not available on the internet.

If you wish to contact the domain holder, hosting, or email provider for the domain name in question, you may consider using the RrSG ACID Tool (https://acidtool.com/) to identify their contact details.

**IMPORTANT:** In order to support the process of investigation, please review the instructions below depending on the type of abuse you are reporting. To help us fully investigate your claim, please ensure your submission includes all the requirements we describe. If you have submitted a complaint and realize that information is missing, please simply reply to this message, including the additional information, and make sure that the ticket ID is kept in the subject so that we can track your replies:

Information required to support our investigation:
https://www.namecheap.com/support/knowledgebase/article.aspx/9196/5/how-and-where-can-i-file-abuse-complaints
How does Namecheap investigate Suspected Email Abuse/Spam?
https://www.namecheap.com/support/knowledgebase/article.aspx/10184/5/how-does-namecheap-investigate-suspected-email-abusespam
Copyright and Trademark Policies: https://www.namecheap.com/legal/general/copyright-trademark-policies/
Uniform Domain-Name Dispute-Resolution Policy (UDRP):
https://www.namecheap.com/legal/domains/udrp/
Uniform Rapid Suspension System (URS): https://www.icann.org/urs-en/
Namecheap Court Order & Subpoena Policy (including customer personal information disclosure requests):
https://www.namecheap.com/legal/general/court-order-and-subpoena-policy/

In order to learn how to notice different types of incidents, how to report them, and some of the best remedial actions and preventive measures that can be taken, you are welcome to check the following article: https://www.namecheap.com/guru-guides/understanding-fraud-and-abuse-dp/

If you represent a cybersecurity entity and submit phishing/fraud reports on a regular basis, it is advised to consider using Namecheap API to optimize and speed up the flow of submitting/processing abuse complaints. In order to proceed with setting up an API reporting system with Namecheap, please contact us via abuseescalation@namecheap.com for details.

Additionally, let us emphasize that all requests and/or notices from India related to and/or from the following: Legal Notices (including but not limited to Advance Notices and Court Orders (of any kind)) or Orders/Request for Action or Information from national agencies (NIXI, CERT, MeitY, etc) and/or law enforcement MUST be submitted to Namecheap's Grievance Officer. You are welcome to send your request to the grievanceofficer@namecheap.com email address. For more information please refer to the following article: https://www.namecheap.com/support/knowledgebase/article.aspx/10586/5/reporting-grievances-from-india/

Kind regards,
Legal & Abuse Department
Namecheap.com

# EXHIBIT M-1



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 26, 2024

Our File No.: 304564-00039

**VIA EMAIL**
GOPLAY.PW

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website GOPLAY.PW, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *Numbers*.  Further, a quick review of GOPLAY.PW reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).

July 26, 2024
Page 2

wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

We look forward to your compliance by August 2, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
     Exhibit A

# EXHIBIT M-2



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 26, 2024

Our File No.: 304564-00039

**VIA EMAIL**
SONAGITV.LIVE

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website SONAGITV.LIVE, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *My Perfect Stranger*.  Further, a quick review of SONAGITV.LIVE reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).



July 26, 2024
Page 2

wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

We look forward to your compliance by August 2, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
    Exhibit A

# EXHIBIT M-3



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 26, 2024

Our File No.: 304564-00039

**VIA EMAIL**
KOTBC.COM

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website KOTBC.COM, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *Knight Flower*.  Further, a quick review of KOTBC.COM reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).



July 26, 2024
Page 2

        wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

        We look forward to your compliance by August 2, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

        Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
        Exhibit A

# EXHIBIT M-4



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 26, 2024

Our File No.: 304564-00039

**VIA EMAIL**
SAFETV-ONLINE.COM

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website SAFETV-ONLINE.COM, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *Knight Flower*.  Further, a quick review of SAFETV-ONLINE.COM reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).



July 26, 2024
Page 2

wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

We look forward to your compliance by August 2, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
      Exhibit A

# EXHIBIT M-5



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 26, 2024

Our File No.: 304564-00039

**VIA EMAIL**
YEWOOTV.COM

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website YEWOOTV.COM, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *Knight Flower*.  Further, a quick review of YEWOOTV.COM reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).



July 26, 2024
Page 2

wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

We look forward to your compliance by August 2, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
    Exhibit A

# EXHIBIT M-6



O. 602.262.5311
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
lewisroca.com

**Nikith Chavali**
Associate
Admitted in Arizona
602.262.5312 direct
nchavali@lewisroca.com

July 31, 2024

Our File No.: 304564-00039

**VIA EMAIL**
TV25.CO

Re:    wavve Americas / Copyright Infringement

To Website Owners and Operators:

My name is Nikith Chavali, and I am an associate with the law firm of Lewis Roca Rothgerber Christie LLP.  We are Intellectual Property counsel to wavve Americas ("wA") (more information at https://corp.kocowa.com/).  wA owns and operates the popular Kocowa® streaming service, which provides users with access to popular Korean television shows and feature films in the Americas.  To this end, wA is the exclusive Americas copyright licensee of much of the content published on its Kocowa® service.

It has come to our attention that your website TV25.CO, is unlawfully providing numerous Korean television shows to viewers in the United States in violation of wA's exclusive rights to do so. One specific example is the Korean show *Knight Flower*.  Further, a quick review of TV25.CO reveals that the infringing website appears to be providing access to a massive amount of copyrighted material.  A small sample of the infringing links to the original content from wA's Kocowa® service is attached hereto as **Exhibit A**.

wA has not authorized you or your website to reproduce, distribute, or publicly display the copyrighted material.  This unauthorized reproduction and use of the copyrighted works violates wA's exclusive rights under United States Copyright Law, as set forth in 17 U.S.C. § 501. Such misappropriation and misuse constitute copyright infringement.

The infringing website's obvious and extensive unauthorized use reveals the willful and intentional nature of your conduct.  As a result of your willful acts, you may face significant penalties, including damages and attorneys' fees.  Additionally, wA is considering referring this matter to the U.S. Department of Justice for investigation of criminal copyright infringement. See 17 U.S.C. § 506(a).

Your conduct also constitutes violations of the anticircumvention provisions of the Digital Millennium Copyright Act, under 17 U.S.C. § 1201. Specifically, among other violations, the infringing website is offering to the public, providing, or otherwise trafficking in technology, a product, service, or component thereof that is primarily designed or produced for the purpose of circumventing wA's technological measures that effectively protect its exclusive rights in the copyrighted works. See 17 U.S.C. § 1201(a)-(b).



July 31, 2024
Page 2

wA will not tolerate such violations of its Intellectual Property rights and is prepared to fully enforce its rights under the law. Therefore, wA demands that you remove all infringing works from the same. This includes the removal of all unauthorized copies of wA's licensed material, as well as any related content, links, or materials associated with the infringement.

We look forward to your compliance by August 7, 2024. If you do not comply with these demands, wA will seek to enforce its rights in U.S. federal court.

Nothing in this letter is intended to be a waiver of wA's rights or claims in this matter, all of which are expressly reserved.

Sincerely,

Nikith Chavali
Lewis Roca Rothgerber Christie LLP

NC/KWK

Enclosures
    Exhibit A