## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):  **Wavve Americas, Inc. , a Delaware corporation;** | **Defendant**(s): **Unknown Registrant Of goplay.pw , ; Unknown Registrant Of sonagitv.live , ; Unknown Registrant Of kotbc.com , ; Unknown Registrant Of yewootv.com , ; Unknown Registrant Of tv25.co , ; James Marque , an individual;** |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Kyle W. Kellar ,** | , |
| Lewis Roca Rothgerber Christie LLP | |
| 655 N. Central Ave., Suite 2300 | |
| Glendale, CA  91203-1445 | |
| 626-683-4590 | , |
| **Ryan D. Pont ,** | |
| Lewis Roca Rothgerber Christie LLP | |
| 201 E. Washington Street, Suite 1200 | |
| Phoenix, AZ  85004-2595 | |
| 602-262-5312 | |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |
| III. Citizenship of Principal Parties**(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **820 Copyrights** |
| VI.Cause of Action: | **17 U.S.C. § 501 - Copyright Infringement** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **Preliminary and Permanent Injunction** |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

**Signature:** s/Ryan D. Poa

**Date:** 8/14/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014